**BARCLAY DAMON LLP**
Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7115
knewman@barclaydamon.com

*Attorneys for DLC Management Corporation, North River*
*Village GEC, LLC, Pyramid Management Group, LLC,*
*Rivercrest Realty Associates, LLC, and Urban Edge Properties*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In Re: | Chapter 11 |
| AMBIENCE PARENT, INC., *et al.*[1] | Case Nos. 25-11148 (JKS) |
| Reorganized Debtor. | |

---

**RENEWED REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 2002, request is hereby made that all papers, pleadings, motions, and applications served or required to be served in these cases be given to and served upon the following:

> DLC Management Corporation, North River Village GEC, LLC,
> Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC,
> and Urban Edge Properties
> Attn: Kevin M. Newman
> Barclay Damon Tower
> 125 East Jefferson Street
> Syracuse, New York 13202
> Telephone: (315) 413-7115
> Email: knewman@barclaydamon.com

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Post-Effective Date Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

22331633.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rule cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, electronic mail, telephone, or otherwise, which may affect the rights or interests, in any way of DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties in the above-captioned matter.

Dated: November 18, 2025
Syracuse, New York

**BARCLAY DAMON LLP**

By: _/s/Kevin M. Newman_
Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7115
Email: knewman@barclaydamon.com

*Attorneys for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties*

22331633.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Renewed Request for Notice will be served electronically by the Court's CM/ECF system upon the filing of the Renewed Request for Notice upon:

Steven D. Adler     sadler@bayardlaw.com, rhudson@bayardlaw.com; ccampbell@bayardlaw.com
Elihu Ezekiel Allinson, III     ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com; hcoleman@sha-llc.com
Jason Daniel Angelo     JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com; kcleveland@reedsmith.com
John R. Ashmead     ashmead@sewkis.com, matott@sewkis.com; managingclerkoffice@sewkis.com
Joseph H. Baldiga     jbaldiga@miricklaw.com
Clarissa Brady     brady.clarissa@dorsey.com, lonon.sandy@dorsey.com
Robert S. Brady     bankfilings@ycst.com
Dustin Parker Branch     branchd@ballardspahr.com, carolod@ballardspahr.com; ZarnighianN@ballardspahr.com
Kimberly A. Brown     brown@lrclaw.com, ramirez@lrclaw.com; huynh@lrclaw.com; hitchens@lrclaw.com; Ford@lrclaw.com; kittinger@lrclaw.com
Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com
M. Blake Cleary     bcleary@potteranderson.com, leastburn@potteranderson.com; bankruptcy@potteranderson.com; mromano@potteranderson.com; kmccloskey@potteranderson.com; tmistretta@potteranderson.com; mromano@potteranderson.com
Shannah L. Colbert     scolbert@miricklaw.com
Michael J. Custer     mcuster@pashmanstein.com
John M. Debbeler     jmichaeldebbeler@gmail.com
Harrison Denman     harrison.denman@whitecase.com
Mark L. Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com; dero@chipmanbrown.com; whalen@chipmanbrown.com; hitchens@chipmanbrown.com
Christopher M. Donnelly     cdonnelly@morrisjames.com, ddepta@morrisjames.com; slisko@morrisjames.com; joconnor@morrisjames.com; morrisjames@ecf.courtdrive.com
Erich N. Durlacher     edurlach@burr.com, brobinson@burr.com
Katherine S. Dute     dute@lrclaw.com, huynh@lrclaw.com; ramirez@lrclaw.com; ford@lrclaw.com; kittinger@lrclaw.com; rogers@lrclaw.com; ford@lrclaw.com
Andrew Ehrmann     aehrmann@potteranderson.com, bankruptcy@potteranderson.com
Radostina Petkova Estevao     tina.estevao@loudoun.gov
Matthew C. Fagen     matthew.fagen@kirkland.com, devi.chandrasekaran@kirkland.com
Justin Cory Falgowski     jfalgowski@burr.com
Robert J. Feinstein     rfeinstein@pszjlaw.com
Scott L. Fleischer     sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com
M. Hampton Foushee     hfoushee@choate.com
Alexis R. Gambale     agambale@pashmanstein.com, lsalcedo@pashmanstein.com
Craig Solomon Ganz     ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com; PHXLitLAAs@ballardspahr.com
Alessandra Glorioso     glorioso.alessandra@dorsey.com, alessandra-glorioso-9339@ecf.pacerpro.com
Karen M. Grivner     kgrivner@clarkhill.com, kwebster@clarkhill.com
Tara L. Grundemeier     houston_bankruptcy@lgbs.com
Kurt F. Gwynne     kgwynne@reedsmith.com, jmarcolini@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
Emily Margaret Hahn     ehahn@abernathy-law.com

