**BARCLAY DAMON LLP**
Scott L. Fleischer
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5810
sfleischer@barclaydamon.com

*Attorneys for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------

| | |
|---|---|
| In Re: | Chapter 11 |
| AMBIENCE PARENT, INC., *et al.*[1] | Case Nos. 25-11148 (JKS) |
| Reorganized Debtor. | |

---------------------------------------------------------

## RENEWED REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 2002, request is hereby made that all papers, pleadings, motions, and applications served or required to be served in these cases be given to and served upon the following:

> DLC Management Corporation, North River Village GEC, LLC,
> Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC,
> and Urban Edge Properties
> c/o Barclay Damon LLP
> Attn: Scott L. Fleischer
> 1270 Avenue of the Americas, Suite 2310
> New York, New York 10020
> Telephone: (212) 784-5810
> Email: sfleischer@barclaydamon.com

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Post-Effective Date Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

22331633.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rule cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, electronic mail, telephone, or otherwise, which may affect the rights or interests, in any way of DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties in the above-captioned matter.

| | |
|---|---|
| Dated: November 18, 2025<br>New York, New York | **BARCLAY DAMON LLP**<br><br>By: */s/Scott L. Fleischer*<br>Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 2310<br>New York, New York 10020<br>Telephone:  (212) 784-5810<br>Email:  sfleischer@barclaydamon.com<br><br>*Attorneys for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties* |

22331633.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Renewed Request for Notice will be served electronically by the Court's CM/ECF system upon the filing of the Renewed Request for Notice upon:

Steven D. Adler    sadler@bayardlaw.com, rhudson@bayardlaw.com; ccampbell@bayardlaw.com
Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com; hcoleman@sha-llc.com
Jason Daniel Angelo    JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com; kcleveland@reedsmith.com
John R. Ashmead    ashmead@sewkis.com, matott@sewkis.com; managingclerkoffice@sewkis.com
Joseph H. Baldiga    jbaldiga@miricklaw.com
Clarissa Brady    brady.clarissa@dorsey.com, lonon.sandy@dorsey.com
Robert S. Brady    bankfilings@ycst.com
Dustin Parker Branch    branchd@ballardspahr.com, carolod@ballardspahr.com; ZarnighianN@ballardspahr.com
Kimberly A. Brown    brown@lrclaw.com, ramirez@lrclaw.com; huynh@lrclaw.com; hitchens@lrclaw.com; Ford@lrclaw.com; kittinger@lrclaw.com
Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
M. Blake Cleary    bcleary@potteranderson.com, leastburn@potteranderson.com; bankruptcy@potteranderson.com; mromano@potteranderson.com; kmccloskey@potteranderson.com; tmistretta@potteranderson.com; mromano@potteranderson.com
Shannah L. Colbert    scolbert@miricklaw.com
Michael J. Custer    mcuster@pashmanstein.com
John M. Debbeler    jmichaeldebbeler@gmail.com
Harrison Denman    harrison.denman@whitecase.com
Mark L. Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com; dero@chipmanbrown.com; whalen@chipmanbrown.com; hitchens@chipmanbrown.com
Christopher M. Donnelly    cdonnelly@morrisjames.com, ddepta@morrisjames.com; slisko@morrisjames.com; joconnor@morrisjames.com; morrisjames@ecf.courtdrive.com
Erich N. Durlacher    edurlach@burr.com, brobinson@burr.com
Katherine S. Dute    dute@lrclaw.com, huynh@lrclaw.com; ramirez@lrclaw.com; ford@lrclaw.com; kittinger@lrclaw.com; rogers@lrclaw.com; ford@lrclaw.com
Andrew Ehrmann    aehrmann@potteranderson.com, bankruptcy@potteranderson.com
Radostina Petkova Estevao    tina.estevao@loudoun.gov
Matthew C. Fagen    matthew.fagen@kirkland.com, devi.chandrasekaran@kirkland.com
Justin Cory Falgowski    jfalgowski@burr.com
Robert J. Feinstein    rfeinstein@pszjlaw.com
Scott L. Fleischer    sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com
M. Hampton Foushee    hfoushee@choate.com
Alexis R. Gambale    agambale@pashmanstein.com, lsalcedo@pashmanstein.com
Craig Solomon Ganz    ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com; PHXLitLAAs@ballardspahr.com
Alessandra Glorioso    glorioso.alessandra@dorsey.com, alessandra-glorioso-9339@ecf.pacerpro.com
Karen M. Grivner    kgrivner@clarkhill.com, kwebster@clarkhill.com
Tara L. Grundemeier    houston_bankruptcy@lgbs.com
Kurt F. Gwynne    kgwynne@reedsmith.com, jmarcolini@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
Emily Margaret Hahn    ehahn@abernathy-law.com

