# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), the undersigned counsel enter their appearance as counsel for the above-captioned Reorganized Debtor (the "Reorganized Debtor") and request that all notices and other papers filed or served in the above-captioned case be served upon the following attorneys:

| | |
|---|---|
| Stephen D. Zide, Esq. | M. Blake Cleary (No. 3614) |
| Eric Hilmo, Esq. | Brett M. Haywood (No. 6166) |
| **DECHERT LLP** | Andrew C. Ehrmann (No. 7395) |
| Three Bryant Park | **POTTER ANDERSON & CORROON LLP** |
| 1095 Avenue of the Americas | 1313 N. Market Street, 6th Floor |
| New York, NY 10036 | Wilmington, Delaware 19801 |
| Telephone: (212) 698-3500 | Telephone: (302) 984-6000 |
| Facsimile: (212) 698-3599 | Facsimile: (302) 658-1192 |
| Email: stephen.zide@dechert.com | Email: bcleary@potteranderson.com |
| eric.hilmo@dechert.com | bhaywood@potteranderson.com |
| | aehrmann@potteranderson.com |

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

12576328v.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of the Reorganized Debtor including, without limitation:  (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"); (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which the Reorganized Debtor are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until the Reorganized Debtor expressly states otherwise, the Reorganized Debtor does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

12576328v.1

| | |
|---|---|
| Dated: November 25, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ M. Blake Cleary*<br>M. Blake Cleary (No. 3614)<br>Brett M. Haywood (No. 6166)<br>Andrew C. Ehrmann (No. 7395)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: bcleary@potteranderson.com<br>    bhaywood@potteranderson.com<br>    aehrmann@potteranderson.com<br><br>– and –<br><br>Stephen D. Zide (admitted *pro hac vice*)<br>Eric Hilmo (admitted *pro hac vice*)<br>**DECHERT LLP**<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 212-698-3500<br>Facsimile: (212) 698-3599<br>Email: stephen.zide@dechert.com<br>    eric.hilmo@dechert.com<br><br>*Counsel for the Reorganized Debtor* |

3

12576328v.1