## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 21, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [Docket No. 14]**

Dated: November 25, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 25th day of November, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1]    The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# EXHIBIT A

**Exhibit A**
**Service List**

| Creditor | Address | Email | Method of Service |
|---|---|---|---|
| At Home Group Inc. | Attn: Merideth Hampton<br>9000 Cypress Waters<br>Coppell, TX 75019 | | First Class Mail |
| Choate, Hall & Stewart LLP | Kevin J. Simard | ksimard@choate.com | Email |
| Choate, Hall & Stewart LLP | Mark D. Silva | msilva@choate.com | Email |
| Dechert LLP | Stephen Zide | stephen.zide@dechert.com | Email |
| Dechert LLP | Eric Hilmo | eric.hilmo@dechert.com | Email |
| Kirkland & Ellis LLP | Nicole L. Greenblatt | nicole.greenblatt@kirkland.com | Email |
| Kirkland & Ellis LLP | Matthew C. Fagen | matthew.fagen@kirkland.com | Email |
| Kirkland & Ellis LLP | Elizabeth H. Jones | elizabeth.jones@kirkland.com | Email |
| Office of the United States Trustee for the District of Delaware | Jon Lipshie | jon.lipshie@usdoj.gov | Email |
| Office of the United States Trustee for the District of Delaware | Megan Seliber | megan.seliber@usdoj.gov | Email |
| Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler | bsandler@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Shirley S. Cho | scho@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Peter J. Keane | pkeane@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Theodore S. Heckel | theckel@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Edward A. Corma | ecorma@pszjlaw.com | Email |
| Potter Anderson & Corroon LLP | M. Blake Cleary | bcleary@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Brett M. Haywood | bhaywood@potteranderson.com | Email |
| Reed Smith LLP | Kurt F. Gwynne | kgwynne@ReedSmith.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Robert S. Brady | rbrady@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Edwin J. Harron | eharron@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Joseph M. Mulvihill | jmulvihill@ycst.com | Email |