IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMBIENCE PARENT, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 25-11148 (JKS) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 24, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit A**:

- **Third Amended Notice Regarding Executory Contracts and Unexpired Leases to Be Rejected Pursuant to the Plan**

Dated: November 26, 2025

_/s/ Randy Lowry_

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 26th day of November, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Chad Stauffer | Address Redacted | Email Redacted | Email |
| Chad Stauffer | Address Redacted | Email Redacted | Email |
| Jeff Evans | Address Redacted | Email Redacted | Email |
| Jeffrey Evans | Address Redacted | Email Redacted | Email |
| Lee Bird | Address Redacted | | First Class Mail |
| Lee Bird | Address Redacted | | First Class Mail |
| Mary Jane Broussard | Address Redacted | Email Redacted | Email |
| Mary Jane Broussard | Address Redacted | Email Redacted | Email |
| Sumit Anand | Address Redacted | Email Redacted | Email |
| Sumit Anand | Address Redacted | Email Redacted | Email |

AMBIENCE PARENT, INC., (Case No. 25-11148)