IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMBIENCE PARENT, INC., *et al*.,[1] | ) | Case No. 25-11148 (JKS) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 9** |

**SUPPLEMENTAL NOTICE OF ASSUMPTION OF LEASE PURSUANT TO PLAN**

**PLEASE TAKE NOTICE** that, on September 30, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order approving the *Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 722] (as may be further modified, supplemented, or amended from time to time, the "Plan") of the debtors and debtors in possession (the "Debtors," and after the Effective Date, the "Reorganized Debtor"). *See Findings of Fact, Conclusions of Law, and Order (I) Confirming the Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Granting Related Relief* [Docket No. 725] (the "Confirmation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, the Effective Date occurred on October 24, 2025. *See Notice of (I) Entry of Order Confirming the Second Amended Joint*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Post-Effective Date Debtors' mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or Confirmation Order, as applicable.

*Chapter 11 Plan of Reorganization of At Home Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Occurrence of the Effective Date* [Docket No. 809].

**PLEASE TAKE FURTHER NOTICE** that, on September 18, 2025, and September 19, 2025, respectively, the KDW Landlords filed the KDW Landlords Objections. The KDW Landlords, together with the Reorganized Debtor (collectively, the "Parties") state as follows.

**PLEASE TAKE FURTHER NOTICE** that, paragraph 11 of the Confirmation Order preserved the KDW Landlords Objections until resolved via a notice entered under certificate of counsel in accordance with paragraph 7 of the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, on October 20, 2025, prior to the Effective Date, the Debtors filed a status update at Docket No. 773 under certificate of counsel in accordance with paragraph 7 of the Confirmation Order to provide an update with respect to the Unexpired Leases pertaining to the KDW Landlords.

**PLEASE TAKE FURTHER NOTICE** that, paragraph 51 of the Confirmation Order, along with all supplements to the Plan, provided that the KDW Landlords' Unexpired Leases would be assumed as of the later of the Effective Date and the deadline set forth in paragraph 365(d)(4) of the Bankruptcy Code (as extended with consent of the applicable Landlord).

**PLEASE TAKE FURTHER NOTICE** that, paragraph 53 of the Confirmation Order provided that assumption or assumption and assignment of any Unexpired Lease was conditioned upon payment of all Cure costs and provision of adequate assurance of future performance.

**PLEASE TAKE FURTHER NOTICE** that, the Parties agree that, as the conditions to assumption set forth in section 365(b)(1) of the Bankruptcy Code and paragraphs 51 and 53 of the Confirmation Order, including payment of the Cure costs and provision of adequate assurance of

future performance, have been met, the KDW Landlords Objections are fully resolved with respect to the Assumed Lease (as defined below) such that the findings in the Confirmation Order, including, but not limited to, paragraphs 11, 50–61, 81, 124, 133–135, and 176, as applicable, shall apply to the Assumed Lease.

**PLEASE TAKE FURTHER NOTICE**, the following unexpired lease was assumed (the "Assumed Lease") pursuant to the Plan as of the effective date of assumption listed below. The Parties have agreed that the cure cost for the Assumed Lease listed below was as follows:

| Counterparty Name | Counterparty Address | Lease Number | Leased Premises Addresses | Cure | Effective Date of Assumption |
|---|---|---|---|---|---|
| RPI Chesterfield LLC | 200 Vesey Street, 25th Fl, New York, NY 10281 | 62 | 11500 Midlothian Turnpike, Richmond, VA, 23235, Lease Dated 06/04/2010 | $0.00 | November 4, 2025 |

**PLEASE TAKE FURTHER NOTICE** that, the Parties agree to file additional notices of assumption regarding the KDW Landlords' Unexpired Leases that have been assumed but for which no notice has yet been filed.

[*Remainder of page left intentionally blank.*]

Dated: December 1, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| Robert S. Brady (DE Bar No. 2847) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Joseph M. Mulvihill (DE Bar No. 6061) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Timothy R. Powell (DE Bar No. 6894) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Rodney Square | Elizabeth H. Jones (admitted *pro hac vice*) |
| 1000 North King Street | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 571-6600 | Telephone: (212) 446-4800 |
| Facsimile: (302) 571-1253 | Facsimile: (212) 446-4900 |
| Email:  rbrady@ycst.com | Email:  nicole.greenblatt@kirkland.com |
|        jmulvihill@ycst.com |        matthew.fagen@kirkland.com |
|        tpowell@ycst.com |        elizabeth.jones@kirkland.com |
| *Co-Counsel for the Reorganized Debtors* | *Co-Counsel for the Reorganized Debtors* |