IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMBIENCE PARENT, INC., *et al.*,[1] | ) ) ) | Case No. 25-11148 (JKS) |
| Reorganized Debtors. | ) ) ) ) ) | **Ref. Docket No. 847 (25-11120)** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Third Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professionals Services Rendered and Reimbursement of Expenses Incurred for the Period From September 1, 2025 Through September 30, 2025* [Case No. 25-11120, D.I. 847] (the "Application"), filed on November 6, 2025.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on November 28, 2025.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Case No. 25-11120, D.I. 272], the Reorganized Debtors are now authorized to pay 80% ($1,466,897.80) of

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Post Effective Date Debtors' mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

requested fees ($1,833,622.25) and 100% of the requested expenses ($74,545.36) on an interim basis without further Court order.

Dated: December 8, 2025
Wilmington, Delaware

*/s/ Andrew M. Lee*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| --- | --- |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Robert S. Brady (DE Bar No. 2847) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Joseph M. Mulvihill (DE Bar No. 6061) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Andrew M. Lee (DE Bar No. 7078) | Elizabeth H. Jones (admitted *pro hac vice*) |
| Rodney Square | 601 Lexington Avenue |
| 1000 North King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 571-6600 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 571-1253 | Email: nicole.greenblatt@kirkland.com |
| Email: rbrady@ycst.com | matthew.fagen@kirkland.com |
| jmulvihill@ycst.com | elizabeth.jones@kirkland.com |
| alee@ycst.com | |

*Co-Counsel for the Reorganized Debtors*        *Co-Counsel for the Reorganized Debtors*