# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | |
| | Re: Docket No. 773[2] |

## SUPPLEMENTAL NOTICE OF ASSUMPTION OF LEASES PURSUANT TO PLAN

**PLEASE TAKE NOTICE** that, on September 30, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order approving the *Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 722] (as may be further modified, supplemented, or amended from time to time, the "Plan") of the debtors and debtors in possession (the "Debtors," and after the Effective Date, the "Reorganized Debtor"). *See Findings of Fact, Conclusions of Law, and Order (I) Confirming the Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Granting Related Relief* [Docket No. 725] (the "Confirmation Order").[3]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] On November 17, 2025, the Court entered the *Final Decree and Order (I) Closing Certain of the Chapter 11 Cases; (II) Modifying the Case Caption and Directing Administration in the Remaining Case; (III) Waiving Certain Reporting Requirements; (IV) Modifying Bankruptcy Rule 2002 Service List; and (V) Granting Related Relief* [Docket No. 869] (the "Final Decree") closing the chapter 11 cases of At Home Group Inc. and certain of its affiliates which were jointly administered under Case No. 25-11120 (JKS). References to the docket in this Notice relate to Case No. 25-11120 (JKS).

[3] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, the Effective Date occurred on October 24, 2025. *See Notice of (I) Entry of Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of At Home Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Occurrence of the Effective Date* [Docket No. 809].

**PLEASE TAKE FURTHER NOTICE** that, on September 18, 2025, and September 19, 2025, respectively, the KDW Landlords filed the KDW Landlords Objections. The KDW Landlords, together with the Reorganized Debtor (collectively, the "Parties") state as follows.

**PLEASE TAKE FURTHER NOTICE** that, paragraph 11 of the Confirmation Order preserved the KDW Landlords Objections until resolved via a notice entered under certificate of counsel in accordance with paragraph 7 of the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, on October 20, 2025, prior to the Effective Date, the Debtors filed a status update at Docket No. 773 under certificate of counsel in accordance with paragraph 7 of the Confirmation Order to provide an update with respect to the Unexpired Leases pertaining to the KDW Landlords.

**PLEASE TAKE FURTHER NOTICE** that, paragraph 51 of the Confirmation Order, along with all supplements to the Plan, provided that the KDW Landlords' Unexpired Leases would be assumed as of the later of the Effective Date and the deadline set forth in paragraph 365(d)(4) of the Bankruptcy Code (as extended with consent of the applicable Landlord).

**PLEASE TAKE FURTHER NOTICE** that, paragraph 53 of the Confirmation Order provided that assumption or assumption and assignment of any Unexpired Lease was conditioned upon payment of all Cure costs and provision of adequate assurance of future performance.

**PLEASE TAKE FURTHER NOTICE** that, the Parties agree that, as the conditions to assumption set forth in section 365(b)(1) of the Bankruptcy Code and paragraphs 51 and 53 of the Confirmation Order, including payment of the Cure costs and provision of adequate assurance of future performance, have been met, the KDW Landlords Objections are fully resolved with respect to the Assumed Leases (as defined below) such that the findings in the Confirmation Order, including, but not limited to, paragraphs 11, 50–61, 81, 124, 133–135, and 176, as applicable, shall apply to the Assumed Leases.

**PLEASE TAKE FURTHER NOTICE**, the following unexpired leases were assumed (the "Assumed Leases") pursuant to the Plan as of the effective dates of assumption listed below. The Parties have agreed that the cure costs for the Assumed Leases listed below were as follows:

| Counterparty Name | Counterparty Address | Lease Number | Leased Premises Addresses | Cure | Effective Date of Assumption |
|---|---|---|---|---|---|
| Brixmor Elmhurst Crossing LLC | 200 Ridge Pike, Ste 100, Conshohocken, PA 19428 | 213 | Elmhurst Crossing at 265 IL-83, Elmhurst, IL, 60126, Lease Dated 05/16/2018 | $67,416.72 | October 30, 2025 |
| Brixmor Laurel Square Owner, LLC | 200 Ridge Pike, Ste 100, Conshohocken, PA 19428 | 209 | Laurel Square at 1930 NJ-88, Brick Township, NJ, 08724, Lease Dated 05/15/2018 | $65,038.49 | October 30, 2025 |
| Brixmor Watson Glen LLC | 200 Ridge Pike, Ste 100, Conshohocken, PA 19428 | 107 | Watson Glen Shopping Center at 209 S Royal Oaks Blvd, Franklin, TN, 37064, Lease Dated 09/02/2014 | $44,466.08 | October 30, 2025 |

**PLEASE TAKE FURTHER NOTICE** that, the Parties agree to file additional notices of assumption regarding the KDW Landlords' Unexpired Leases that have been assumed but for which no notice has yet been filed.

[*Remainder of page left intentionally blank.*]

| | |
|---|---|
| Dated:  December 9, 2025<br>　　　　Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Andrew C. Ehrmann*　　　　　　　　<br>M. Blake Cleary (No. 3614)<br>Brett M. Haywood (No. 6166)<br>Andrew C. Ehrmann (No. 7395)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email:  bcleary@potteranderson.com<br>　　　　bhaywood@potteranderson.com<br>　　　　aehrmann@potteranderson.com<br><br>– and –<br><br>Stephen D. Zide (admitted *pro hac vice*)<br>Eric Hilmo (admitted *pro hac vice*)<br>**DECHERT LLP**<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 212-698-3500<br>Facsimile: (212) 698-3599<br>Email:  stephen.zide@dechert.com<br>　　　　eric.hilmo@dechert.com<br><br>*Counsel for the Reorganized Debtor* |