**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMBIENCE PARENT, INC., *et al.*,[1] | ) ) ) | Case No. 25-11148 (JKS) |
| Reorganized Debtors. | ) ) ) ) ) | **Ref. Docket No. 868 (25-11120)** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Third Monthly Fee Application of KPMG LLP, Providing Accounting Advisory, Valuation, Tax Provision, Tax Compliance and Tax Consulting Services to the Debtors and Debtors in Possession, Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From September 1, 2025 Through September 30, 2025* [Case No. 25-11120, D.I. 868] (the "Application"), filed on November 17, 2025.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on December 8, 2025.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Case No.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Post Effective Date Debtors' mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

25-11120, D.I. 272], the Reorganized Debtors are now authorized to pay 80% ($205,919.04) of requested fees ($257,398.80) and 100% of the requested expenses ($0.00) on an interim basis without further Court order.

[*Signature Page Follows*]

Dated: December 10, 2025
Wilmington, Delaware

*/s/ Andrew M. Lee*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Andrew M. Lee (DE Bar No. 7078)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:    rbrady@ycst.com
    jmulvihill@ycst.com
    alee@ycst.com

*Co-Counsel for the Reorganized Debtors*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    nicole.greenblatt@kirkland.com
    matthew.fagen@kirkland.com
    elizabeth.jones@kirkland.com

*Co-Counsel for the Reorganized Debtors*