UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11

In re: AT HOME GROUP, INC.

Case Number: 25-11120 jks

Claim Number: 120 for $13,187.13

      DEBTOR

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue.*

    GEOFFREY E. SNYDER
    COMMISSIONER
    MASSACHUSETTS DEPARTMENT OF REVENUE

    **By his duly authorized agent,**

    /s/ Yngribel Reyes
    MASSACHUSETTS DEPARTMENT OF REVENUE
    BANKRUPTCY UNIT - COLLECTIONS BUREAU
    200 ARLINGTON ST, CHELSEA, MA 02150
    PO BOX 7090 BOSTON, MA 02204-7090
    (617) 626-3875



Geoffrey E. Snyder
Commissioner

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090, BOSTON, MA 02204-7090
Phone: (617) 626-3875     Fax: (617) 626-3796

In re: AT HOME GROUP, INC.

Chapter 11
Case Number: 25-11120 jks

## CERTIFICATE OF SERVICE

I, Yngribel Reyes, hereby certify that I have served the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

ROBERT S. BRADY
1000 North King Street
Wilmington, DE 19801-0000

Chapter 11 Trustee
844 KING ST LB 35, Ste 2207
WILMINGTON, DE 19801

/s/ Yngribel Reyes
MASSACHUSETTS DEPARTMENT OF REVENUE
12/10/2025