IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | Re. Docket No: 78 |

**ORDER GRANTING FIRST MOTION OF THE DEBTORS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)
FOR AN ORDER ENLARGING THE TIME TO FILE NOTICES OF
REMOVAL OF RELATED PROCEEDINGS**

Upon consideration of the *Reorganized Debtor's First Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings* (the "Motion"),[2] filed by the Reorganized Debtors; and the Court having reviewed the Motion; and it appearing that proper and adequate notice has been given and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted hereon; and after due deliberation thereon; and sufficient cause therefor; it is hereby ORDERED that:

1. The Motion is GRANTED, as set forth herein.

2. Pursuant to Bankruptcy Rule 9006, the time within which the Reorganized Debtors may file notices of removal of those civil actions to which the Reorganized Debtors are or may become a party is extended through and including **June 15, 2026**.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

12601002v.1

2

3. This Order shall be without prejudice to (a) any position the Reorganized Debtors may take regarding whether section 362 applies to stay any litigation pending against the Reorganized Debtors, or (b) the Reorganized Debtors' right to seek a further extension or extensions of the time within which to file notices of removal of actions and related proceedings upon motion filed with the Court.

This Court shall retain jurisdiction with respect to all matters relating to or arising from the Motion or the interpretation or implementation of this Order.

Dated: December 31st, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

12601002v.1