# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMBIENCE PARENT, INC., *et al.*,[1] | ) ) ) | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | ) ) ) ) ) | **Ref. Docket No. 89** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2025, Through and Including September 30, 2025* [D.I. 89] (the "Application"), filed on December 19, 2025.

The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on January 9, 2026.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Case No. 25-11120, D.I. 272], the Debtors are now authorized to pay 80% ($1,613,711.20) of requested fees

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

($2,017,139.00) and 100% of the requested expenses ($12,086.26) on an interim basis without further Court order.

Dated:  January 13, 2026
Wilmington, Delaware

*/s/ Andrew M. Lee*
| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Robert S. Brady (DE Bar No. 2847) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Joseph M. Mulvihill (DE Bar No. 6061) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Andrew M. Lee (DE Bar No. 7078) | Elizabeth H. Jones (admitted *pro hac vice*) |
| Rodney Square | 601 Lexington Avenue |
| 1000 North King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:  (212) 446-4800 |
| Telephone:  (302) 571-6600 | Facsimile:  (212) 446-4900 |
| Facsimile:  (302) 571-1253 | Email:  nicole.greenblatt@kirkland.com |
| Email:  rbrady@ycst.com | matthew.fagen@kirkland.com |
| jmulvihill@ycst.com | elizabeth.jones@kirkland.com |
| alee@ycst.com | |
| *Co-Counsel for the Reorganized Debtor* | *Co-Counsel for the Reorganized Debtor* |