# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 845** |

## NOTICE OF WITHDRAWAL

The undersigned counsel to Andres Barrios Gonzalez on behalf of himself and on behalf of all similarly situated plaintiffs, (collectively, the "Movant"), hereby withdraws, without prejudice, the *Motion of Andres Barrios Gonzalez for the Entry of an Order (I) Allowing an Administrative Claim, (II) Finding the Automatic Stay Does Not Apply to Certain Post-Petition Claims, (III) Granting Relief from the Automatic Stay to the Extent it Applies, and (IV) Granting Related Relief* [Docket No. 845] filed on November 6, 2025, in Case No. 25-11120.

*[Signature Page to Follow]*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

| | |
|---|---|
| Dated: January 14, 2026<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Matthew P. Ward*<br>Matthew P. Ward (DE Bar No. 4471)<br>Michael Barber (DE Bar No. 7158)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br>           michael.barber@wbd-us.com<br><br>-and-<br><br>**LEHRMAN LAW**<br><br>Seth Lehrman (admitted *pro hac vice*)<br>622 Banyan Trail, Suite 200<br>Boca Raton, FL 33431<br>Telephone: (754) 714-7230<br>Email: seth@lehrmanlaw.com<br><br>*Counsel to Movant* |