**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMBIENCE PARENT, INC., *et al.*,[1] | ) | Case No. 25-11148 (JKS) |
| | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | **Ref. Docket Nos. 73, 85, 88, 89, 90, 94, 95 & 97** |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER**
**APPROVING FINAL FEE APPLICATIONS**

During the period from December 11, 2025 through December 23, 2025, the professionals (collectively, the "Professionals") retained by the above-captioned debtor (the "Reorganized Debtor") and each of the debtors and debtors-in-possession in the jointly administered cases styled *At Home Group, Inc.*, Case No. 25-11120 (JKS) filed their respective applications for final allowance of compensation and reimbursement of expenses (the "Final Fee Applications") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Final Fee Applications were filed by the following Professionals:

- Young Conaway Stargatt & Taylor, LLP [D.I. 88]

- Kirkland & Ellis LLP and Kirkland & Ellis International LLP [D.I. 89]

- PJT Partners LP [D.I. 73]

- KPMG LLP [D.I. 85]

- Omni Agent Solutions, Inc. [D.I. 90]

- AlixPartners, LLP [D.I. 94]

---

[1]   The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

- Ernst & Young LLP [D.I. 95]

- Hilco Real Estate, LLC [D.I. 97]

Objections, if any, to the Final Fee Applications were required to be filed and served on, among others, the affected Professional and the Reorganized Debtor on or before January 2, 2026 at 4:00 p.m. (ET), at the earliest, through January 13, 2026 at 4:00 p.m. (ET), at the latest, as noticed in the applicable Final Fee Applications (collectively, the "Objection Deadlines").

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Final Fee Applications have been received or appear on the Court's docket. Accordingly, the undersigned counsel hereby submits the proposed order (the "Proposed Order"), attached hereto as **Exhibit 1,** approving the Final Fee Applications on the terms set forth therein.

The Reorganized Debtor has circulated the Proposed Order to the Professionals, who have each reviewed, and agreed to entry of, the Proposed Order.

WHEREFORE, as no responses or objections were received to the Final Fee Applications, the Reorganized Debtor respectfully requests that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated:  January 15, 2026
Wilmington, Delaware

/s/ Andrew M. Lee
-------------------------------------

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (DE Bar No. 2847)
Joseph M. Mulvihill (DE Bar No. 6061)
Timothy R. Powell (DE Bar No. 6894)
Andrew M. Lee (DE Bar No. 7078)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 571-6600
Facsimile:      (302) 571-1253
Email:          rbrady@ycst.com
                jmulvihill@ycst.com
                tpowell@ycst.com
                alee@ycst.com

*Co-Counsel for the Reorganized Debtor*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          nicole.greenblatt@kirkland.com
                matthew.fagen@kirkland.com
                elizabeth.jones@kirkland.com

*Co-Counsel for the Reorganized Debtor*

## EXHIBIT 1

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMBIENCE PARENT, INC., *et al.*,[1] | ) | Case No. 25-11148 (JKS) |
|  | ) |  |
|  | ) |  |
| Reorganized Debtor. | ) |  |
|  | ) | **Ref. Docket Nos.  73, 85, 88, 89, 90, 94, 95 & 97** |
|  | ) |  |

**OMNIBUS ORDER APPROVING
FINAL FEE APPLICATIONS OF PROFESSIONALS**

Upon consideration of the final fee applications (collectively, the "Final Fee Applications")

of professionals (collectively, the "Professionals"), a list of which is attached hereto as **Exhibit A**,

retained by the above-captioned debtor (the "Reorganized Debtor") and each of the debtors and

debtors-in-possession in the jointly administered cases styled *At Home Group, Inc., Case No.

25-11120 (JKS)* (collectively, the "Debtors"), for allowance of compensation and reimbursement

of expenses on an final basis; and the United States District Court for the District of Delaware

having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this United

States Bankruptcy Court for the District of Delaware (this "Court") under 28 U.S.C. § 157 and the

*Amended Standing Order of Reference* from the United States District Court for the District of

Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order

consistent with Article III of the United States Constitution; and this Court having found that venue

of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

---

1    The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification
     number, is Ambience Parent, Inc. (6231).  The Reorganized Debtor's mailing address is 9000 Cypress Waters
     Blvd, Coppell, Texas 75019.

and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that the notice of the Final Fee Applications was appropriate; and after due deliberation and sufficient good cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Final Fee Applications are APPROVED on a final basis in the amounts set forth on **Exhibit A** attached hereto.

2.      The Professionals are granted final allowance of compensation in the amounts set forth on **Exhibit A** attached hereto.

3.      The Professionals are granted, on a final basis, reimbursement of the reasonable and necessary expenses in the amounts set forth on **Exhibit A** attached hereto.

4.      The Reorganized Debtor is authorized and directed, as provided herein, to remit, or cause to be remitted, payment to the Professionals in the amounts set forth on **Exhibit A** hereto, less any and all amounts previously paid on account of such fees and expenses.

5.      This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**EXHIBIT A**

**AMBIENCE PARENT, INC.**
Case No. 25-11148 (JKS)
Chart of Final Fee Applications

| Professional | Final Compensation Period & Final Fee Application | Final Fees Requested | Final Expenses Requested |
|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Co-Counsel to the Debtors | 6/16/25-9/30/25 D.I. 88 | $1,093,450.00 | $10,939.80 |
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Co-Counsel to the Debtors | 6/16/25-9/30/25 D.I. 89 | $8,224,297.00[1] | $137,168.88[2] |
| PJT Partners LP, Investment Banker to the Debtors | 6/16/25-9/30/25 D.I. 73 | $17,338,508.06 | $2,689.26 |
| KPMG LLP, Accounting Advisory, Valuation, Tax Provision, Tax Compliance and Tax Consulting Services to the Debtors | 6/16/25-9/30/25 D.I. 85 | $483,484.00[3] | $0.00 |
| Omni Agent Solutions, Inc., Administrative Agent | 10/14/24-4/25/25 D.I. 90 | $102,239.20 | $0.00 |
| AlixPartners, LLP, Financial Advisor to the Debtors | 6/16/25-9/30/25 D.I. 94 | $6,614,630.75 | $177,832.84 |
| Ernst & Young LLP as Tax Advisory Services Provider to the Debtors | 6/16/25-9/30/25 D.I. 95 | $649,309.71 | $230.30 |
| Hilco Real Estate, LLC, Real Estate Consultant and Advisor to the Debtors | 6/16/25-9/30/25 D.I. 97 | $4,192,691.00 | $0.00 |

---

1   Reflects voluntary reductions by Kirkland & Ellis LLP and Kirkland & Ellis International LLP in the aggregate amount of $278,324.25 in fees

2   Reflects voluntary reductions by Kirkland & Ellis LLP and Kirkland & Ellis International LLP in the aggregate amount of $12,027.76 in expenses

3   KPMG requested Court approval of total fees in the amount of $483,484.00, however, factoring in the application of the retainer balance in the amount of $16,823.60, KPMG only sought payment of fees in the amount of $466,660.40 in their Final Fee Application.