**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMBIENCE PARENT, INC., [1]<br><br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 25-11148 (JKS) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 12, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A:**

- **Supplemental Notice of Assumption of Leases Pursuant to Plan [Docket No. 112]**

Dated: January 15, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                                  } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 15th day of January, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# **EXHIBIT A**

| Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Ballard Spahr LLP | Attn: Leslie C. Heilman/Laurel D. Roglen | | | | | heilmanl@ballardspahr.com | Email |
| Ballard Spahr LLP | Attn: Laurel D Roglen | | | | | roglenl@ballardspahr.com | Email |
| Ballard Spahr LLP | Attn: Margaret A Vesper | | | | | vesperm@ballardspahr.com | Email |
| Ballard Spahr LLP | Attn: Erin L Williamson | | | | | williamsone@ballardspahr.com | Email |
| Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch | | | | | hubenb@ballardspahr.com | Email |
| Ballard Spahr LLP | Attn: Dustin P Branch | | | | | branchd@ballardspahr.com | Email |
| Ballard Spahr LLP | Attn: Nahal Zarnighian | | | | | zarnighiann@ballardspahr.com | Email |
| Barclay Damon LLP | Attn: Kevin M Newman | | | | | knewman@barclaydamon.com | Email |
| Barclay Damon LLP | Attn: Scott L Fleischer | | | | | sfleischer@barclaydamon.com | Email |
| City of Tucson | Attn: Dennis P McLaughlin | | | | | Dennis.Mclaughlin@tucsonaz.gov | Email |
| Dechert LLP | Attn: Stephen D Zide/Eric Hilmo | | | | | stephen.zide@dechert.com | Email |
| Dechert LLP | Attn: Eric Hilmo | | | | | eric.hilmo@dechert.com | Email |
| Office of the US Trustee | Attn: Jon Lipshie, Megan Seliber | | | | | jon.lipshie@usdoj.gov; megan.seliber@usdoj.gov | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Peter J Keane | | | | | bsandler@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Peter J Keane | | | | | pkeane@pszjlaw.com | Email |
| Potter Anderson & Corroon LLP | Attn: M Blake Cleary/Brett M Haywood | | | | | bcleary@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Attn: Brett M Haywood | | | | | bhaywood@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Attn: Andrew C Ehrmann | | | | | aehrmann@potteranderson.com | Email |
| Realty Income Properties 18, LLC | 11995 El Camino Real | San Diego, CA 92130 | | | | | First Class Mail |
| Seward & Kissel LLP | Attn: John R Ashmead/Gregg S Bateman | | | | | ashmead@sewkis.com | Email |
| Seward & Kissel LLP | Attn: Gregg S Bateman | | | | | bateman@sewkis.com | Email |
| Seward & Kissel LLP | Attn: Catherine LoTempio | | | | | lotempio@sewkis.com | Email |
| Spirit Master Funding X, LLC | 11995 El Camino Real | San Diego, CA 92130 | | | | | First Class Mail |
| Spirit Master Funding X, LLC | c/o Realty Income Corp | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Spirit Realty LP | 11995 El Camino Real | San Diego, CA 92130 | | | | | First Class Mail |
| Spirit Realty LP | 425 California St | San Francisco, CA 94014 | | | | | First Class Mail |
| Spirit Realty, L.P. | c/o Kelley Drye & Warren LLP | Attn: Robert LeHane | 3 World Trade Center | 175 Greenwich St | New York, NY 10007 | rlehane@kelleydrye.com | Email |
| Spirit Realty, L.P. | c/o Realty Income Corporation | Attn: Mike DiGiacomo | 11995 El Camino Real | San Diego, CA 92130 | | mdigiacomo@realtyincome.com | First Class Mail / Email |
| Spirit Realty, L.P. | 2325 E Camelback Road, Ste 1100 | Phoenix, AZ 85016 | | | | | First Class Mail |
| Texas Attorney General's Office | Attn: Christopher S Murphy | | | | | christopher.murphy@oag.texas.gov | Email |
| Vereit Real Estate, LP | 814 Commerce Dr, Ste 300 | Oak Brook, IL 60523 | | | | | First Class Mail |
| Vereit Real Estate, LP | P.O. Box 732931 | Dallas, TX 75373 | | | | | First Class Mail |
| Vereit Real Estate, LP | Vereit Income Properties LLC | 11995 El Camino Real | San Diego, CA 92130-2539 | | | | First Class Mail |
| Vereit Real Estate, LP | 11995 El Camino Real | San Diego, CA 92130-2539 | | | | | First Class Mail |
| Vereit Real Estate, LP | 2325 E Camelback Road, Ste 1100 | Phoenix, AZ 85016 | | | | | First Class Mail |