# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AMBIENCE PARENT, INC., *et al.*,[1] | ) Case No. 25-11148 (JKS) |
| Reorganized Debtor. | ) Ref. Docket Nos. 73, 85, 88, 89, 90, 94, 95 & 97 |

## CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER APPROVING FINAL FEE APPLICATIONS

During the period from December 11, 2025 through December 23, 2025, the professionals (collectively, the "Professionals") retained by the above-captioned debtor (the "Reorganized Debtor") and each of the debtors and debtors-in-possession in the jointly administered cases styled *At Home Group, Inc.*, Case No. 25-11120 (JKS) filed their respective applications for final allowance of compensation and reimbursement of expenses (the "Final Fee Applications") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Final Fee Applications were filed by the following Professionals:

- Young Conaway Stargatt & Taylor, LLP [D.I. 88]

- Kirkland & Ellis LLP and Kirkland & Ellis International LLP [D.I. 89]

- PJT Partners LP [D.I. 73]

- KPMG LLP [D.I. 85]

- Omni Agent Solutions, Inc. [D.I. 90]

- AlixPartners, LLP [D.I. 94]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

- Ernst & Young LLP [D.I. 95]

- Hilco Real Estate, LLC [D.I. 97]

Objections, if any, to the Final Fee Applications were required to be filed and served on, among others, the affected Professional and the Reorganized Debtor on or before January 2, 2026 at 4:00 p.m. (ET), at the earliest, through January 13, 2026 at 4:00 p.m. (ET), at the latest, as noticed in the applicable Final Fee Applications (collectively, the "Objection Deadlines").

The Professionals received certain questions respect to the Final Fee Applications from the Court, which have been resolved as set forth in the proposed order (the "Proposed Order") attached hereto as **Exhibit 1**. The undersigned hereby certifies that no other answer, objection, or other responsive pleading to the Final Fee Applications have been received or appear on the Court's docket.

WHEREFORE, the Reorganized Debtor respectfully requests that the Court enter the Proposed Order at its earliest convenience without further notice or hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 4, 2026
Wilmington, Delaware

/s/ Joseph M. Mulvihill

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Robert S. Brady (DE Bar No. 2847) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Joseph M. Mulvihill (DE Bar No. 6061) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Timothy R. Powell (DE Bar No. 6894) | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Andrew M. Lee (DE Bar No. 7078) | Elizabeth H. Jones (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone:  (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:  (212) 446-4900 |
| Telephone:  (302) 571-6600 | Email:  nicole.greenblatt@kirkland.com |
| Facsimile:  (302) 571-1253 | matthew.fagen@kirkland.com |
| Email:  rbrady@ycst.com | elizabeth.jones@kirkland.com |
| jmulvihill@ycst.com | |
| tpowell@ycst.com | *Co-Counsel for the Reorganized Debtor* |
| alee@ycst.com | |

*Co-Counsel for the Reorganized Debtor*

# EXHIBIT 1

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMBIENCE PARENT, INC., *et al.*,[1] | ) Case No. 25-11148 (JKS) |
| | ) |
| Reorganized Debtor. | ) |
| | ) **Ref. Docket Nos. 73, 85, 88, 89, 90, 94, 95 & 97** |

## OMNIBUS ORDER APPROVING
## FINAL FEE APPLICATIONS OF PROFESSIONALS

Upon consideration of the final fee applications (collectively, the "Final Fee Applications") of professionals (collectively, the "Professionals"), a list of which is attached hereto as **Exhibit A**, retained by the above-captioned debtor (the "Reorganized Debtor") and each of the debtors and debtors-in-possession in the jointly administered cases styled *At Home Group, Inc.,* Case No. 25-11120 (JKS) (collectively, the "Debtors"), for allowance of compensation and reimbursement of expenses on a final basis; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this United States Bankruptcy Court for the District of Delaware (this "Court") under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

and 1409; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that the notice of the Final Fee Applications was appropriate; and after due deliberation and sufficient good cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Final Fee Applications are APPROVED on a final basis in the amounts set forth on **Exhibit A** attached hereto.

2. The Professionals are granted final allowance of compensation in the amounts set forth on **Exhibit A** attached hereto.

3. The Professionals are granted, on a final basis, reimbursement of the reasonable and necessary expenses in the amounts set forth on **Exhibit A** attached hereto.

4. The Reorganized Debtor is authorized and directed, as provided herein, to remit, or cause to be remitted, payment to the Professionals in the amounts set forth on **Exhibit A** hereto, less any and all amounts previously paid on account of such fees and expenses.

5. This Order shall be deemed a separate order for each Professional, and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**EXHIBIT A**

**AMBIENCE PARENT, INC.**
Case No. 25-11148 (JKS)
Chart of Final Fee Applications

| Professional | Final Compensation Period & Final Fee Application | Final Fees Requested | Final Expenses Requested |
|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Co-Counsel to the Debtors[1] | 6/16/25-9/30/25 D.I. 88 | $1,093,042.00 | $10,939.80 |
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Co-Counsel to the Debtors[2] | 6/16/25-9/30/25 D.I. 89 | $8,216,441.5 | $135,243.70 |
| PJT Partners LP, Investment Banker to the Debtors | 6/16/25-9/30/25 D.I. 73 | $17,338,508.06 | $2,689.26 |
| KPMG LLP, Accounting Advisory, Valuation, Tax Provision, Tax Compliance and Tax Consulting Services to the Debtors | 6/16/25-9/30/25 D.I. 85 | $483,484.00[3] | $0.00 |
| Omni Agent Solutions, Inc., Administrative Agent | 10/14/24-4/25/25 D.I. 90 | $102,239.20 | $0.00 |
| AlixPartners, LLP, Financial Advisor to the Debtors[4] | 6/16/25-9/30/25 D.I. 94 | $6,614,630.75 | $172,332.84 |
| Ernst & Young LLP as Tax Advisory Services Provider to the Debtors[5] | 6/16/25-9/30/25 D.I. 95 | $645,644.71 | $230.30 |

---

[1] With respect to comments from the Court, Young Conaway Stargatt & Taylor, LLP agreed to a voluntary reduction in fees in the amount of $408.00.

[2] The Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP reflects voluntary reductions in fees in the amount of $278,324.25 and expenses in the amount of $12,027.76. With respect to comments from the Court, Kirkland & Ellis LLP and Kirkland & Ellis International LLP agreed to an additional voluntary reduction in fees in the amount of $7,855.50 and expenses in the amount of $1,925.18.

[3] KPMG LLP requested Court approval of total fees in the amount of $483,484.00, however, factoring in the application of the retainer balance in the amount of $16,823.60, KPMG LLP only sought payment of fees in the amount of $466,660.40 in its Final Fee Application.

[4] With respect to comments from the Court, AlixPartners, LLP agreed to a voluntary reduction in expenses in the amount of $5,500.00.

[5] With respect to comments from the Court, Ernst & Young LLP agreed to a voluntary reduction in fees in the amount of $3,665.00.

| | | | |
|---|---|---|---|
| Hilco Real Estate, LLC, Real Estate Consultant and Advisor to the Debtors | 6/16/25-9/30/25 D.I. 97 | $4,192,691.00 | $0.00 |