**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>AMBIENCE PARENT, INC.,[1]<br><br>                        Debtor. | ) <br>)   Chapter 11<br>)<br>)   Case No. 25-11148 (JKS)<br>)<br>)<br>)<br>)   **Rel. Dkt. No. 862 [Case No. 25-11120]**<br>    **Rel. Dkt. No. 58 [Case No. 25-11148]** |

**ORDER GRANTING COMBINED THIRD MONTHLY AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
FTI CONSULTING, INC., AS FINANCIALS ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JULY 2, 2025 THROUGH OCTOBER 31, 2025**

      FTI Consulting, Inc. ("FTI"), as financial advisor to the official committee of unsecured creditors (the "Committee") in the above-captioned cases, filed its *Combined Third Monthly and Final Application for Compensation and Reimbursement of Expenses of FTI Consulting, Inc., as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from July 2, 2025 through September 30, 2025* (the "Application"); and the *Supplement to Combined Third Monthly and Final Application for Compensation and Reimbursement of Expenses of FTI Consulting, Inc., as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from July 2, 2025 through September 30, 2025* (the "Supplement"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was

---

[1]     The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

4914-1096-6906.3 05563.00002

adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

ORDERED that the Application is GRANTED, on a final basis. The Debtors in the above cases shall pay to FTI the sum of $889,681.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $104.98 for a total final award of $889,786.48 for services rendered and disbursements incurred by FTI for the period July 2, 2025 through October 31, 2025, less any amounts previously paid in connection with the Monthly Fee Applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: February 5th, 2026
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE