**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | **Re: Docket No. 132** |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM**
**REGARDING REORGANIZED DEBTORS' SECOND OMNIBUS**
**(SUBSTANTIVE) OBJECTION TO PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that pursuant to rule 3007-1(d)(vi) of the Local Rules of the

United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the above-

captioned reorganized debtor and its' reorganized debtor affiliates[2] (the "Reorganized Debtors"

and prior to the Effective Date, the "Debtors"), delivered hard and electronic copies of the proofs

of claim (the "Claims") along with all attachments, that are the subject of the *Reorganized*

---

[1]   The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231).  The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2]   On November 17, 2025, the Court entered an order [Docket No. 871] (the "Case Closing Order"), closing the chapter 11 cases of Ambience Parent, Inc.'s affiliates.  The Reorganized Debtors whose cases were closed pursuant to the Case Closing Order, along with the last four digits of their federal tax identification number, are: At Home Group Inc. (9563); Ambience Intermediate, Inc. (0692); At Home Holding II Inc. (9755); At Home Holding III Inc. (9930); At Home Companies LLC (6921); At Home Stores LLC (4961); At Home RMS Inc. (5235); At Home Gift Card LLC (0357); At Home Procurement Inc. (1777); At Home Properties LLC (2759); At Home Assembly Park Drive Condominium Association (N/A); 1600 East Plano Parkway, LLC (4757); 1944 South Greenfield Road LLC (4377); 2301 Earl Rudder Frwy S LLC (N/A); 3551 S 27th Street LLC (9350); 300 Tanger Outlet Blvd LLC (N/A); 3002 Firewheel Parkway LLC (N/A); 2016 Grand Cypress Dr LLC (N/A); 8651 Airport Freeway LLC (0523); Transverse II Development (8595); Rhombus Dev, LLC (4783); 1000 Turtle Creek Drive LLC (9177); 19000 Limestone Commercial Dr, LLC (3711); 4801 183A Toll Road, LLC (3909); 7050 Watts Rd LLC (N/A); 4700 Green Road LLC (9049); 361 Newnan Crossing Bypass LLC (N/A); 4304 West Loop 289 LLC (4302); 10460 SW Fellowship Way LLC (N/A); 1720 N Hardin Blvd LLC (N/A); Compass Creek Parkway LLC (N/A); 10800 Assembly Park Dr LLC (N/A); Nodal Acquisitions, LLC (N/A); 15255 N Northsight Blvd LLC (N/A); 3015 W 86th St LLC (N/A); 9570 Fields Ertel Road LLC (N/A); 1376 E. 70th Street LLC (9942); 11501 Bluegrass Parkway LLC (3626); 12990 West Center Road LLC (9396); 334 Chicago Drive, LLC (2864); and 4200 Ambassador Caffery Pkwy LLC (5119).

*Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim* [Docket No. 132] to the

Chambers of the Honorable J. Kate Stickles on February 17, 2026.

**PLEASE TAKE FURTHER NOTICE** that copies of the Claims may be obtained at At

Home Group Inc.: Proofs of Claim Docket.


Dated:  February 17, 2026                                  Respectfully submitted,
       Wilmington, Delaware

                                                    */s/ Andrew C. Ehrmann*

M. Blake Cleary (No. 3614)
Brett M. Haywood (No. 6166)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
       bhaywood@potteranderson.com
       aehrmann@potteranderson.com

– and –

Stephen D. Zide (admitted *pro hac vice*)
Eric Hilmo (admitted *pro hac vice*)
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 212-698-3500
Facsimile: (212) 698-3599
Email: stephen.zide@dechert.com
       eric.hilmo@dechert.com

*Counsel for the Reorganized Debtors*