**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **At Home Group, Inc. ,** § | | **Case No.  25-11157** |
| § | | |
| **Debtor** § | | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
CLAIM #338**

Now comes Tarrant County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its Proof of Claim in this case.  Tarrant County filed its claim on or about June 24, 2025, in the amount of $111,628.21, which is designated as claim number 338 on the claims register.  Therefore, Tarrant County hereby withdraws its claim.

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___19th___ day of ___February___, 2026, a true and correct copy of the above document was filed with the Court and served via the Court's electronic noticing system upon all parties receiving electronic notice.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
3500 Maple Avenue, Suite 800
Dallas, TX  75219
(214) 880-0089 - Telephone
(469) 221-5003 - Fax

By:    /s/ John K. Turner_____
John K. Turner
SBN 00788563