# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC., [1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 17, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the methods set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the methods set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Submission of Copies of Proofs of Claim Regarding Reorganized Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim [Docket No. 160]**

Dated: February 19, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this *19th* day of *February*, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

## **<u>EXHIBIT A</u>**

**Exhibit A**

Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman/Laurel D. Roglen<br>roglenl@ballardspahr.com;<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com;<br>branchd@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Ave of the Americas, Ste 2310<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Kevin M Newman<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| counsel to the Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard, Mark D Silva<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>msilva@choate.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard/John F Ventola<br>Attn: Mark D Silva/Hampton Foushee<br>Attn: Alexandra Thomas<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>jventola@choate.com;<br>msilva@choate.com;<br>hfoushee@choate.com;<br>athomas@choate.com | Email |
| *Renewed NOA - Counsel for  City of Tucson, Arizona | City of Tucson | Attn: Dennis P McLaughlin<br>Office of the City Attorney, Civil Division<br>PO Box 27210<br>Tucson AZ 85726-7210 | Dennis.Mclaughlin@tucsonaz.gov | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Dechert LLP | Attn: Stephen Zide, Eric Hilmo<br>3 Bryant Park<br>1095 Ave of The Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| *Renewed NOA - Counsel for the Reorganized Debtors | Dechert LLP | Attn: Stephen D Zide/Eric Hilmo<br>3 Bryant Park<br>1095 Ave of the Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| Taxing Authority | Delaware Dept of Revenue | 820 N French St<br>Wilmington, DE 19801 | KevinT.Murphy@delaware.gov;<br>DOR_CorpTax@delaware.gov | Email |
| Taxing Authority | Delaware Div of Corporations | P.O. Box 898<br>Dover, DE 19903 | DOSDOC_ftax@delaware.gov | Email |
| Taxing Authority | Delaware Div of Corporations | John G Townsend Bldg<br>401 Federal St, Ste 4<br>Dover, DE 19901 | DOSDOC_ftax@delaware.gov | Email |
| Consenting Sponsor | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Rachel Strickland/Erin Ryan<br>One New York Plaza<br>New York, New York 1000 | Rachel.Strickland@friedfrank.com;<br>Erin.Ryan@friedfrank.com | Email |
| Taxing Authority | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | scott.miller@irs.gov | Email |
| Debtors' counsel | Kirkland & Ellis LLP | Kirkland & Ellis Int'l LLP<br>Attn: Nicole L Greenblatt, Matthew C Fagen<br>Attn: Elizabeth H Jones<br>601 Lexington Ave<br>New York, NY 10022 | nicole.greenblatt@kirkland.com;<br>matthew.fagen@kirkland.com;<br>elizabeth.jones@kirkland.com | Email |
| *NOA - Counsel for State of New York State Department of Taxation and Finance | New York State Attorney General | Attn: Robert J. Rock<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | Robert.Rock@ag.ny.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| US Attorney | Office of the US Attorney | For the District of Delaware<br>1313 N Market St<br>P.O. Box 2046<br>Wilmington, DE 19801 | | First Class Mail |
| US Trustee | Office of the US Trustee | For the District of Delaware<br>Attn: Jon Lipshie, Megan Seliber<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207, Lockbox 35<br>Wilmington, DE 19801 | jon.lipshie@usdoj.gov;<br>megan.seliber@usdoj.gov | Email |
| *NOA - Counsel for Kimco Realty Corporation, KIR Temecula L.P., RPT Realty, L.P., Dedham R2G Owner LLC, Crofton 450 LLC, PL Wayne LLC | Offit Kurman, PA | Attn: Brian J McLaughlin<br>222 Delaware Ave Ste 1105<br>Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Shirley S Cho<br>Attn: Theodore S Heckel<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | rfeinstein@pszjlaw.com;<br>theckel@pszjlaw.com;<br>scho@pszjlaw.com | Email |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Peter J Keane<br>919 N Market St, 17th Fl<br>Wilmington, DE 19801 | bsandler@pszjlaw.com;<br>pkeane@pszjlaw.com | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Potter Anderson & Corroon LLP | Attn: M Blake Cleary, Brett M Haywood<br>1313 N Market St<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com | Email |
| *Renewed NOA - Counsel for the Reorganized Debtors | Potter Anderson & Corroon LLP | Attn: M Blake Cleary/Brett M Haywood<br>Attn: Andrew C Ehrmann<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com;<br>aehrmann@potteranderson.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne/Jason D Angelo<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@reedsmith.com;<br>jangelo@reedsmith.com | Email |
| counsel to the Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@ReedSmith.com | Email |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Seward & Kissel LLP | Attn: John R Ashmead/Gregg S Bateman<br>Attn: Catherine LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>lotempio@sewkis.com;<br>bateman@sewkis.com | Email |
| *Renewed NOA - Counsel for Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Christopher S Murphy<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Debtors' counsel | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S Brady, Edwin J Harron<br>Attn: Joseph M Mulvihill/Timothy R Powell<br>Rodney Sq<br>1000 N King St<br>Wilmington, DE 19801 | rbrady@ycst.com;<br>eharron@ycst.com;<br>jmulvihill@ycst.com;<br>tpowell@ycst.com | Email |

