IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| AMBIENCE PARENT, INC. | § | |
| | § | CASE NO. 25-11148 |
| DEBTOR | § | |

## NOTICE OF CLAIM SATISFACTION FOR CLAIM NOS. 26 AND 331

Now comes Ector CAD, a secured creditor herein, and notifies the Court and all other parties that it is filing this Notice of Claim Satisfaction regarding Claim Nos. 26 and 331 in At Home Stores, LLC, Case No. 25-11157 (and any amended claim thereafter filed by the taxing entity) filed by Ector CAD on June 21, 2025, in the amount of $22,224.76 (claim no. 26 with the claims' agent, Omni Agent Solutions) and November 10, 2025, in the amount of $21,756.92 (claim no. 331 with the claims' agent, Omni Agent Solutions).  Said claim has been paid, and said Claim Satisfaction is filed via the Withdrawal of Claim ECF process.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2026, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - Telephone
(210) 225-6410 - Fax

By:    /s/ Don Stecker
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)
Karalyssa Casillas (SBN 24128425)

**Attorney for Ector CAD**

1