# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMBIENCE PARENT, INC., *et al*.,[1] | ) | Case No. 25-11148 (JKS) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| | ) | Re: Docket No. 725[2] |

## NOTICE OF ASSUMPTION OF LEASE PURSUANT TO PLAN

**PLEASE TAKE NOTICE** that, on September 30, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order approving the *Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 722] (as may be further modified, supplemented, or amended from time to time, the "Plan") of the debtors and debtors in possession (the "Debtors," and after the Effective Date, the "Reorganized Debtor"). *See Findings of Fact, Conclusions of Law, and Order (I) Confirming the Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Granting Related Relief* [Docket No. 725] (the "Confirmation Order").[3]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Post-Effective Date Debtors' mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] On November 17, 2025, the Court entered the *Final Decree and Order (I) Closing Certain of the Chapter 11 Cases; (II) Modifying the Case Caption and Directing Administration in the Remaining Case; (III) Waiving Certain Reporting Requirements; (IV) Modifying Bankruptcy Rule 2002 Service List; and (V) Granting Related Relief* [Docket No. 869] (the "Final Decree") closing the chapter 11 cases of At Home Group Inc. and certain of its affiliates which were jointly administered under Case No. 25-11120 (JKS). References to the docket in this Notice relate to Case No. 25-11120 (JKS).

[3] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, the Effective Date occurred on October 24, 2025. *See Notice of (I) Entry of Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of At Home Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Occurrence of the Effective Date* [Docket No. 809].

**PLEASE TAKE FURTHER NOTICE** that, JASUE, LLC ("JASUE," together with the Reorganized Debtor, collectively, the "Parties") state as follows.

**PLEASE TAKE FURTHER NOTICE** that, paragraph 53 of the Confirmation Order provided that assumption or assumption and assignment of any Unexpired Lease was conditioned upon payment of all Cure costs and provision of adequate assurance of future performance.

**PLEASE TAKE FURTHER NOTICE**, the following unexpired lease was assumed (the "Assumed Lease") pursuant to the Plan as of the effective date of assumption listed below. The Parties have agreed that the cure cost for the Assumed Lease listed below was as follows:

| Counterparty Name | Counterparty Address | Lease Number | Leased Premises Addresses | Cure | Effective Date of Assumption |
|---|---|---|---|---|---|
| JASUE, LLC | 185 N.W. Spanish River Boulevard, Suite 100, Boca Raton, Florida 33431 | 181 | 4480 Indian Ripple Road, Dayton, Ohio 45440 | $61,847.84 | January 23, 2026 |

**PLEASE TAKE FURTHER NOTICE** that, the Parties agree that, as the conditions to assumption set forth in section 365(b)(1) of the Bankruptcy Code and paragraph 53 of the Confirmation Order, including payment of the Cure costs and provision of adequate assurance of future performance, have been met, with respect to the Assumed Lease (as defined below) such that the findings in the Confirmation Order, including, but not limited to, paragraphs 11, 50–61, 81, 124, 133–135, 171, 175 and 176, as applicable, shall apply to the Assumed Lease.

|  |  |
|---|---|
| Dated: March 4, 2026<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Andrew C. Ehrmann*<br>M. Blake Cleary (No. 3614)<br>Brett M. Haywood (No. 6166)<br>Andrew C. Ehrmann (No. 7395)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: bcleary@potteranderson.com<br>　　　　bhaywood@potteranderson.com<br>　　　　aehrmann@potteranderson.com<br><br>– and –<br><br>Stephen D. Zide (admitted *pro hac vice*)<br>Eric Hilmo (admitted *pro hac vice*)<br>**DECHERT LLP**<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 212-698-3500<br>Facsimile: (212) 698-3599<br>Email: stephen.zide@dechert.com<br>　　　　eric.hilmo@dechert.com<br><br>*Counsel for the Reorganized Debtor* |