# **EXHIBIT A**

## **Proposed Order**

4909-4087-9517.1 05563.00003

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | |
| | Re: Docket No. _____ |

**ORDER SUSTAINING THE UNSECURED CLAIMS DISTRIBUTION TRUST**
**TRUSTEE'S FIRST OMNIBUS OBJECTION TO CERTAIN (I) AMENDED AND**
**SUPERSEDED CLAIMS, (II) LATE FILED CLAIMS, AND**
**(III) DUPLICATE CLAIMS (NON-SUBSTANTIVE)**

Upon the objection (the "<u>Objection</u>")[2] of the Trustee to the Proofs of Claim set forth on

**<u>Schedules 1-3</u>** hereto, all as more fully set forth in the Objection; and this Court having reviewed

the Objection; and this Court having jurisdiction to consider the Objection and the relief requested

therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of*

*Reference from the United States District Court for the District of Delaware* dated as of February

29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. §

157(b)(2) and that this Court may enter a final order consistent with Article III of the United States

Constitution; and this Court having found that venue of this proceeding and the Objection in this

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate

notice of the Objection has been given and that no other or further notice is necessary; and upon

the record herein; and after due deliberation thereon; and this Court having determined that there

is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Objection is SUSTAINED, as set forth herein;

2.      Each of the Amended and Superseded Claims listed under the heading "Claim(s) to be Disallowed & Expunged" on **Schedule 1** hereto is hereby disallowed and expunged in its entirety.  The GUC Claims listed under the heading "Surviving Claim(s)" shall remain on the Claims Register, subject to the Trustee's right to object to or otherwise contest such proofs of claim;

3.      Each of the Late Filed Claims listed on **Schedule 2** hereto is hereby disallowed and expunged in its entirety;

4.      Each of the Duplicate Claims listed under the heading "Claim(s) to be Disallowed & Expunged as Duplicative" on **Schedule 3** hereto is hereby disallowed and expunged in its entirety.  The GUC Claims listed under the heading "Surviving Claim(s)" shall remain on the Claims Register, subject to the Trustee's right to object to or otherwise contest such proofs of claim;

5.      Nothing in the Objection or this Order shall be construed as an allowance of any Claim;

6.      The Trustee's right to file additional objections to the GUC Claims or any other claims (filed or not) that has been or may be asserted against the Reorganized Debtors or their estates, and to seek further reduction of any GUC Claim to the extent such GUC Claim has been paid, are preserved.  Additionally, regardless of whether one or more of the grounds of objection stated in the Objection are dismissed, the Trustee's right to object on other stated grounds or any other grounds that the Trustee discovers during the pendency of the chapter 11 cases are further preserved;

7.      This Court shall retain jurisdiction over the Trustee, the Debtor, and the Claimants whose GUC Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order; and

8.      Each GUC Claim and the objections by the Trustee to such Claim, as addressed in the Objection and set forth on **Schedules 1-3** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each GUC Claim.  Any stay of this Order pending appeal by any Claimant whose GUC Claims are subject to this Order shall apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

## Schedule 1

### (Amended and Superseded Claims)

4909-4087-9517.1 05563.00003

Schedule 1 – Amended and Superseded Claims

| | Claim(s) to be Disallowed & Expunged | | | | | Surviving Claim(s) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 1. | 1-800-Got-Junk? Commercial Services (USA) LLC | 157-58 | At Home Stores LLC | General Unsecured | $9,826.00 | 1-800-Got-Junk? Commercial Services (USA) LLC | 157-72 | At Home Stores LLC | General Unsecured | $8,707.50 | Claim No. 157-58 was amended and superseded by Claim No. 157-72. |
| 2. | Amerco Real Estate Company | 157-47 | At Home Stores LLC | General Unsecured | $60,689.80 | Amerco Real Estate Company | 157-315 | At Home Stores LLC | General Unsecured | $481,687.79 | Claim No. 157-47 was amended and superseded by Claim No. 157-315. |
| 3. | Amerco Real Estate Company | 157-48 | At Home Stores LLC | General Unsecured | $53,018.03 | Amerco Real Estate Company | 157-316 | At Home Stores LLC | General Unsecured | $761,135.19 | Claim No. 157-48 was amended and superseded by Claim No. 157-316. |
| 4. | Amigo Mobility International, Inc. | 120-31 | At Home Group Inc. | General Unsecured | $17,491.25 | Amigo Mobility International, Inc. | 120-124 | At Home Group Inc. | General Unsecured | $24,253.11 | Claim No. 120-31 was amended and superseded by Claim No. 120-124. |
| 5. | Base4 Ventures, LLC | 157-27 | At Home Stores LLC | General Unsecured | $282,962.76 | Base4 Ventures, LLC | 157-28 | At Home Stores LLC | General Unsecured | General Unsecured | Claim No. 157-27 was amended and superseded by Claim No. 157-28. |

