## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re:<br><br>AMBIENCE PARENT, INC., [1]<br><br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 25-11148 (JKS) |
| --- | --- |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 1, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the methods set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Agreed Order Sustaining Reorganized Debtors' First Omnibus (Non-Substantive) Objection to Proofs of Claim [Docket No. 215]**

Dated: April 6, 2026

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 6th day of April, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

> CAROLYN K. CASHMAN
> Notary Public - California
> Los Angeles County
> Commission # 2547598
> My Comm. Expires Mar 11, 2030

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

## <u>EXHIBIT A</u>

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman/Laurel D. Roglen<br>Attn: Margaret A Vesper/Erin L Williamson<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com;<br>branchd@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Ave of the Americas, Ste 2310<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Kevin M Newman<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| counsel to the Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard, Mark D Silva<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>msilva@choate.com | Email<br>First Class Mail |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard/John F Ventola<br>Attn: Mark D Silva/Hampton Foushee<br>Attn: Alexandra Thomas<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>jventola@choate.com;<br>msilva@choate.com;<br>hfoushee@choate.com;<br>athomas@choate.com | Email |
| *Renewed NOA - Counsel for City of Tucson, Arizona | City of Tucson | Attn: Dennis P McLaughlin<br>Office of the City Attorney, Civil Division<br>PO Box 27210<br>Tucson AZ 85726-7210 | Dennis.Mclaughlin@tucsonaz.gov | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Dechert LLP | Attn: Stephen Zide, Eric Hilmo<br>3 Bryant Park<br>1095 Ave of The Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email<br>First Class Mail |
| *Renewed NOA - Counsel for the Reorganized Debtors | Dechert LLP | Attn: Stephen D Zide/Eric Hilmo<br>3 Bryant Park<br>1095 Ave of the Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| Taxing Authority | Delaware Dept of Revenue | 820 N French St<br>Wilmington, DE 19801 | KevinT.Murphy@delaware.gov;<br>DOR_CorpTax@delaware.gov | Email<br>First Class Mail |
| Taxing Authority | Delaware Div of Corporations | P.O. Box 898<br>Dover, DE 19903 | DOSDOC_ftax@delaware.gov | Email<br>First Class Mail |
| Taxing Authority | Delaware Div of Corporations | John G Townsend Bldg<br>401 Federal St, Ste 4<br>Dover, DE 19901 | DOSDOC_ftax@delaware.gov | Email<br>First Class Mail |
| Consenting Sponsor | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Rachel Strickland/Erin Ryan<br>One New York Plaza<br>New York, New York 1000 | Rachel.Strickland@friedfrank.com;<br>Erin.Ryan@friedfrank.com | Email<br>First Class Mail |
| Taxing Authority | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | scott.miller@irs.gov | Email<br>First Class Mail |
| Debtors' counsel | Kirkland & Ellis LLP | Kirkland & Ellis Int'l LLP<br>Attn: Nicole L Greenblatt, Matthew C Fagen<br>Attn: Elizabeth H Jones<br>601 Lexington Ave<br>New York, NY 10022 | nicole.greenblatt@kirkland.com;<br>matthew.fagen@kirkland.com;<br>elizabeth.jones@kirkland.com | Email |
| *NOA - Counsel for State of New York State Department of Taxation and Finance | New York State Attorney General | Attn: Robert J. Rock<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | Robert.Rock@ag.ny.gov | Email |
| Attorney General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email<br>First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email<br>First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| US Attorney | Office of the US Attorney | For the District of Delaware<br>1313 N Market St<br>P.O. Box 2046<br>Wilmington, DE 19801 | | First Class Mail |
| US Trustee | Office of the US Trustee | For the District of Delaware<br>Attn: Jon Lipshie, Megan Seliber<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207, Lockbox 35<br>Wilmington, DE 19801 | jon.lipshie@usdoj.gov;<br>megan.seliber@usdoj.gov | Email<br>First Class Mail |
| *NOA - Counsel for Kimco Realty Corporation, KIR Temecula L.P., RPT Realty, L.P., Dedham R2G Owner LLC, Crofton 450 LLC, PL Wayne LLC | Offit Kurman, PA | Attn: Brian J McLaughlin<br>222 Delaware Ave Ste 1105<br>Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Shirley S Cho<br>Attn: Theodore S Heckel<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | rfeinstein@pszjlaw.com;<br>theckel@pszjlaw.com;<br>scho@pszjlaw.com | Email |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Peter J Keane<br>919 N Market St, 17th Fl<br>Wilmington, DE 19801 | bsandler@pszjlaw.com;<br>pkeane@pszjlaw.com | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Potter Anderson & Corroon LLP | Attn: M Blake Cleary, Brett M Haywood<br>1313 N Market St<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com | Email<br>First Class Mail |
| *Renewed NOA - Counsel for the Reorganized Debtors | Potter Anderson & Corroon LLP | Attn: M Blake Cleary/Brett M Haywood<br>Attn: Andrew C Ehrmann<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com;<br>aehrmann@potteranderson.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne/Jason D Angelo<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@reedsmith.com;<br>jangelo@reedsmith.com | Email |
| counsel to the Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@ReedSmith.com | Email<br>First Class Mail |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Seward & Kissel LLP | Attn: John R Ashmead/Gregg S Bateman<br>Attn: Catherine LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>lotempio@sewkis.com;<br>bateman@sewkis.com | Email |
| *Renewed NOA - Counsel for Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Christopher S Murphy<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Debtors' counsel | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S Brady, Edwin J Harron<br>Attn: Joseph M Mulvihill/Timothy R Powell<br>Rodney Sq<br>1000 N King St<br>Wilmington, DE 19801 | rbrady@ycst.com;<br>eharron@ycst.com;<br>jmulvihill@ycst.com;<br>tpowell@ycst.com | Email |

AMBIENCE PARENT, INC., et al., (Case No. 25-11148)

# EXHIBIT B

**Exhibit B**
Service List

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| TRC Master Fund LLC | Attn: Terrel Ross | Re: Emerson Healthcare, LLC | P.O. Box 633 | Woodmere, NY 11598 | First Class Mail |