## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC., [1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 13, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the methods set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the methods set forth on the Service List attached hereto as **Exhibit B**:

- **Stipulated Order Granting Relief from the Plan Injunction to Permit Terrence Edwards to Resume Personal Injury Litigation [Docket No. 228]**

Dated: April 15, 2026

_____

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 15th day of April, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# EXHIBIT A

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman/Laurel D. Roglen<br>Attn: Margaret A Vesper/Erin L Williamson<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com;<br>branchd@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Ave of the Americas, Ste 2310<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Kevin M Newman<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| counsel to the Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard, Mark D Silva<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>msilva@choate.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard/John F Ventola<br>Attn: Mark D Silva/Hampton Foushee<br>Attn: Alexandra Thomas<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>jventola@choate.com;<br>msilva@choate.com;<br>hfoushee@choate.com;<br>athomas@choate.com | Email |
| *Renewed NOA - Counsel for City of Tucson, Arizona | City of Tucson | Attn: Dennis P McLaughlin<br>Office of the City Attorney, Civil Division<br>PO Box 27210<br>Tucson AZ 85726-7210 | Dennis.Mclaughlin@tucsonaz.gov | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Dechert LLP | Attn: Stephen Zide, Eric Hilmo<br>3 Bryant Park<br>1095 Ave of The Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| *Renewed NOA - Counsel for the Reorganized Debtors | Dechert LLP | Attn: Stephen D Zide/Eric Hilmo<br>3 Bryant Park<br>1095 Ave of the Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| Taxing Authority | Delaware Dept of Revenue | 820 N French St<br>Wilmington, DE 19801 | KevinT.Murphy@delaware.gov;<br>DOR_CorpTax@delaware.gov | Email |
| Taxing Authority | Delaware Div of Corporations | P.O. Box 898<br>Dover, DE 19903 | DOSDOC_ftax@delaware.gov | Email |
| Taxing Authority | Delaware Div of Corporations | John G Townsend Bldg<br>401 Federal St, Ste 4<br>Dover, DE 19901 | DOSDOC_ftax@delaware.gov | Email |
| Consenting Sponsor | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Rachel Strickland/Erin Ryan<br>One New York Plaza<br>New York, NY 1000 | Rachel.Strickland@friedfrank.com;<br>Erin.Ryan@friedfrank.com | Email |
| Taxing Authority | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | scott.miller@irs.gov | Email |
| Debtors' counsel | Kirkland & Ellis LLP | Kirkland & Ellis Int'l LLP<br>Attn: Nicole L Greenblatt, Matthew C Fagen<br>Attn: Elizabeth H Jones<br>601 Lexington Ave<br>New York, NY 10022 | nicole.greenblatt@kirkland.com;<br>matthew.fagen@kirkland.com;<br>elizabeth.jones@kirkland.com | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| US Attorney | Office of the US Attorney | For the District of Delaware<br>1313 N Market St<br>P.O. Box 2046<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel for State of New York State Department of Taxation and Finance | New York State Attorney General | Attn: Robert J. Rock<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | Robert.Rock@ag.ny.gov | Email |
| US Trustee | Office of the US Trustee | For the District of Delaware<br>Attn: Jon Lipshie, Megan Seliber<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207, Lockbox 35<br>Wilmington, DE 19801 | jon.lipshie@usdoj.gov;<br>megan.seliber@usdoj.gov | Email |
| *NOA - Counsel for Kimco Realty Corporation, KIR Temecula L.P., RPT Realty, L.P., Dedham R2G Owner LLC, Crofton 450 LLC, PL Wayne LLC | Offit Kurman, PA | Attn: Brian J McLaughlin<br>222 Delaware Ave Ste 1105<br>Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Shirley S Cho<br>Attn: Theodore S Heckel<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | rfeinstein@pszjlaw.com;<br>theckel@pszjlaw.com;<br>scho@pszjlaw.com | Email |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Peter J Keane<br>919 N Market St, 17th Fl<br>Wilmington, DE 19801 | bsandler@pszjlaw.com;<br>pkeane@pszjlaw.com | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Potter Anderson & Corroon LLP | Attn: M Blake Cleary, Brett M Haywood<br>1313 N Market St<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com | Email |
| *Renewed NOA - Counsel for the Reorganized Debtors | Potter Anderson & Corroon LLP | Attn: M Blake Cleary/Brett M Haywood<br>Attn: Andrew C Ehrmann<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com;<br>aehrmann@potteranderson.com | Email |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne/Jason D Angelo<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@reedsmith.com;<br>jangelo@reedsmith.com | Email |
| counsel to the Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@ReedSmith.com | Email |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Seward & Kissel LLP | Attn: John R Ashmead/Gregg S Bateman<br>Attn: Catherine LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>lotempio@sewkis.com;<br>bateman@sewkis.com | Email |
| *Renewed NOA - Counsel for Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Christopher S Murphy<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Debtors' counsel | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S Brady, Edwin J Harron<br>Attn: Joseph M Mulvihill/Timothy R Powell<br>Rodney Sq<br>1000 N King St<br>Wilmington, DE 19801 | rbrady@ycst.com;<br>eharron@ycst.com;<br>jmulvihill@ycst.com;<br>tpowell@ycst.com | Email |

