**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

IN RE:   At Home Stores LLC

CASE NO:   25-11157-JKS

_____Debtor_____/

<u>MIAMI-DADE OFFICE OF THE TAX COLLECTOR'S</u>
<u>NOTICE OF WITHDRAWAL OF PROOF OF CLAIM</u>

MIAMI-DADE OFFICE OF THE TAX COLLECTOR, by and through the undersigned, hereby gives notice of

the withdrawal of Claim number 25-11157-JKS; in the amount of $39437.55 filed on 02/17/2026.

Withdrawal justification: Paid

Respectfully submitted this 13th day of April, 2026.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this day by electronic transmission or first class

mail, postage prepaid within the United States to:

U. S. BANKRUPTCY COURT,  District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801

Attorney for the Debtor: M BLAKE CLEARY, POTTER ANDERSON & CORROON LLP, 1313 N MARKET ST FL 6 , WILMINGTON,

DE 19801-6102

Trustee: U.S Trustee, Office of the United States Trustee, U.S. Federal Office Building , 201 Varick Street, Room 1006, New

York, NY 10014

DARIEL FERNANDEZ
TAX COLLECTOR
MIAMI-DADE COUNTY

This 13th day of April, 2026
By: _____/S/_____
LIZANDRA SALDANA
TC Paralegal
Miami-Dade Legal Services Division
200 NW 2ND Avenue, #430
Miami, FL 33128
**(305) 375-1519**   FAX **(305) 375-4601**
E-Mail:   lizandrasaldana@mdctaxcollector.gov
           MDTCBKC@miamidade.gov