## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC., [1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 20, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the methods set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the methods set forth on the Service List attached hereto as **Exhibit B**:

- ◉ **Notice of Submission of Proofs of Claim Regarding Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims, and (III) Duplicate Claims (Non-Substantive) [Docket No. 233]**

Dated: April 23, 2026

_____

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 23rd day of April, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman/Laurel D. Roglen<br>Attn: Margaret A Vesper/Erin L Williamson<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com;<br>branchd@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Ave of the Americas, Ste 2310<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Kevin M Newman<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| counsel to the Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard, Mark D Silva<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>msilva@choate.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard/John F Ventola<br>Attn: Mark D Silva/Hampton Foushee<br>Attn: Alexandra Thomas<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>jventola@choate.com;<br>msilva@choate.com;<br>hfoushee@choate.com;<br>athomas@choate.com | Email |
| *Renewed NOA - Counsel for  City of Tucson, Arizona | City of Tucson | Attn: Dennis P McLaughlin<br>Office of the City Attorney, Civil Division<br>PO Box 27210<br>Tucson AZ 85726-7210 | Dennis.Mclaughlin@tucsonaz.gov | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Dechert LLP | Attn: Stephen Zide, Eric Hilmo<br>3 Bryant Park<br>1095 Ave of The Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| *Renewed NOA - Counsel for the Reorganized Debtors | Dechert LLP | Attn: Stephen D Zide/Eric Hilmo<br>3 Bryant Park<br>1095 Ave of the Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| Taxing Authority | Delaware Dept of Revenue | 820 N French St<br>Wilmington, DE 19801 | KevinT.Murphy@delaware.gov;<br>DOR_CorpTax@delaware.gov | Email |
| Taxing Authority | Delaware Div of Corporations | P.O. Box 898<br>Dover, DE 19903 | DOSDOC_ftax@delaware.gov | Email |
| Taxing Authority | Delaware Div of Corporations | John G Townsend Bldg<br>401 Federal St, Ste 4<br>Dover, DE 19901 | DOSDOC_ftax@delaware.gov | Email |
| Consenting Sponsor | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Rachel Strickland/Erin Ryan<br>One New York Plaza<br>New York, New York 1000 | Rachel.Strickland@friedfrank.com;<br>Erin.Ryan@friedfrank.com | Email |
| Taxing Authority | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | scott.miller@irs.gov | Email |
| Debtors' counsel | Kirkland & Ellis LLP | Kirkland & Ellis Int'l LLP<br>Attn: Nicole L Greenblatt, Matthew C Fagen<br>Attn: Elizabeth H Jones<br>601 Lexington Ave<br>New York, NY 10022 | nicole.greenblatt@kirkland.com;<br>matthew.fagen@kirkland.com;<br>elizabeth.jones@kirkland.com | Email |
| *NOA - Counsel for State of New York State Department of Taxation and Finance | New York State Attorney General | Attn: Robert J. Rock<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | Robert.Rock@ag.ny.gov | Email |
| Attorney General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| US Attorney | Office of the US Attorney | For the District of Delaware<br>1313 N Market St<br>P.O. Box 2046<br>Wilmington, DE 19801 | | First Class Mail |
| US Trustee | Office of the US Trustee | For the District of Delaware<br>Attn: Jon Lipshie, Megan Seliber<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207, Lockbox 35<br>Wilmington, DE 19801 | jon.lipshie@usdoj.gov;<br>megan.seliber@usdoj.gov | Email |
| *NOA - Counsel for Kimco Realty Corporation, KIR Temecula L.P., RPT Realty, L.P., Dedham R2G Owner LLC, Crofton 450 LLC, PL Wayne LLC | Offit Kurman, PA | Attn: Brian J McLaughlin<br>222 Delaware Ave Ste 1105<br>Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Shirley S Cho<br>Attn: Theodore S Heckel<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | rfeinstein@pszjlaw.com;<br>theckel@pszjlaw.com;<br>scho@pszjlaw.com | Email |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Peter J Keane<br>919 N Market St, 17th Fl<br>Wilmington, DE 19801 | bsandler@pszjlaw.com;<br>pkeane@pszjlaw.com | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Potter Anderson & Corroon LLP | Attn: M Blake Cleary, Brett M Haywood<br>1313 N Market St<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com | Email |
| *Renewed NOA - Counsel for the Reorganized Debtors | Potter Anderson & Corroon LLP | Attn: M Blake Cleary/Brett M Haywood<br>Attn: Andrew C Ehrmann<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com;<br>aehrmann@potteranderson.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne/Jason D Angelo<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@reedsmith.com;<br>jangelo@reedsmith.com | Email |
| counsel to the Prepetition ABL Agent | Reed Smith LLP | Attn:  Kurt F Gwynne<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@ReedSmith.com | Email |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Seward & Kissel LLP | Attn: John R Ashmead/Gregg S Bateman<br>Attn: Catherine LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>lotempio@sewkis.com;<br>bateman@sewkis.com | Email |
| *Renewed NOA - Counsel for Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Christopher S Murphy<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Debtors' counsel | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S Brady, Edwin J Harron<br>Attn: Joseph M Mulvihill/Timothy R Powell<br>Rodney Sq<br>1000 N King St<br>Wilmington, DE 19801 | rbrady@ycst.com;<br>eharron@ycst.com;<br>jmulvihill@ycst.com;<br>tpowell@ycst.com | Email |

