**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | |

**AMENDED[2] NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR
HEARING ON MAY 4, 2026 AT 2:00 P.M. (ET)[3]**

> **AS THERE ARE NO MATTERS GOING FORWARD,
> THIS HEARING HAS BEEN CANCELLED WITH PERMISSION
> FROM THE COURT.**

**ADJOURNED/RESOLVED MATTERS:**

1.  Motion of Creditor, Angeliki Petropoulos for Relief from the Plan Injunction to Permit Resumption of Personal Injury Litigation [Case No. 25-11120, D.I. 871, 11/17/25]

    Objection Deadline:                November 28, 2025 at 4:00 p.m. (ET); extended indefinitely for the Debtors

    Objections/Responses Filed:        None at this time

    Related Documents:                 None

    Status:  The parties continue to work on a consensual resolution to this matter. This matter has been adjourned by agreement of the parties to the next omnibus hearing date.

---

[1]    The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2]    **Amended items appear in bold**.

[3]    All motions and other pleadings referenced herein are available online at the website maintained by the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AtHome.

2.  Reorganized Debtors' and At Home Unsecured Reorganized Debtors' and At Home Claims Distribution Trust's First Joint Motion for an Order Extending the Deadline to Object to the Allowance of Claims Under Confirmed Chapter 11 Plan [D.I. 222, 4/7/26]

Objection/Response Deadline:          April 21, 2026 at 4:00 p.m. (ET)

Objections/Responses Filed:          None

Related Documents:

    A.  Certificate of No Objection Regarding Reorganized Debtors' and At Home Claims Distribution Trust's First Joint Motion for an Order Extending the Deadline to Object to the Allowance of Claims Under Confirmed Chapter 11 Plan [D.I. 234, 4/22/26]

    B.  Order Extending the Deadline to Object to the Allowance of Claims Under Confirmed Chapter 11 Plan [D.I. 237, 4/24/26]

Status:  An order has been entered.  No hearing is necessary.

**MATTER GOING FORWARD:**

3.  Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims and (III) Duplicate Claims (Non-Substantive) [D.I. 213, 3/31/26]

Objection/Response Deadline:          April 21, 2026 at 4:00 p.m. (ET)

Objections/Responses Filed:

    A.  Informal Response of Danah Qasem

    B.  Response of Direct Home Textiles Group LLC to the Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims and (III) Duplicate Claims (Non-Substantive) [D.I. 242, 4/28/26]

Related Documents:

    C.  Notice of Submission of Copies of Proofs of Claims Regarding Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims and (III) Duplicate Claims (Non-Substantive) [D.I. 233, 4/20/26]

    D.  Declaration of Heather Simile in Support of Response of Direct Home Textiles Group LLC to the Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims and (III) Duplicate Claims (Non-Substantive) [D.I. 243, 4/28/26]

E. **Certification of Counsel Regarding Order Sustaining the Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims, and (III) Duplicate Claims (Non-Substantive) [D.I. 247, 4/30/26]**

F. **Order Sustaining the Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims, and (III) Duplicate Claims (Non-Substantive) [D.I. 248, 4/30/26]**

**Status:** **The Trust has filed a Certification of Counsel and requests that the Court sustain the Objection with respect to claimants who have not responded. The Certification of Counsel reflects resolution of the response filed by Direct Home Textiles Group, LLC and the adjournment of an informal response filed by Danah Qasem. An order has been entered. No hearing is necessary.**

Dated: May 1, 2026
     Wilmington, Delaware

Respectfully submitted,

*/s/ Wenting Wu*
M. Blake Cleary (No. 3614)
Brett M. Haywood (No. 6166)
Shannon A. Forshay (No. 7293)
Wenting Wu (No. 7679)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
     bhaywood@potteranderson.com
     sforshay@potteranderson.com
     wwu@potteranderson.com

– and –

Stephen D. Zide (admitted *pro hac vice*)
Eric Hilmo (admitted *pro hac vice*)
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 212-698-3500
Facsimile: (212) 698-3599
Email: stephen.zide@dechert.com
     eric.hilmo@dechert.com

*Counsel for the Reorganized Debtors*

12904473v.2