**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR
HEARING ON JUNE 30, 2026 AT 2:00 P.M. (ET)[2]**

> **SINCE NO MATTERS ARE GOING FORWARD, THE HEARING IS
> CANCELLED WITH PERMISSION FROM THE COURT.**

**ADJOURNED/RESOLVED MATTERS:**

1.  Motion of Creditor, Angeliki Petropoulos for Relief from the Plan Injunction to Permit Resumption of Personal Injury Litigation [Case No. 25-11120, D.I. 871, 11/17/25]

    Objection Deadline:                     November 28, 2025 at 4:00 p.m. (ET); extended indefinitely for the Debtors

    Objections/Responses Filed:       None at this time

    Related Documents:                    None

    Status:  This matter has been resolved.

2.  Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims and (III) Duplicate Claims (Non-Substantive) [D.I. 213, 3/31/26]

    Objection/Response Deadline:                     April 21, 2026 at 4:00 p.m. (ET)

---

[1]  The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231).  The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2]  All motions and other pleadings referenced herein are available online at the website maintained by the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AtHome.

12913465v.4

Objections/Responses Filed:

    A. Response of Direct Home Textiles Group LLC to the Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims and (III) Duplicate Claims (Non-Substantive) [D.I. 242, 4/28/26]

    B. Response of Danah Qasem [D.I. 259, 5/8/26]

Related Documents:

    C. Notice of Submission of Copies of Proofs of Claims Regarding Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims and (III) Duplicate Claims (Non-Substantive) [D.I. 233, 4/20/26]

    D. Declaration of Heather Simile in Support of Response of Direct Home Textiles Group LLC to the Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims and (III) Duplicate Claims (Non-Substantive) [D.I. 243, 4/28/26]

    E. Order Sustaining the Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims, and (III) Duplicate Claims (Non-Substantive) [D.I. 248, 4/30/26]

    F. Amended Order Sustaining the Unsecured Claims Distribution Trust Trustee's First Omnibus Objection to Certain (I) Amended and Superseded Claims, (II) Late Filed Claims, and (III) Duplicate Claims (Non-Substantive) [D.I. 263, 5/15/26]

Status: This matter with respect to item (b) is continued to a date and time to be determined. All others have been resolved.

3. Reorganized Debtors' Motion for an Order (I) Approving the Stipulation By and Between the Reorganized Debtor and Angeliki Petropoulos and (II) Granting Related Relief [D.I. 255, 5/6/26]

Objection Deadline:                    May 20, 2026 at 4:00 p.m. (ET)

Objections/Responses Filed:          None

Related Documents:

    A. Certificate of No Objection Regarding Debtors' Motion for an Order (I) Approving the Stipulation By and Between the Reorganized Debtor and Angeliki Petropoulos and (II) Granting Related Relief [D.I. 264, 5/21/26]

    B.  Order Approving Stipulation [D.I. 266, 5/22/26]

Status:  An order has been entered.  No hearing is necessary.

4.  Reorganized Debtors' Second Motion Pursuant to Federal Rules of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [D.I. 272, 6/15/26]

    Objection Deadline:        June 23, 2026 at 4:00 p.m. (ET)

    Objections/Responses Filed:        None

    Related Documents:

    A.  Certificate of No Objection Regarding Reorganized Debtors' Second Motion Pursuant to Federal Rules of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [D.I. 274, 6/24/26]

    B.  Order Granting Reorganized Debtors' Second Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [D.I. 275, 6/25/26]

Status:  An order has been entered.  No hearing is necessary.

*[Remainder of Page Intentionally Left Blank]*

3

12913465v.4

Dated:  June 26, 2026
       Wilmington, Delaware

Respectfully submitted,

*/s/ Wenting Wu*
                                    
M. Blake Cleary (No. 3614)
Brett M. Haywood (No. 6166)
Shannon A. Forshay (No. 7293)
Wenting Wu (No. 7679)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  bcleary@potteranderson.com
        bhaywood@potteranderson.com
        sforshay@potteranderson.com
        wwu@potteranderson.com

– and –

Stephen D. Zide (admitted *pro hac vice*)
Eric Hilmo (admitted *pro hac vice*)
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 212-698-3500
Facsimile: (212) 698-3599
Email:  stephen.zide@dechert.com
        eric.hilmo@dechert.com

*Counsel for the Reorganized Debtors*

12913465v.4