United States Bankruptcy Court for the District Delaware (Delaware)

**WITHDRAWAL OF CLAIM**

| | |
|---|---|
| Debtor Name and Case Number: | 25-11148-JKS Ambience Parent, Inc. |
| Creditor Name and Address: | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General - BCE<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix AZ 85004 |
| Court Claim Number (if known): | 1 |
| Date Claim Filed: | 06/30/2025 |
| Total Amount of Claim Filed: | 50,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 08/07/2026

Signature: Lorraine Averitt

Print Name: Lorraine Averitt

Title (if applicable): Bankruptcy Services

---

**DEFINITIONS**

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

**ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM**

***Court, name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE (DELAWARE)**

**In re:**

Ambience Parent, Inc. **Debtor**

**In Proceedings Under:**

**Bankruptcy Chapter 11**

25-11148-JKS

**ARIZONA DEPARTMENT OF REVENUE'S**

**WITHDRAWAL OF PROOF OF CLAIM**

**The Arizona Department of Revenue hereby withdraws, without prejudice, its Proof of Claim, dated 06/30/2025, $50,000.00. A copy of the claim is attached hereto.**

**Dated this 08/07/2026**

Lorraine Averitt

**ARIZONA DEPARTMENT OF REVENUE**

**Bankruptcy and Litigation Section**
**1600 West Monroe Street**
**Phoenix, AZ 85007**

UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

Ambience Parent, Inc. - Case No. 25-11148

**FILED**
Claim No. 1
**June 30, 2025**
By Omni Claims Agent
For U.S. Bankruptcy Court
District of Delaware

Official Form 410

# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

ARIZONA DEPARTMENT OF REVENUE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

[X] No
[ ] Yes From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Name | Office of the Arizona Attorney General - BCE | Office of the Arizona Attorney General - BCE |
| Number Street | c/o Tax, Bankruptcy and Collection Sct 2005 N Ce | c/o Tax, Bankruptcy and Collection Sct 2005 N Ce |
| City State ZIP Code | Phoenix, AZ, 85004 | Phoenix, AZ, 85004 |
| Contact Phone | 602-542-8811 | 602-542-8811 |
| Contact email | BankruptcyUnit@azag.gov | BankruptcyUnit@azag.gov |

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

**4. Does this claim amend one already filed?**

[X] No
[ ] Yes Claim Number on court claims registry (if known) Filed On MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No
[ ] Yes Who made the earlier filing?

ER

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes Last 4 digits of the debtor's account or any number you use to identify the debtor:
6231

**7. How much is the claim?**

$ 50,000.00

**Does this amount include interest or other charges?**

☒ No
☐ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information

Taxes

**9. Is all or part of the claim secured?**

☒ No
☐ Yes The claim is secured by a lien on property

**Nature of property:**

☐ Real Estate If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*
☐ Motor Vehicle
☐ Other Describe: __________

**Basis for perfection:** __________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

**Value of Property:** $ __________

**Amount of the claim that is secured:** $ __________

**Amount of the claim that is unsecured:** $ __________ (The sum of the secured and unsecured amounts should match the amount in line 7).

**Amount necessary to cure any default as of the date of the petition:** $ __________

**Annual Interest Rate:** (when case was filed) __________%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes **Amount necessary to cure any default as of the date of the petition.** $ __________

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes Identify the property: __________

**12. Is this claim for the value of goods received by the debtor within 20 days before the commencement date of this case (11 U.S.C. §503(b)(9))?**

☒ No
☐ Yes Amount of 503(b)(9) Claim: $ __________

**13. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☒ Yes *Check all that apply*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 50,000.00 |
| ☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it.**

**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 6/30/2025
MM / DD / YYYY

Lorraine Averitt
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Lorraine Averitt
Full Name

Title: Bankruptcy Services

Company: Arizona Department of Revenue
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1600 W. Monroe 7th Floor
Number Street

Phoenix, AZ, 85007
City State ZIP Code

Contact Phone: 602-716-7806 Email: laveritt@azdor.gov

**STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE**

United States Bankruptcy Court for the District of Delaware (Delaware)

**ORIGINAL**

Case Number 25-11148-JKS
Chapter: Bankruptcy Chapter 11
Taxpayer ID: 86-3886231
Tax Type: COR
Petition Date: 06/16/2025

In the Matter of: **AMBIENCE PARENT INC AND SUBSIDIARIES**

| | |
|---|---|
| Total Priority: | $50,000.00 |
| **Amount Due as of this Statement:** | **$50,000.00** |

1. The undersigned is the agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The Debtor was at the time of the filing of the petition initiating this case, and still is, indebted to the State of Arizona.
3. The amount of all payments on this claim have been credited and deducted for the purpose of making this claim.
4. The grounds for the liability are for taxes due under the Arizona Revised Statutes.
   a. Secured Lien(s) in the event there is insufficient property for the lien to attach, all claims so entitled will be treated as priority under 11 USC Section 507(a)(8).

   b. Unsecured Priority under Section 507(a)(8) of the Bankruptcy Code

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| COR | Est. due to non-filing | 01/31/2025 | $50,000.00 | $0.00 | $0.00 | $50,000.00 |
| | | | | **Total Section Priority:** | | $50,000.00 |

   c. Amounts claimed as Priority under Section 1305
   d. Unsecured General Claims

**Amount Due as of this Statement:** **$50,000.00**

5. No note or other negotiable instrument has been received for the account or any part of it, except
6. No judgement has been rendered on this claim, except...
7. The Department may have a right to setoff. The Department does not waive such right.
8. Make checks payable to the "ARIZONA DEPARTMENT OF REVENUE".
9. All tax returns shall be filed directly with the Arizona Department of Revenue, Bankruptcy Section.

ARIZONA DEPARTMENT OF REVENUE

Signed: Lorraine Averitt

Dated: 06/30/2025

Lorraine Averitt

Office of the Arizona Attorney General
All notices, correspondence, pleadings and payments will be sent to the following address:
c/o:Tax, Bankruptcy and Collection Section
2005 N Central Ave. Suite 100
Phoenix, AZ 85004
Phone: 602-542-1719

**ORIGINAL and ONE COPY FILED ON:**

**06/30/2025**

Ambience Parent, Inc.

Debtor(s)