22331633.1

Lisa R. Hatfield     lhatfield@connollygallagher.com, deecf@sterneisenberg.com; bkecf@sterneisenberg.com
Brett Michael Haywood     bhaywood@potteranderson.com, leastburn@potteranderson.com; bankruptcy@potteranderson.com; kmccloskey@potteranderson.com; tmistretta@potteranderson.com
Gaye N. Heck     gheck@bbslaw.com
Leslie C. Heilman     HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com; weidmanb@ballardspahr.com
Douglas D. Herrmann     wlbank@troutman.com,Kristin.Wright@troutman.com,Monica.Molitor@troutman.com
Brian David Huben     hubenb@ballardspahr.com, carolod@ballardspahr.com; branchd@ballardspahr.com
James E. Huggett     jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
Shannon Dougherty Humiston     shumiston@burr.com
Henry Jon Jaffe     hjaffe@pashmanstein.com, hjaffe@pashmanstein.com
Ericka Fredricks Johnson     ejohnson@bayardlaw.com, rhudson@bayardlaw.com; ccampbell@bayardlaw.com
Susan E. Kaufman     skaufman@skaufmanlaw.com
Peter J Keane     pkeane@pszjlaw.com
Gerald P. Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
Daniel C. Kerrick     dckerrick@dkhogan.com, kerry@dkhogan.com
Jeffrey Kurtzman     kurtzman@kurtzmansteady.com
Robert L. LeHane     KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com; jchurchill@kelleydrye.com
Andrew M Lee     alee@ycst.com, bankfilings@ycst.com
Bradley P. Lehman     blehman@whitefordlaw.com, clano@whitefordlaw.com; bradley-lehman-7582@ecf.pacerpro.com
Joseph H Lemkin     jlemkin@stark-stark.com
Jason S. Levin     jlevin@morrisjames.com, ddepta@morrisjames.com; slisko@morrisjames.com; joconnor@morrisjames.com; morrisjames@ecf.courtdrive.com
Seth H. Lieberman     slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com
Jonathan Lipshie     jon.lipshie@usdoj.gov
Kenneth Listwak     kenneth.listwak@troutman.com, wlbank@troutman.com; Monica.Molitor@troutman.com
Maxim B. Litvak     mlitvak@pszjlaw.com
Christopher Dean Loizides     loizides@loizides.com
Laura L. McCloud     agbankdelaware@ag.tn.gov
Brian J. McLaughlin     brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com
Dennis Patrick McLaughlin     dennis.mclaughlin@tucsonaz.gov
John J. Monaghan     bos-bankruptcy@hklaw.com
Eric J. Monzo     emonzo@morrisjames.com, ddepta@morrisjames.com; slisko@morrisjames.com; joconnor@morrisjames.com; morrisjames@ecf.courtdrive.com
Joseph M Mulvihill     jmulvihill@ycst.com, bankfilings@ycst.com
Christopher S. Murphy     hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov
Michael S. Myers     myersms@ballardspahr.com
Kevin M. Newman     knewman@barclaydamon.com, kmnbk@barclaydamon.com
Thomas Onder     tonder@stark-stark.com, ereid@stark-stark.com
Julie Anne Parsons     jparsons@mvbalaw.com, kalexander@mvbalaw.com; julie.parsons@ecf.courtdrive.com
Kristen N. Pate     bk@bpretail.com
Thomas A. Pitta     tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
Timothy R. Powell     bankfilings@ycst.com
Mark W. Powers     mpowers@princelobel.com
Shane G Ramsey     shane.ramsey@nelsonmullins.com, jada.prendergast@nelsonmullins.com
Evan Rassman     erassman@cohenseglias.com
Reliable Companies     gmatthews@reliable-co.com
Jeffrey Rhodes     jrhodes@tlclawfirm.com
John Jeffery Rich     jrich@madisoncountyal.gov