22331633.1

Lisa R. Hatfield    lhatfield@connollygallagher.com, deecf@sterneisenberg.com; bkecf@sterneisenberg.com
Brett Michael Haywood    bhaywood@potteranderson.com, leastburn@potteranderson.com; bankruptcy@potteranderson.com; kmccloskey@potteranderson.com; tmistretta@potteranderson.com
Gaye N. Heck    gheck@bbslaw.com
Leslie C. Heilman    HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com; weidmanb@ballardspahr.com
Douglas D. Herrmann    wlbank@troutman.com,Kristin.Wright@troutman.com,Monica.Molitor@troutman.com
Brian David Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com; branchd@ballardspahr.com
James E. Huggett    jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
Shannon Dougherty Humiston    shumiston@burr.com
Henry Jon Jaffe    hjaffe@pashmanstein.com, hjaffe@pashmanstein.com
Ericka Fredricks Johnson    ejohnson@bayardlaw.com, rhudson@bayardlaw.com; ccampbell@bayardlaw.com
Susan E. Kaufman    skaufman@skaufmanlaw.com
Peter J Keane    pkeane@pszjlaw.com
Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
Daniel C. Kerrick    dckerrick@dkhogan.com, kerry@dkhogan.com
Jeffrey Kurtzman    kurtzman@kurtzmansteady.com
Robert L. LeHane    KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com; jchurchill@kelleydrye.com
Andrew M Lee    alee@ycst.com, bankfilings@ycst.com
Bradley P. Lehman    blehman@whitefordlaw.com, clano@whitefordlaw.com; bradley-lehman-7582@ecf.pacerpro.com
Joseph H Lemkin    jlemkin@stark-stark.com
Jason S. Levin    jlevin@morrisjames.com, ddepta@morrisjames.com; slisko@morrisjames.com; joconnor@morrisjames.com; morrisjames@ecf.courtdrive.com
Seth H. Lieberman    slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com
Jonathan Lipshie    jon.lipshie@usdoj.gov
Kenneth Listwak    kenneth.listwak@troutman.com, wlbank@troutman.com; Monica.Molitor@troutman.com
Maxim B. Litvak    mlitvak@pszjlaw.com
Christopher Dean Loizides    loizides@loizides.com
Laura L. McCloud    agbankdelaware@ag.tn.gov
Brian J. McLaughlin    brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com
Dennis Patrick McLaughlin    dennis.mclaughlin@tucsonaz.gov
John J. Monaghan    bos-bankruptcy@hklaw.com
Eric J. Monzo    emonzo@morrisjames.com, ddepta@morrisjames.com; slisko@morrisjames.com; joconnor@morrisjames.com; morrisjames@ecf.courtdrive.com
Joseph M Mulvihill    jmulvihill@ycst.com, bankfilings@ycst.com
Christopher S. Murphy    hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov
Michael S. Myers    myersms@ballardspahr.com
Kevin M. Newman    knewman@barclaydamon.com, kmnbk@barclaydamon.com
Thomas Onder    tonder@stark-stark.com, ereid@stark-stark.com
Julie Anne Parsons    jparsons@mvbalaw.com, kalexander@mvbalaw.com; julie.parsons@ecf.courtdrive.com
Kristen N. Pate    bk@bpretail.com
Thomas A. Pitta    tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
Timothy R. Powell    bankfilings@ycst.com
Mark W. Powers    mpowers@princelobel.com
Shane G Ramsey    shane.ramsey@nelsonmullins.com, jada.prendergast@nelsonmullins.com
Evan Rassman    erassman@cohenseglias.com
Reliable Companies    gmatthews@reliable-co.com
Jeffrey Rhodes    jrhodes@tlclawfirm.com
John Jeffery Rich    jrich@madisoncountyal.gov