## **EXHIBIT B**

**Exhibit B**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Allen Turnbaugh | Address Redacted | | | | Email Address Redacted | Email |
| | | | | | | First Class Mail |
| Appell Striping & Sealcoating, Inc | Attn: Michael Appell | 6 Willowbrook Ave | Bay Shore, NY 11706 | | mappell@appellstriping.com | Email |
| | | | | | | First Class Mail |
| Astound Commerce Corporation | 945 E Paces Ferry Rd, Ste 2075 | Atlanta, GA 30326 | | | ar-na@astounddigital.com | Email |
| | | | | | | First Class Mail |
| Balkan Express LLC | 2560 E Long Ave | Fort Worth, TX 76137 | | | | Email |
| Balkan Express LLC | c/o Compass Funding Solutions LLC | 115 W 55th St, Ste 301 | Clarendon Hills, IL 60514 | | | First Class Mail |
| Brixton Everett, LLC | c/o Ballard Spahr LLP | Attn: Dustin P Branch, Esq | 2029 Century Park E, Ste 1400 | Los Angeles, CA 90067 | branchd@ballardspahr.com | Email |
| | | | | | | First Class Mail |
| City of Bloomington IN | Attn: Michelle Lee McGregor | 600 E Miller Dr | Bloomington, IN 47401 | | | First Class Mail |
| City of Bloomington IN | c/o Store 254 Bloomington, IN | P.O. Box 2500 | Bloomington, IN 47402 | | michelle.mcgregor@bloomington.in.gov | Email |
| | | | | | | First Class Mail |
| Constellation NewEnergy, Inc | P.O. Box 4640 | Carol Stream, IL 60197 | | | | First Class Mail |
| Constellation NewEnergy, Inc. | 1310 Point St | Baltimore, MD 21231 | | | gail.rosen@constellation.com | Email |
| | | | | | | First Class Mail |
| CPV Retail Energy LP | Attn: Read Comstock | 2245 Texas Dr, Ste 400 | Sugar Land, TX 77479 | | rcomstock@cpv.com | Email |
| | | | | | | First Class Mail |
| DM Trans, LLC | dba Arrive Logistics | Attn: Chris Neitlich | 7701 Metropolis Dr, Bldg 15 | Austin, TX  78744 | collections@arrivelogistics.com | Email |
| | | | | | | First Class Mail |
| HDC-3073-Lafayette Partners Limited Partnership | c/o Hammerford Development Co, Ltd | Attn: Judson James Martin | 12335 Kingsride Ln, Ste 200 | Houston, TX 77024 | jmartin@theraidengroup.com | Email |
| | | | | | | First Class Mail |
| Iowa Unemployment | Iowa Workforce Development | 3420 University Ave | Waterloo IA 50701 | | | First Class Mail |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| | | | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| | | | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| | | | | | | First Class Mail |
| ParachG2G DBA | c/o Express Employment Professionals | 402 W McDermott Dr | Allen, TX 75013 | | daniel.boehm@expresspros.com | Email |
| | | | | | | First Class Mail |
| RSI TX LLC | 3100 E Meadows Blvd | Mesquite, TX 75150 | | | invoice@rsidfw.com | Email |
| | | | | | | First Class Mail |
| Tabitha Jane Gardner | Address Redacted | | | | Email Address Redacted | Email |
| | | | | | | First Class Mail |
| Tilton Pacific Construction, Inc. | Attn: Gregg Hall | 595 Menlo Dr | Rocklin, CA 95765 | | ghall@tiltonpacific.com | Email |
| | | | | | | First Class Mail |
| Town of Pineville | dba Pineville Electric Co | P.O. Box 249 | Pineville, NC 28134 | | tvachon@pcsfiber.net | Email |
| | | | | | | First Class Mail |
| Ve Vision Enterprises | 19911 Ravens Thorpe Ln | Spring, TX 77379 | | | blum936@gmail.com | Email |
| | | | | | | First Class Mail |
| VSS Transportation Group | c/o Triumph Business Capital | P.O. Box 610028 | Dallas, TX 75261 | | | First Class Mail |
| VSS Transportation Group | Attn: Bella Cavalic | | | | bella@vsstg.com | Email |
| Westgate Business Park Community Association, Inc. | c/o Hoover Slovacek LLP | Attn: Curtis McCreight | Galleria Tower II | 5051 Westheimer Rd, Ste 1200 | Houston, TX 77056 | mccreight@hooverslovacek.com | Email |
| | | | | | | First Class Mail |
| Westgate Business Park Community Association, Inc. | P.O. Box 79441 | Houston, TX 77279 | | | | First Class Mail |