---

[1] The claim numbers listed in this schedule are comprised of (i) first, the last three digits of the case number of the Debtor against which the claim was filed, and (ii) second, following the hyphen, a one-to-three-digit number assigned by the Debtors' claims agent.

Schedule 1 – Amended and Superseded Claims

| | Claim(s) to be Disallowed & Expunged | | | | | Surviving Claim(s) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 6. | BF Timonium, LLC; C.O. II Investments, LLC; Crown Investment Holdings, LLC; Crown Ventures I, LLC | 157-216 | At Home Stores LLC | General Unsecured | $52,066.06 | BF Timonium, LLC; C.O. II Investments, LLC; Crown Investment Holdings, LLC; Crown Ventures I, LLC | 157-240 | At Home Stores LLC | General Unsecured | $52,066.66 | Claim No. 157-216 was amended and superseded by Claim No. 157-240. |
| 7. | Bryan Rental, Inc. & Crane of Indiana, LLC | 157-41 | At Home Stores LLC | General Unsecured | $36,418.75 | Bryan Rental Inc & Crane of Indiana, LLC | 157-165 | At Home Stores LLC | General Unsecured | $36,418.75 | Claim No. 157-41 was amended and superseded by Claim No. 157-165. |
| 8. | Calondra Brown and Nahon Saharovich & Trotz Personal Injury Attorneys | 157-106 | At Home Stores LLC | General Unsecured | $22,250.00 | Calondra Brown and Nahon Saharovich & Trotz Personal Injury Attorneys | 157-258 | At Home Stores LLC | General Unsecured | $22,500.00 | Claim No. 157-106 was amended and superseded by Claim No. 157-258. |
| 9. | Datasite LLC | 120-64 | At Home Group Inc. | General Unsecured | $34,948.36 | Datasite LLC | 120-135 | At Home Group Inc. | General Unsecured | $34,948.36 | Claim No. 120-64 was amended and superseded by Claim No. 120-135. |
| 10. | Direct Home Textiles Group, LLC | 120-363 | At Home Group Inc. | General Unsecured | $556,822.63 | Direct Home Textiles Group, LLC | 154-145 | At Home Procurement Inc. | General Unsecured | $556,822.63 | Claim No. 120-363 was amended and superseded by Claim No. 154-145. [2] |

---

[2]   Claims 120-363 and 154-145 are also included on Exhibit B, whereby both claims are objected to as Late-Filed Claims.

4921-9469-2755v.1
4917-9750-0573.1 05563.00003

Schedule 1 – Amended and Superseded Claims

| Claim(s) to be Disallowed & Expunged | | | | | Surviving Claim(s) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 11. | Duke Energy Florida | 157-81 | At Home Stores LLC | General Unsecured | $77,966.27 | Duke Energy Florida | 157-121 | At Home Stores LLC | General Unsecured | $104,488.91 | Claim No. 157-81 was amended and superseded by Claim No. 157-121. |
| 12. | EP Paseo South Holdings LLC | 157-317 | At Home Stores LLC | General Unsecured | $33,963.47 | EP Paseo South Holdings LLC | 120-396 | At Home Group Inc. | General Unsecured | $121,723.47 | Claim No. 157-317 was amended and superseded by Claim No. 120-396. |
| 13. | Evergreen Air Conditioning | 157-60 | At Home Stores LLC | General Unsecured | $72,620.19 | Evergreen Air Conditioning | 157-110 | At Home Stores LLC | General Unsecured | $1,711.58 | Claim No. 157-60 was amended and superseded by Claim No. 157-77. Which was then amended and superseded by Claim No. 157-98 which was then amended and superseded by Claim No. 157-104 which was then amended and superseded by Claim No. 157-110. |
| 14. | Evergreen Air Conditioning | 157-77 | At Home Stores LLC | General Unsecured | $43,520.82 | | | | | | |
| 15. | Evergreen Air Conditioning | 157-98 | At Home Stores LLC | General Unsecured | $39,930.88 | | | | | | |
| 16. | Evergreen Air Conditioning | 157-104 | At Home Stores LLC | General Unsecured | $4,623.14 | | | | | | |