# **EXHIBIT B**

**Exhibit B**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| AFCO | Dept 0809 | Pittsburgh, PA 15250-7889 | | | tbrannock@afcodirect.com; TBRANNOCK@AFCODIRECT.COM | Email |
| AIG Property Casualty, Inc. | Attn: Kevin J Larner, Esq | 28 Liberty St, 22nd Fl | New York, NY 10005 | | kevin.larner@aig.com; Mary.McCarthy1@aig.com | Email |
| AIG Property Casualty, Inc. and its affiliates identified on the Addendum hereto | Attn: Mary G McCarthy | 28 Liberty St, 22nd Fl | New York, NY 10005 | | Mary.McCarthy1@aig.com | Email |
| AIG Property Casualty, Inc. and its affiliates identified on the Addendum hereto | Attn: Kevin J Larner, Esq | 28 Liberty St, 22nd Fl | New York, NY 10005 | | Kevin.Larner@aig.com; Mary.McCarthy1@aig.com | Email |
| AIG Property Casualty, Inc. and its affiliates identified on the Addendum hereto | Attn: Kevin J Larner, Esq | 28 Liberty St, 22nd Fl | New York, NY 10005 | | Kevin.Larner@aig.com | Email |
| AIG Specialty Ins Co | 500 W Madison St, Ste 3000 | Chicago, IL 60661 | | | | First Class Mail |
| Alabama Power Co | Division Account Manager | 200 Dexter | Montgomery, AL 36104 | | | First Class Mail |
| Allied WorldAssuance Co | 199 Water St | New York, NY 10038 | | | | First Class Mail |
| Amtrust UWS Inc | 59 Maiden Ln, 42nd Fl | New York, NY 10038 | | | | First Class Mail |
| Argonaut Ins Co | 501 7th Ave, 7th Fl | New York, NY 10018 | | | | First Class Mail |
| Arizona Public Service Co | Station 3209 | 2043 W Cheryl Dr, M/S 3209 Bldg M | Phoenix, AZ 85021 | | | First Class Mail |
| Ascot Surety & Casualty Co | 55 W 46th St, 26th Fl | New York, NY 10036 | | | | First Class Mail |
| Atlantic City Electric | 5 Collins Dr | Carneys Point, NJ 08069 | | | | First Class Mail |
| Axis Insurance Co | 10000 Avalon Blvd, Ste 200 | Alpharetta, GA 30009 | | | | First Class Mail |
| Bank of America, NA | Bank of America Corporate Ctr | 100 N Tryon St | Charlotte, NC 28255 | | | First Class Mail |
| Beazley Ins Co, Inc | 65 Memorial Rd, Ste 320 | W Hartford, CT 06107 | | | | First Class Mail |
| Berkshire Hathaway Specialty Ins Co | 100 Federal St, 7th Fl | Boston, MA 02110 | | | | First Class Mail |
| Bright Ridge | 2600 Boones Creek Rd, Bldg C | Johnson City, TN 37615 | | | | First Class Mail |
| Carroll Electric Cooperative Corp | 707 SE Walton Blvd | Bentonville, AR 72712 | | | | First Class Mail |
| City of Euless Water Dept | 201 N Ector Dr | Euless, TX 76039 | | | | First Class Mail |
| City of Rochester | 4000 E River Rd | Rochester, MN 55906 | | | | First Class Mail |
| Clarksville Dept of Electricity | 2021 Wilma Rudolph Blvd | Clarksville, TN 37040 | | | | First Class Mail |
| Clay Electric Cooperative, Inc | 734 Blanding Blvd | Orange Park, FL 32065 | | | | First Class Mail |
| Cleco Power LLC | 2030 Donahue Ferry Rd | Pineville, LA 71360 | | | | First Class Mail |
| Columbia Casualty Co | 333 S Wabash Ave | Chicago, IL 60604 | | | | First Class Mail |
| Comed | P.O. Box 2550 | Chicago, IL 60690 | | | | First Class Mail |
| Commerce And Industry Ins Co | 1271 Ave of the Americas, 35th Fl | New York, NY 10020 | | | | First Class Mail |
| Consumer Credit Services | Mailstop Pab21T | 2727 E Washington St | Phoenix, AZ 85034 | | | First Class Mail |
| Dominion Virginia Power | P.O. Box 26543 | Richmond, VI 23290 | | | | First Class Mail |
| Duke Energy Carolinas, LLC | 160 Rush St | Raleigh, NC 27603 | | | | First Class Mail |
| Duke Energy Florida, Inc | Dba Duke Energy | 2166 Palmetto St, Bldg C | Clearwater, FL 33765 | | | First Class Mail |
| Duke Energy Progress, LLC | 160 Rush St | Raleigh, NC 27603 | | | | First Class Mail |
| El Paso Electric Co | 100 N Stanton | El Paso, TX 79901 | | | | First Class Mail |
| Entergy Mississippi, Inc | 4809 Jefferson Hwy | New Orleans, LA 70121 | | | | First Class Mail |
| Everest National Ins Co | 100 Everest Way | Warren, NJ 07059 | | | | First Class Mail |
| Federal Ins Co | 202 Halls Mill Rd | Whitehouse Station, NJ 08889 | | | | First Class Mail |
| Florida Power & Light Co | 4200 W Flagler St | Coral Gables, FL 33134 | | | | First Class Mail |
| Georgia Power Co | 2500 Patrick Henry Pkwy | Mcdonough, GA 30253 | | | | First Class Mail |
| Great AmericanIns Co | 301 E 4th St | Cincinnati, OH 45202 | | | | First Class Mail |