# **EXHIBIT B**

Exhibit B
Service List

| Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 1-800-Got-Junk? Commercial Services (USA) LLC | 1801 W Olympic Rd, File 2429 | Pasadena, CA 91199-2429 | | | | accounts.receivable@1800gotjunk.com | Email<br>First Class Mail |
| 1-800-Got-Junk? Commercial Services (USA) LLC | 887 Great Northern Way, Ste 301 | Vancouver, BC V5T 4 | Canada | | | shahroz.malik@1800gotjunk.com | Email<br>First Class Mail |
| Amerco Real Estate Company | 2727 N Central Ave, Ste 500 | Phoenix, AZ 85004 | | | | Thao_Nguyen@uhaul.com | Email<br>First Class Mail |
| Amerco Real Estate Company | c/o The Burgess Law Group | Attn: Todd Burgess | 3131 E Camelback Rd, Ste 224 | Phoenix, AZ 85016 | | todd@theburgesslawgroup.com | Email<br>First Class Mail |
| Amigo Mobility International, Inc. | 6693 Dixie Hwy | Bridgeport, MI 48722 | | | | | First Class Mail |
| Ares Holdings LLC | Attn: Misty Bame | 1045 S John Rodes Blvd | Melbourne, FL 32904 | | | mistybame@nextechna.com | Email<br>First Class Mail |
| Base4 Ventures, LLC | 975 W Imperial Hwy, Ste 100 | Brea, CA 92821 | | | | | First Class Mail |
| Bazaarvoice Inc | 10901 Stonelake Blvd | Austin, TX 78759 | | | | accounts@bazaarvoice.com | Email<br>First Class Mail |
| BF Timonium, LLC; C.O. II Investments, LLC; Crown Investment Holdings, LLC; Crown Ventures I, LLC | c/o Abernathy & Timberlake Investment Group | Attn: Becky Kicklighter | 1505 Lakes Pkwy, Ste 190 | Lawrenceville, GA 30043 | | BKicklighter@abernathytimberlake.com | Email<br>First Class Mail |
| BF Timonium, LLC; C.O. II Investments, LLC; Crown Investment Holdings, LLC; Crown Ventures I, LLC | c/o Burr & Forman LLP | Attn: Heather A Jamison | 420 N 20th St, Ste 3400 | Birmingham, AL 35203 | | hjamison@burr.com | Email<br>First Class Mail |
| Bortner Bros Inc | 160 Crossway Dr | York, PA 17402 | | | | tlowery@bortnerbros.com | Email<br>First Class Mail |
| Bryan Rental, Inc. & Crane of Indiana, LLC | Attn: David H Kamen, President | 1440 S Liberty Dr | Bloomington, IN 47403 | | | david@kksales.com | Email<br>First Class Mail |
| Datasite LLC | P.O. Box 74007252 | Chicago, IL 60674-7252 | | | | | First Class Mail |
| Datasite LLC | The Baker Center | 733 S Marquette Ave, Ste 600 | Minneapolis, MN 55402 | | | leif.simpson@datasite.com | Email<br>First Class Mail |
| Direct Home Textiles Group, LLC | Attn: Heather R Simile | 95 Grove Park Ln | Woodstock, GA 30189 | | | heather@dhtg.com | Email<br>First Class Mail |
| Direct Home Textiles Group, LLC | 95 Grove Park Ln | Woodstock, GA 30189 | | | | heather@dhtg.com | Email<br>First Class Mail |
| Duke Energy Florida | Attn: Lynn Colombo | 525 S Tryon St, MC DEP-09A | Charlotte, NC 28202 | | | lynn.colombo@duke-energy.com | Email<br>First Class Mail |
| Duke Energy Florida | c/o Haynsworth Sinkler Boyd, PA | Attn: Mary M Caskey, Esq | P.O. Box 11889 | Columbia, SC 29211 | | mcaskey@hsblawfirm.com | Email<br>First Class Mail |