Andrew S. Richmond   arichmond@pryorcashman.com
Louis J. Rizzo   lrizzo@regerlaw.com, mhalter@regerlaw.com
Laurel D. Roglen   roglenl@ballardspahr.com, weidmanb@ballardspahr.com
Frederick Brian Rosner   rosner@teamrosner.com, chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com
Richard A Rozanski   richard@rarlaw.net
Mark A Salzberg   mark.salzberg@squirepb.com, sarah.conley@squirepb.com; mark-a-salzberg-2003@ecf.pacerpro.com
Diane W. Sanders   austin.bankruptcy@publicans.com
Bradford J. Sandler   bsandler@pszjlaw.com, abates@pszjlaw.com
Gary F. Seitz   gseitz@gsbblaw.com, gary.seitz@gmail.com; mfriedman@gsbblaw.com
Megan Seliber   megan.seliber@usdoj.gov
Michelle E. Shriro   mshriro@singerlevick.com, scotton@singerlevick.com
Patrick Sibley   psibley@pryorcashman.com
Jason A. Starks   BKECF@traviscountytx.gov
Don Stecker   don.stecker@lgbs.com, don.stecker@ecf.courtdrive.com
Lisa Bittle Tancredi   lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-us.com; nichole.wilcher@wbd-us.com
Stanley B. Tarr   stanley.tarr@blankrome.com
William F. Taylor   wtaylor@whitefordlaw.com, clano@whitefordlaw.com; william--taylor-4930@ecf.pacerpro.com
George Tetler   gtetler@princelobel.com
Alexandra Thomas   athomas@choate.com
Amy Tryon   amy.tryon@btlaw.com, kathleen.lytle@btlaw.com
John Kendrick Turner   dallas.bankruptcyr@lgbs.com, Dora.Casiano-Perez@lgbs.com; John.Turner@ecf.courtdrive.com
U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
Melissa E. Valdez   mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com; arandermann@pbfcm.com
James Van Horn   jvanhorn@btlaw.com
John Ventola   jventola@choate.com
Margaret A. Vesper   vesperm@ballardspahr.com
Matthew P. Ward   matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com; cindy.giobbe@wbd-us.com
A.J. Webb   awebb@fbtlaw.com, awebb@ecf.courtdrive.com
George A Williams   williams@lrclaw.com, ramirez@lrclaw.com; huynh@lrclaw.com; hitchens@lrclaw.com; rogers@lrclaw.com; ford@lrclaw.com; kittinger@lrclaw.com
Jordan L. Williams   jordan.williams@blankrome.com
Erin L. Williamson   williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com
Jeffrey C. Wisler   jwisler@connollygallagher.com
Lynne B Xerras   bos-bankruptcy@hklaw.com
Nahal Zarnighian   zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

I further certify that on the 18th day of November, 2025, a copy of the Renewed Request for Notice was also mailed first class mail, postage paid to the following parties:

United States Trustee
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Kirkland & Ellis LLP
Attn: Nicole L. Greenblatt, P.C.,
     Matthew C. Fagen, P.C., and
     Elizabeth H. Jones, Esq.
601 Lexington Avenue
New York, NY 10022

22331633.1

Young Conaway Stargatt & Taylor LLP
Attn:  Robert S. Brady, Esq.,
       Edwin J. Harron, Esq., and
       Joseph M. Mulvihill, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801

                                            */s/Kevin M. Newman*
                                            Kevin M. Newman

22331633.1