Andrew S. Richmond     arichmond@pryorcashman.com
Louis J. Rizzo     lrizzo@regerlaw.com, mhalter@regerlaw.com
Laurel D. Roglen     roglenl@ballardspahr.com, weidmanb@ballardspahr.com
Frederick Brian Rosner     rosner@teamrosner.com, chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com
Richard A Rozanski     richard@rarlaw.net
Mark A Salzberg     mark.salzberg@squirepb.com, sarah.conley@squirepb.com; mark-a-salzberg-2003@ecf.pacerpro.com
Diane W. Sanders     austin.bankruptcy@publicans.com
Bradford J. Sandler     bsandler@pszjlaw.com, abates@pszjlaw.com
Gary F. Seitz     gseitz@gsbblaw.com, gary.seitz@gmail.com; mfriedman@gsbblaw.com
Megan Seliber     megan.seliber@usdoj.gov
Michelle E. Shriro     mshriro@singerlevick.com, scotton@singerlevick.com
Patrick Sibley     psibley@pryorcashman.com
Jason A. Starks     BKECF@traviscountytx.gov
Don Stecker     don.stecker@lgbs.com, don.stecker@ecf.courtdrive.com
Lisa Bittle Tancredi     lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-us.com; nichole.wilcher@wbd-us.com
Stanley B. Tarr     stanley.tarr@blankrome.com
William F. Taylor     wtaylor@whitefordlaw.com, clano@whitefordlaw.com; william--taylor-4930@ecf.pacerpro.com
George Tetler     gtetler@princelobel.com
Alexandra Thomas     athomas@choate.com
Amy Tryon     amy.tryon@btlaw.com, kathleen.lytle@btlaw.com
John Kendrick Turner     dallas.bankruptcyr@lgbs.com, Dora.Casiano-Perez@lgbs.com; John.Turner@ecf.courtdrive.com
U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
Melissa E. Valdez     mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com; arandermann@pbfcm.com
James Van Horn     jvanhorn@btlaw.com
John Ventola     jventola@choate.com
Margaret A. Vesper     vesperm@ballardspahr.com
Matthew P. Ward     matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com; cindy.giobbe@wbd-us.com
A.J. Webb     awebb@fbtlaw.com, awebb@ecf.courtdrive.com
George A Williams     williams@lrclaw.com, ramirez@lrclaw.com; huynh@lrclaw.com; hitchens@lrclaw.com; rogers@lrclaw.com; ford@lrclaw.com; kittinger@lrclaw.com
Jordan L. Williams     jordan.williams@blankrome.com
Erin L. Williamson     williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com
Jeffrey C. Wisler     jwisler@connollygallagher.com
Lynne B Xerras     bos-bankruptcy@hklaw.com
Nahal Zarnighian     zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

I further certify that on the 18th day of November, 2025, a copy of the Renewed Request for Notice was also mailed first class mail, postage paid to the following parties:

United States Trustee
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Kirkland & Ellis LLP
Attn:  Nicole L. Greenblatt, P.C.,
           Matthew C. Fagen, P.C., and
           Elizabeth H. Jones, Esq.
601 Lexington Avenue
New York, NY 10022

22331633.1

Young Conaway Stargatt & Taylor LLP
Attn:  Robert S. Brady, Esq.,
       Edwin J. Harron, Esq., and
       Joseph M. Mulvihill, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801

                                      */s/Scott L. Fleischer*
                                      Scott L. Fleischer

22331633.1