Schedule 1 – Amended and Superseded Claims

| | **Claim(s) to be Disallowed & Expunged** | | | | | **Surviving Claim(s)** | | | | | **Reason for Disallowance** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 17. | Evergreen Enterprises of Virginia LLC | 120-352 | At Home Group Inc. | General Unsecured | $13,118.22 | Evergreen Enterprises of Virginia LLC | 120-355 | At Home Group Inc. | General Unsecured | $39,262.74 | Claim No. 120-352 was amended and superseded by Claim No. 120-355. |
| 18. | Facility Solutions Group, Inc. | 120-110 | At Home Group Inc. | General Unsecured | $19,298.93 | Facility Solutions Group, Inc. | 120-315 | At Home Group Inc. | General Unsecured | $45,611.01 | Claim No. 120-110 was amended and superseded by Claim No. 120-179; subsequently, Claim No. 120-179 was amended and superseded by Claim No. 120-315. |
| 19. | Facility Solutions Group, Inc. | 120-179 | At Home Group Inc. | General Unsecured | $21,725.47 | | | | | | |
| 20. | Franklin Sports, Inc. | 120-144 | At Home Group Inc. | General Unsecured | $39,984.00 | Franklin Sports, Inc. | 154-141 | At Home Procurement Inc. | General Unsecured | $39,984.00 | Claim No. 120-144 was amended and superseded by Claim No. 154-141. |
| 21. | Hua Zhan Plants Co., Limited | 120-73 | At Home Group Inc. | General Unsecured | $32,907.34 | Hua Zhan Plants Co., Limited | 120-74 | At Home Group Inc. | General Unsecured | $32,907.34 | Claim No. 120-73 was amended and superseded by Claim No. 120-74. |

4921-9469-2755v.1
4917-9750-0573.1 05563.00003

Schedule 1 – Amended and Superseded Claims

| | Claim(s) to be Disallowed & Expunged | | | | | Surviving Claim(s) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 22. | Janice L White | 120-305 | At Home Group Inc. | General Unsecured | $210,000.00 | Janice L White | 120-359 | At Home Group Inc. | General Unsecured | $500,000 | Claim No. 120-305 was amended and superseded by Claim No. 120-325 Claim No. 120-325 was amended and superseded by Claim No. 120-359. |
| 23. | Janice L. White | 120-325 | At Home Group Inc. | General Unsecured | $210,000.00 | | | | | | |
| 24. | Janice L White | 157-249 | At Home Stores LLC | General Unsecured | $210,000.00 | Janice L White | 157-312 | At Home Stores LLC | General Unsecured | $500,000 | Claim No. 157-249 was amended and superseded by Claim No. 157-312. |
| 25. | JSK JJ Investments, LLC | 153-22 | At Home Holding III Inc. | General Unsecured | $10,813,724.58 | JSK JJ Investments, LLC | 153-24 | At Home Holding III Inc. | General Unsecured | $3,604,574.86 | Claim No. 153-22 was amended and superseded by Claim No. 153-24. |
| 26. | Laura Anderson | 157-170 | At Home Stores LLC | General Unsecured | $200,000.00 | Laura Anderson | 157-299 | At Home Stores LLC | General Unsecured | $200,000.00 | Claim No. 157-170 was amended and superseded by Claim No. 157-299. |