| Greystone Power Corp | 3400 Hiram Douglasville Hwy | Hiram, GA 30141 | | | | First Class Mail |
| Hallmark Specialty Ins Co | 5420 Lyndon B Johnson Fwy, Unit 1100 | Dallas, TX 75240 | | | | First Class Mail |
| Hartford - FEMA - NFIP | 1 Hartford Plz | Hartford, CT 06115 | | | | First Class Mail |
| Hartford Fire Insurance Co | P.O. Box 913385 | Denver, CO 80291-3385 | | | THEHARTFORD@TORRENTCORP.COM | Email |
| Helmsman Management Services Llc | P.O. Box 91012 | Chicago, IL 60680 | | | Amy.Chagros@LibertyMutual.com; AMY.CHAGROS@LIBERTYMUTUAL.COM | Email |
| Hiscox Ins Co, Inc | 5 Concourse Pkwy, Ste 2150 | Atlanta, GA 30328 | | | | First Class Mail |
| Huntsville Utilties | 112 Spragins St NW | Huntsville, AL 35801 | | | | First Class Mail |
| Indian Harbor Ins Co | 70 Seaview Ave, Ste 1 | Stamford, CT 06902-6040 | | | | First Class Mail |
| Indianapolis Power & Light Co | 2102 N Illinois St | Indianapolis, IN 46202 | | | | First Class Mail |
| Ins Co of The State of PA (AIG) | 1271 Ave of the Americas, 37th Fl | New York, NY 10020 | | | | First Class Mail |
| Kentucky Utilities Co | 1 Quality St | Lexington, KY 40507 | | | | First Class Mail |
| Kissimmee Utility Authority | 1701 W Carroll St | Kissimmee, FL 34741 | | | | First Class Mail |
| Lafayette Utilities System | 1875 W Pinhook Rd, Ste B | Lafayette, LA 70508 | | | | First Class Mail |
| Liberty Mutual Insurance | P.O. Box 91012 | Chicago, IL 60680-1110 | | | | First Class Mail |
| Liberty Mutual Insurance Co | 175 Berkeley St | Boston, MA 02116 | | | | First Class Mail |
| Liberty Mutual Insurance Company | Attn: Justin Gauthier | 225 Borthwick Ave | Portsmouth, NH 03801 | | justin.gauthier@libertymutual.com | Email |
| Lloyd's of London (Dual) | 280 Park Ave E Tower, 25th Fl | New York, NY 10017 | | | | First Class Mail |
| Lockton Companies LLC | P.O. BOX 741732 | Atlanta, GA 30374-1732 | | | clientpayments@lockton.com | Email |
| Markel American Ins Co | 4521 Highwoods Pkwy | Glen Allen, VA 23060 | | | | First Class Mail |
| National Union Fire Ins Co | of Pittsburgh, PA (AIG) | 1271 Ave of the Americas, 37th Fl | New York, NY 10020 | | | First Class Mail |
| NV Energy | P.O. Box 30150 | Reno, NV 89520 | | | | First Class Mail |
| Orange & Rockland Utilities | 390 W Rte 59 | Spring Valley, NY 10977-5320 | | | | First Class Mail |
| PAC Premium Assignment Corp | P.O. Box 8000 | Tallahassee, FL 32314-8000 | | | AR@IPFS.COM | Email |
| Pepco | P.O. Box 97274 | Washington, DC 20090 | | | | First Class Mail |
| Progress Energy Florida | 2166 Palmetto St, Bldg C | Clearwater, FL 33765 | | | | First Class Mail |
| Provo City Utilities | 351 W Center St | City Center Bldg | Provo, UT 84601 | | | First Class Mail |
| Pse&G Company | 24 Brown Ave | Springfield, NJ 07081 | | | | First Class Mail |
| Reliastar Life Insurance Co | 250 Marquette Ave, Ste 900 | Minneapolis, MN 55401 | | | THOMAS.KOSLOSKI@VOYA.COM | Email |
| San Diego Gas & Electric | P.O. Box 129831 | San Diego, CA 92101 | | | | First Class Mail |
| Sedgwick Claims Management Services | P.O. BOX 89456 | Cleveland, OH 44101-6456 | | | INVOICING@SEDGWICK.COM | Email |
| Southern California Edison Co | 545 North Rimsdale Ave | Covina, CA 91722 | | | | First Class Mail |
| Starr Indemnity & Liability Co | 399 Park Ave, 3rd Fl | New York, NY 10022 | | | | First Class Mail |
| State of Nevada | 1550 College Pkwy, Ste 115 | Carson City, NV 89706 | | | | First Class Mail |
| Teco Peoples Gas | 702 N Franklin St | Tampa, FL 33602 | | | | First Class Mail |
| The Connecticut Light & Power Co | 107 Selden St | Berlin, CT 06037 | | | | First Class Mail |
| The North River Ins Co | 305 Madison Ave | P.O. Box 1973 | Morristown, NJ 07960 | | | First Class Mail |
| The Travelers Indemnity Company and Its Property Casualty Insurance Affiliates | c/o Travelers Account Resolution | Attn: Katie A Beliveau | 40 Media Dr, Ste 100 | Queensbury, NY 12804 | kbelivea@travelers.com | Email |
| The Travelers Indemnity Company and those certain of its Property Casualty Insurance Affiliates | c/o Account Resolution | Attn: Katie A Beliveau | 40 Media Dr, Ste 100 | Queensbury, NY 12804 | kbelivea@travelers.com | Email |
| Travelers Casualty & Surety Co of America | Attn: Consumer Affairs | 1 Tower Sq | Hartford, CT 06183 | | | First Class Mail |