| Entergy Louisiana LLC | 4809 Jefferson Hwy, L-JEF-359 | New Orleans, LA 70121 | | | | creditandcollections@entergy.com | Email<br>First Class Mail |
| Entergy Mississippi LLC | 4809 Jefferson Hwy, Unit L-JEF-359 | New Orleans, LA 70121 | | | | creditandcollections@entergy.com | Email<br>First Class Mail |
| Entergy Texas Inc | 4809 Jefferson Hwy, Unit L-JEF-359 | New Orleans, LA 70121 | | | | creditandcollections@entergy.com | Email<br>First Class Mail |
| EP Paseo South Holdings LLC | c/o Best Real Estate Management LLC | Attn: Terri Lynn Porsberg | 100 N Stanton St, Ste 630 | El Paso, TX 79901 | | tporsberg@bestcompanies.com | Email<br>First Class Mail |
| EP Paseo South Holdings LLC | Attn: Lane Gaddy | 601 N Mesa St, Ste 1500 | El Paso, TX 79901 | | | lgaddy@wsilver.com | Email<br>First Class Mail |
| EP Paseo South Holdings LLC | Attn: Lane Gaddy | 601 N Mesa, Ste 1500 | El Paso, TX 79901 | | | lgaddy@wsilver.com | Email<br>First Class Mail |
| EP Paseo South Holdings LLC | Attn: Terri Porsberg | 100 N Stanton St, Ste 630 | El Paso, TX 79901 | | | tporsberg@bestcompanies.com | Email<br>First Class Mail |
| Evergreen Air Conditioning | 11414 W Park Pl, Ste 202 | Milwaukee, WI 53224 | | | | brock@egair.com | Email<br>First Class Mail |
| Evergreen Enterprises of Virginia LLC | 5915 Midlothian Turnpike | Richmond, VA 23112 | | | | reneer@myevergreen.com | Email<br>First Class Mail |
| Facility Solutions Group, Inc. | P.O. Box 200942 | Dallas, TX 75320 | | | | ar@fsgi.com | Email<br>First Class Mail |
| Facility Solutions Group, Inc. | Attn: Tara Visker | 4401 Westgate Blvd, Ste 310 | Austin, TX 78745 | | | tara.visker@fsgi.com | Email<br>First Class Mail |
| Franklin Sports, Inc. | Attn: Sandie Betro | 17 Campanelli Pkwy | Stoughton, MA 02072 | | | sbetro@franklinsports.com | Email<br>First Class Mail |
| Franklin Sports, Inc. | Attn: General Counsel | 17 Campanelli Pkwy | Stoughton, MA 02072 | | | mbrownlee@franklinsports.com | Email<br>First Class Mail |
| Gabriel Fierro | c/o Newkirk Zwagerman PLC | Attn: Jill Zwagerman | 3900 Ingersoll Ave, Ste 201 | Des Moines, IA 50312 | | jzwagerman@newkirklaw.com | Email<br>First Class Mail |
| Gnosis Companies, Inc | Charleston Tech Center | 997 Morrison Dr, Ste 304 | Charleston, SC 29403 | | | hjoyner@gnosiscompanies.com; mlredden@gnosiscompanies.com | Email<br>First Class Mail |
| good2grow LLC | Attn: Yvonne McCoy | 400 Galleria Pkwy SE, Ste 1700 | Atlanta, GA 30339 | | | yvonne.mccoy@good2grow.com | Email<br>First Class Mail |
| good2grow LLC | P.O. Box 731866 | Dallas, TX 75373 | | | | AR@good2grow.com | Email<br>First Class Mail |
| Guangzhou Global Green Intl Group Ltd | 175-177, Rm 2205, 22nd Fl | Xianglong Bldg, Xianglong Garden | Gaungzhou, 510630 | China | | admin@globalgreen.com.cn | Email<br>First Class Mail |
| Guangzhou Global Green Intl Group Ltd | c/o GZ Zhixuan Biotechnology Co. | Attn: Qixiang Zhuo | No 18 Longqing Li, Zhongshan 7 Rd, Liwan Dist | Guangzhou, 510170 | China | | First Class Mail |