Schedule 1 – Amended and Superseded Claims

| | Claim(s) to be Disallowed & Expunged | | | | | Surviving Claim(s) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 27. | Manassas Real Estate Ventures, LLC | 157-237 | At Home Stores LLC | General Unsecured | $387,917.14 | Manassas Real Estate Ventures, LLC | 157-279 | At Home Stores LLC | General Unsecured | $386,401.84 | Claim No. 157-237 was amended and superseded by Claim No. 157-278, subsequently Claim No. 157-278 was amended and superseded by Claim No. 157-279. |
| 28. | Manassas Real Estate Ventures, LLC | 157-278 | At Home Stores LLC | General Unsecured | $386,401.84 | | | | | | |
| 29. | Northern States Power Minnesota | 157-43 | At Home Stores LLC | General Unsecured | $20,812.85 | Northern States Power Minnesota | 157-46 | At Home Stores LLC | General Unsecured | $20,812.85 | Claim No. 157-43 was amended and superseded by Claim No. 157-45, subsequently, Claim No. 157-45 was amended and superseded by Claim No. 157-46. |
| 30. , s | Public Service Company, A Colorado Corp, | 157-45 | At Home Stores LLC | General Unsecured | $20,812.85 | | | | | | |
| 31. | Rogers Water Utilities of the City of Rogers, Arkansas | 153-20 | At Home Holding III Inc. | General Unsecured | $211.30 | Rogers Water Utilities of the City of Rogers, Arkansas | 153-25 | At Home Holding III Inc. | General Unsecured | $210.59 | Claim No. 153-20 was amended and superseded by Claim No. 153-25. |
| 32. | Shrewsbury Crossing II, LLC | 157-296 | At Home Stores LLC | General Unsecured | $843,721.85 | Shrewsbury Crossing II, LLC | 157-369 | At Home Stores LLC | General Unsecured | $967,185.79 | Claim No. 157-296 was amended and superseded by Claim No. 157-369. |

4921-9469-2755v.1
4917-9750-0573.1 05563.00003

Schedule 1 – Amended and Superseded Claims

| | Claim(s) to be Disallowed & Expunged | | | | | Surviving Claim(s) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 33. | Silvia Tlapa | 157-56 | At Home Stores LLC | General Unsecured | $300,000.00 | Silvia Tlapa | 157-120 | At Home Stores LLC | General Unsecured | $300,000.00 | Claim No. 157-56 was amended and superseded by Claim No. 157-120. |
| 34. | UE Ledgewood LLC | 157-290 | At Home Stores LLC | General Unsecured | $96,396.08 | UE Ledgewood LLC | 157-291 | At Home Stores LLC | General Unsecured | $96,396.08 | Claim No. 157-290 was amended and superseded by Claim No. 157-291 |
| 35. | USA Debt Recovery Solutions, Inc. assignee of Fuzhou Jialihua Arts and Crafts Co.Ltd | 157-225 | At Home Stores LLC | General Unsecured | $114,423.42 | USA Debt Recovery Solutions, Inc. assignee of Fuzhou Jialihua Arts and Crafts Co.Ltd | 154-142 | At Home Procurement Inc. | General Unsecured | $123,038.74 | Claim No. 157-225 was amended and superseded by Claim No. 154-142. |

4921-9469-2755v.1
4917-9750-0573.1 05563.00003

**Schedule 2**

**(Late Filed Claims)**

4909-4087-9517.1 05563.00003

Schedule 2 – Late-Filed Claims

| Item | Claimant Name | Debtor | Late Filing Claims to be Disallowed[1] | Date Filed | Claim Priority | Disallowed Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1. | Bazaarvoice Inc | At Home Stores LLC | 157-329 | 11/06/2025 | General Unsecured | $12,357.81 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 2. | Bortner Bros Inc | At Home Stores LLC | 157-301 | 9/25/2025 | General Unsecured | $5,507.80 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 3. | Claudia Portuondo | At Home Stores LLC | 157-273 | 9/12/2025 | General Unsecured | $450,000.00 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 4. | Danah Qasem | At Home Stores LLC | 157-270 | 9/11/2025 | General Unsecured | $100,000.00 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 5. | Direct Home Textiles Group, LLC | At Home Group Inc. | 120-363 | 10/28/2025 | General Unsecured | $556,822.63 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 6. | Direct Home Textiles Group, LLC | At Home Procurement Inc. | 154-145 | 11/05/2025 | General Unsecured | $556,822.63 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 7. | Emily Slyck | At Home Group Inc. | 120-364 | 10/28/2025 | General Unsecured | $500,220.00 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 8. | Entergy Louisiana LLC | At Home Group Inc. | 120-337 | 09/13/2025 | General Unsecured | $3,255.81 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 9. | Entergy Mississippi LLC | At Home Group Inc. | 120-332 | 09/11/2025 | General Unsecured | $15,900.42 | Claim was filed after the general bar date (9/8/2025) and does not |

---

[1] The claim numbers listed in this schedule are comprised of (i) first, the last three digits of the case number of the Debtor against which the claim was filed, and (ii) second, following the hyphen, a one-to-three-digit number assigned by the Debtors' claims agent.