AMBIENCE PARENT, INC., et al., (Case No. 25-11148)

**Exhibit B**
Service List

| Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Travelers Property Casualty Co of America | 1 Tower Sq | Hartford, CT 06183 | | | First Class Mail |
| Tucson Electric Power Co | Land & Contracts Dept | 3950 E Irvington Rd | Tucson, AZ 85714 | | First Class Mail |
| US Customs & Border Protection | P.O. Box 979126 | St Louis, MO 63197-9000 | | | First Class Mail |
| US Premium Finance | 280 Technology Pkwy, Ste 200 | Norcross, GA 30092 | | MESSARY@USPREMIUMFINANCE.COM | Email |
| Voyager Indemnity Ins Co | 260 Interstate N Cir SE | Atlanta, GA 30339-2210 | | | First Class Mail |
| Walton Electric Membership Corp | 842 US Hwy 78 NW | Monroe, GA 30655 | | | First Class Mail |
| Washington Gas | P.O. Box 37747 | Philadelphia, PA 19101-5047 | | | First Class Mail |
| Wesco Ins Co | 800 Superior Ave W, 21st Fl | Cleveland, OH 44114 | | | First Class Mail |
| XL Insurance America, Inc | 70 Seaview Ave | Seaview House | Stamford, CT 06902 | | First Class Mail |
| Zurich American Ins Co | 1299 Zurich Way | Schaumburg, IL 60196 | | | First Class Mail |

AMBIENCE PARENT, INC., et al., (Case No. 25-11148)