| Hua Zhan Plants Co., Limited | No 17th, Bei Zong First Rd, Qi Shi Town | Dong Guan City, Guang Dong Province 523500 | China | | | | First Class Mail |
| Jackson Electric Membership Corporation | c/o Fortson Bentley and Griffin PA | Attn: Roy E Manoll, III | 2500 Daniell's Bridge Rd, Bldg 200, Ste 3A | Athens, GA 30606 | | rem@fbglaw.com | Email<br>First Class Mail |
| JSK JJ Investments, LLC | c/o Downey Brand LLP | Attn: Galen M Gentry | 621 Capitol Mall, 18th Fl | Sacramento, CA 95814 | | ggentry@downeybrand.com | Email<br>First Class Mail |
| Kai Rui Enterprises (Hong Kong) Limited | Attn: Zoe Lee | No 2C Argyle Street Kl, Flat/Rm 602 6F, Kaiyue Commercial Building | Hong Kong, 999077 | China | | zoeleehuabo@gmail.com | Email<br>First Class Mail |
| Kai Rui Enterprises (Hong Kong) Limited | Attn: Zoe Lee | Lot D1-D6, Zone B, Bac Dong Phu Industrial Park | Dong Phu Commune, Dong Nai Province, 67206 | Vietnam | | zoeleehuabo@gmail.com | Email<br>First Class Mail |
| Known2U LLC | 105 Jeanette Way | Jupiter, FL 33458 | | | | buddy.kresge@known2u.com | Email<br>First Class Mail |
| Manassas Real Estate Ventures, LLC | c/o Spinoso Real Estate Group | 112 Northern Concourse | N Syracuse, NY 47802 | | | notices@Lheartcapital.com | Email<br>First Class Mail |
| Manassas Real Estate Ventures, LLC | 200 W Cypress Creek Rd, Ste 500 | Fort Lauderdale, FL 33309 | | | | notices@Lheartcapital.com | Email<br>First Class Mail |
| Metro Group Maritime as Agent for Maersk Line | Attn: Lee | 49 W Mt Pleasant Ave, Box 2371 | Livingston, NJ 07039 | | | lstepner@mgmus.com | Email<br>First Class Mail |
| Moody's Investors Service | Attn: John Brigantino | 250 Greenwich St | New York, NY 10007 | | | john.brigantino@moodys.com | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | | | | | First Class Mail |
| National Grid | Attn: Account Maintenance & Operations | 300 Erie Blvd W | Syracuse, NY 13202 | | | | First Class Mail |
| National Grid | Attn: Linda DeMauro | P.O. Box 4706 | Syracuse, NY 13221 | | | | First Class Mail |
| Northern States Power Minnesota | dba Xcel Energy | P.O. Box 59 | Minneapolis, MN 55440 | | | | First Class Mail |
| Northern States Power Minnesota | dba Xcel Energy | 414 Nicollet Mall | Minneapolis, MN 55401 | | | katie.miller@xcelenergy.com | Email<br>First Class Mail |
| Pal Associates Harrisburg LLC | 1 Wayne Hills Mall | Wayne, NJ 07470 | | | | david@levcoshoppingcenters.com | Email<br>First Class Mail |
| PG&E | c/o Bankruptcy | P.O. Box 8329 | Stockton, CA 95208 | | | pgebankruptcy@pge.com | Email<br>First Class Mail |
| Public Service Company, A Colorado Corp, | dba Xcel Energy | c/o Northern States Power Minnesota dba Xcel Energy | P.O. Box 59 | Minneapolis, MN 55440 | | | First Class Mail |
| Public Service Company, A Colorado Corp, | dba Xcel Energy | c/o Northern States Power Minnesota dba Xcel Energy | 414 Nicollet Mall | Minneapolis, MN 55401 | | katie.miller@xcelenergy.com | Email<br>First Class Mail |