4929-5720-5396v.1
4900-1983-6573.1 05563.00003

1

Schedule 2 – Late-Filed Claims

| Item | Claimant Name | Debtor | Late Filing Claims to be Disallowed[1] | Date Filed | Claim Priority | Disallowed Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| | | | | | | | assert a claim for which a later bar date applies. |
| 10. | Entergy Texas Inc | At Home Group Inc. | 120-333 | 09/11/2025 | General Unsecured | $11,886.83 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 11. | Gnosis Companies, Inc | At Home Group Inc. | 120-338 | 09/16/2025 | General Unsecured | $17,500.00 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 12. | good2grow LLC | 1600 East Plano Parkway, LLC | 127-6 | 09/16/2025 | General Unsecured | $65,826.00 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 13. | Jackson Electric Membership Corporation | At Home Stores LLC | 157-326 | 10/30/2025 | General Unsecured | $10,688.00 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 14. | Metro Group Maritime as Agent for Maersk Line | At Home Group Inc. | 120-350 | 9/24/2025 | General Unsecured | $57,743.89 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 15. | National Grid | At Home Group Inc. | 120-349 | 9/25/2025 | General Unsecured | $13,599.91 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 16. | Nicole McMillion | At Home Group Inc. | 120-390 | 12/15/2025 | General Unsecured | $300,000 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 17. | Robin Cole | At Home Group Inc. | 120-331 | 9/10/2025 | General Unsecured | Unliquidated | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |

Schedule 2 – Late-Filed Claims

| Item | Claimant Name | Debtor | Late Filing Claims to be Disallowed[1] | Date Filed | Claim Priority | Disallowed Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 18. | Sam Hedaya Corp | At Home Stores LLC | 157-272 | 9/12/2025 | General Unsecured | $20,918.98 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 19. | Single Source Security, LLC | At Home Group Inc. | 120-375 | 11/14/2025 | General Unsecured | $182,092.11 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 20. | USA Debt Recovery Solutions, Inc. assignee of Shanghai Orient West Decorative Fabrics Co., Ltd | At Home Stores LLC | 157-325 | 10/28/2025 | | $2,199,601.60 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |
| 21. | Zinus | At Home Procurement Inc. | 154-138 | 9/9/2025 | General Unsecured | $225,474.84 | Claim was filed after the general bar date (9/8/2025) and does not assert a claim for which a later bar date applies. |

4929-5720-5396v.1
4900-1983-6573.1 05563.00003

## Schedule 3

## (Duplicate Claims)

4909-4087-9517.1 05563.00003

Schedule 3 – Duplicate Claims

| | Claim(s) to be Disallowed & Expunged as Duplicative | | | | | Surviving Claim(s) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 1. | Ares Holdings LLC | 120-346 | At Home Group Inc. | General Unsecured | $6,821.43 | Ares Holdings LLC | 120-102 | At Home Group Inc. | General Unsecured | $6,821.43 | Claim No. 120-346 is duplicative of Claim No. 120-102 |
| 2. | EP Paseo South Holdings LLC | 120-396 | At Home Group Inc. | General Unsecured | $121,723.47 | EP Paseo South Holdings LLC | 120-397 | At Home Group Inc. | General Unsecured | $121,723.47 | Claim No. 120-396 is duplicative of Claim No. 120-397 |
| 3. | Evelyn N. Posey | 120-334 | At Home Group Inc. | General Unsecured | Unliquidated | Evelyn N. Posey | 120-284 | At Home Group Inc. | General Unsecured | Unliquidated | Claim No. 120-334 is duplicative of Claim No. 120-284 |
| 4. | Gabriel Fierro | 120-171 | At Home Group Inc. | General Unsecured | $20,000 | Gabriel Fierro | 120-172 | At Home Group Inc. | General Unsecured | $20,000 | Claim No. 120-171 is duplicative of Claim No. 120-172 |
| 5. | Glenda Wagner | 157-173 | At Home Stores LLC | General Unsecured | $50,000 | Glenda Wagner | 157-156 | At Home Stores LLC | General Unsecured | $50,000 | Claim No. 157-173 is duplicative of Claim No. 157-156 |
| 6. | Guangzhou Global Green Intl Group Ltd | 154-30 | At Home Procurement Inc. | General Unsecured | $25,910.28 | CAB assignee of Guangzhou Global Green Int'l Group Ltd | 154-50 | At Home Procurement Inc. | General Unsecured | $25,910.28 | Claim No. 154-30 is duplicative of Claim No. 154-50 |
| 7. | Kai Rui Enterprises (Hong Kong) Limited | 154-42 | At Home Procurement Inc. | General Unsecured | $340,608.00 | Kai Rui Enterprises (Hong Kong) Limited | 154-62 | At Home Procurement Inc. | General Unsecured | $340,608.00 | Claim No. 154-42 is duplicative of Claim No. 154-62 |
| 8. | Known2U LLC | 127-8 | 1600 East Plano Parkway, LLC | General Unsecured | $5,000 | Known2U LLC | 127-3 | 1600 East Plano Parkway, LLC | General Unsecured | $5,000 | Claim No. 127-8 is duplicative of Claim No. 127-3 |