| Rogers Water Utilities of the City of Rogers, Arkansas | Attn: Ayesa Nolasco | 601 S 2nd St | Rogers, AR 72756 | | | ayesanolasco@rwu.org | Email<br>First Class Mail |
| Rogers Water Utilities of the City of Rogers, Arkansas | c/o Frazier Law Firm, PLC | Attn: Robert A Frazier | 3333 Pinnacle Hills Pkwy, Ste 423 | Rogers, AR 72758 | | robert@frazierlawyers.com | Email<br>First Class Mail |
| Sam Hedaya Corp | 10 W 33rd St, Ste 608 | New York, NY 10001 | | | | sali@homewearlinens.com | Email<br>First Class Mail |
| Seasons Plus, Inc. | Attn: Leo Chen | 14294 Legato Ct | Eastvale, CA 92880 | | | leo@seasonsplusinc.com | Email<br>First Class Mail |
| Seasons Plus, Inc. | c/o TG-Brother Christmas Gift Co, Ltd | Attn: Wang | 428A, Xincheng Rd, Qiao Tou Town, Dong Guan, Guang Dong | Dongguan, 523539 | China | | First Class Mail |
| Shrewsbury Crossing II, LLC | Attn: Matthew Shwachman | P.O. Box 646 | 100 Martin Luther King Jr Blvd | Worcester, MA 01613 | | matts@firstamericanrealtyinc.com | Email<br>First Class Mail |
| Shrewsbury Crossing II, LLC | c/o Prince Lobel Tye, LLP | Attn: Mark W Powers | 1 Mercantile St, Ste 220 | Worcester, MA 01608 | | mpowers@princelobel.com | Email<br>First Class Mail |
| Silvia Tlapa | c/o O'Connor Parsons Lane & Noble, LLC | Attn: R Daniel Bause | 959 S Springfield Ave, 2nd Fl | Springfield, NJ 07081 | | dbause@lawnj.net | Email<br>First Class Mail |
| Single Source Security, LLC | dba Protos Security | 110 Franklin Rd SE, 8th Fl | Roanoke, VA 24011 | | | jconner@protossecurity.com | Email<br>First Class Mail |
| UE Ledgewood LLC | c/o Barclay Damon LLP | Attn: Scott L Fleischer | 1270 Avenue of the Americas, Ste 2310 | New York, NY 10020 | | sfleischer@barclaydamon.com | Email<br>First Class Mail |
| USA Debt Recovery Solutions, Inc. assignee of Fuzhou Jialihua Arts and Crafts Co.Ltd | Attn: Artur Tretiakov | 255 W Foothill Blvd, Ste 205 | Upland, CA 91786 | | | arthur.tretiakov@recoverthedebt.com | Email<br>First Class Mail |
| USA Debt Recovery Solutions, Inc. assignee of Home Creations Group Limited | Attn: Artur Tretiakov | 255 W Foothill Blvd, Ste 205 | Upland, CA 91786 | | | arthur.tretiakov@recoverthedebt.com | Email<br>First Class Mail |

**Exhibit B**
Service List

| Name | | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| USA Debt Recovery Solutions, Inc. assignee of Shanghai Orient West Decorative Fabrics Co., Ltd | Attn: Artur Tretiakov | 255 W Foothill Blvd, Ste 205 | Upland, CA 91786 | | | arthur.tretiakov@recoverthedebt.com | Email<br>First Class Mail |
| Winchoice Co.,Ltd. | Attn: Aimin Lin | Xunmei Industrial Area, Fengze District | Quanzhou City, Fujian Province, 362000 | China | | winchoice@wxchun.com | Email<br>First Class Mail |
| Zhejiang Wangbin Decorative Material Co., Ltd. | c/o Brown & Joseph, LLC | Attn: Peter Geldes | P.O. Box 249 | Itasca, IL 60143 | | lawyer@brownandjoseph.com | Email<br>First Class Mail |
| Zinus Inc | 5731 Promontory Pkwy | Tracy, CA 95377 | | | | sean.kim@zinus.com | Email<br>First Class Mail |

AMBIENCE PARENT, INC., et al., (Case No. 25-11148)