---

[1]  The claim numbers listed in this schedule are comprised of (i) first, the last three digits of the case number of the Debtor against which the claim was filed, and (ii) second, following the hyphen, a one-to-three-digit number assigned by the Debtors' claims agent.

Schedule 3 – Duplicate Claims

| | **Claim(s) to be Disallowed & Expunged as Duplicative** | | | | | **Surviving Claim(s)** | | | | | **Reason for Disallowance** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 9. | Moody's Investors Service | 120-216 | At Home Group Inc. | General Unsecured | $173,200.00 | Moody's Investors Service | 120-217 | At Home Group Inc. | General Unsecured | $173,200.00 | Claim No. 120-216 is duplicative of Claim No. 120-217 |
| 10. | Pal Associates Harrisburg LLC | 157-145 | At Home Stores LLC | General Unsecured | $119,119.92 | Pal Assoc Harrisburg LLC Store 212 | 157-146 | At Home Stores LLC | General Unsecured | $119,119.92 | Claim No. 157-145 is duplicative of Claim No. 157-146 |
| 11. | PG&E | 157-187 | At Home Stores LLC | General Unsecured | $75,428.60 | PG&E | 157-185 | At Home Stores LLC | General Unsecured | $75,428.60 | Claim No. 157-187 is duplicative of Claim No. 157-185 |
| 12. | Seasons Plus, Inc. | 154-13 | At Home Procurement Inc. | General Unsecured | $52,769.44 | Seasons Plus, Inc. | 154-18 | At Home Procurement Inc. | General Unsecured | $52,769.44 | Claim No. 154-13 is duplicative of Claim No. 154-18 |
| 13. | Tanchena Gregory | 120-255 | At Home Group Inc. | General Unsecured | $500,000.00 | Tanchena Gregory | 120-329 | At Home Group Inc. | General Unsecured | $500,000.00 | Claim No. 120-255 is duplicative of Claim No. 120-329 |
| 14. | USA Debt Recovery Solutions, Inc. assignee of Home Creations Group Limited | 154-37 | At Home Procurement Inc. | General Unsecured | $146,348.64 | USA Debt Recovery Solution, Inc. assignee of Home Creations Group Limited | 154-98 | At Home Procurement Inc. | General Unsecured | $146,348.64 | Claim No. 154-37 is duplicative of Claim No. 154-98 |
| 15. | Winchoice Co.,Ltd. | 154-63 | At Home Procurement Inc. | General Unsecured | $130,066.64 | CAB assignee of Winchoice Co Ltd | 154-49 | At Home Procurement Inc. | General Unsecured | $130,066.64 | Claim No. 154-63 is duplicative of Claim No. 154-49 |

Schedule 3 – Duplicate Claims

| Claim(s) to be Disallowed & Expunged as Duplicative | | | | | Surviving Claim(s) | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Claimant Name | Claim No.[1] | Debtor | Claim Priority | Claim Amount | Claimant Name | Claim No. | Debtor | Claim Priority | Claim Amount | |
| 16. | Zhejiang Wangbin Decorative Material Co., Ltd. | 120-165 | At Home Group Inc. | General Unsecured | $161,460.10 | USA Debt Recovery Solutions, Inc. assignee of Zhejiang Wangbin Decorative Material Co.,LTD | 120-327 | At Home Group Inc. | General Unsecured | $161,460.10 | Claim No. 120-165 is duplicative of Claim No. 120-327 |