**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | **Response Deadline: September 7, 2026 at 4:00 p.m. (ET)** |

**UNSECURED CLAIMS DISTRIBUTION TRUST TRUSTEE'S**
**THIRD NOTICE OF SATISFACTION OF CLAIMS**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR SATISFIED CLAIMS IDENTIFIED ON SCHEDULE A ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that Entity Services (SPV), LLC, solely in its capacity as the Trustee to the At Home Unsecured Claims Distribution Trust (respectively, the "Trustee" and the "Trust"), established in the above-captioned chapter 11 case (collectively with the closed chapter 11 cases, the "Chapter 11 Cases") pursuant to the above-captioned reorganized debtor and its reorganized debtor affiliates' (the "Reorganized Debtor" and prior to the Effective Date, the "Debtors") confirmed *Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 711][2] (as amended, restated, supplemented, altered, or modified from time to time, the "Plan"),[3] by and through its undersigned counsel, hereby files this notice (the "Notice") identifying certain claims in the

1 The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

2 On November 17, 2025, the Court entered an order closing the chapter 11 cases of Ambience Parent, Inc.'s affiliated debtors. *See* Dkt. No. 869. Unless otherwise indicated herein, all references to docket entries refer to entries in the jointly administered chapter 11 case captioned In re At Home Group, Inc., Case No. 25-11120 (JKS).

3 All capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Plan.

Chapter 11 Cases that have been satisfied in full (collectively, the "Satisfied Claims") after the Petition Date, as defined below. The Satisfied Claims are listed on **Schedule A** attached hereto. In support of this Notice, the Trustee respectfully represents as follows:

## BACKGROUND

### A. General Background

1. On June 16, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Up until the Effective Date, as defined below, the Debtors continued to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner was appointed in the Chapter 11 Cases.

2. On September 30, 2025, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the Second Amended Joint Plan of Reorganization of At Home Group Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Granting Related Relief* [Dkt. No. 725] (the "Confirmation Order"), confirming the Plan.

3. The Plan became effective on October 24, 2025 (the "Effective Date"). *See* Dkt. No. 809. On the Effective Date, the Trust was established, the Trustee was appointed pursuant to the terms of the Plan and Unsecured Claims Distribution Trust Agreement (the "Trust Agreement") to, among other things, reconcile, compromise, or settle general unsecured claims (other than the First Lien Deficiency Claims) filed against the Debtors' estates. *See* Plan, Article IV.A; Trust Agreement, § 2.2.

### B. Claims Background

4. On June 17, 2025, the Court entered an order [Dkt. No. 119] appointing Omni Agent Solutions, Inc. ("Omni") as claims and noticing agent in the Chapter 11 Cases. Among

other things, Omni is authorized to (i) distribute required notices to parties in interest and (ii) receive, maintain, docket, and otherwise administer the proofs of claim filed in the Chapter 11 Cases.

5. On August 4, 2025, each Debtor filed its Schedules of Assets and Liabilities and its Statement of Financial Affairs [Dkt. Nos. 431-472] (collectively, and as amended, the "Schedules and Statements"). The Schedules and Statements listed, among other things, the Satisfied Claims that were scheduled claims.

6. In the ordinary course of business, the Debtors each maintained books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors. On the Effective Date of the Plan, the Books and Records were made available to the Trustee. *See* Plan, Article IV.H. The Trustee and its advisors are comprehensively reviewing and reconciling all general unsecured claims and comparing the same to the Schedules and Statements. The Trustee, through consultation with and upon advice from the Trust's advisors and professionals, has also compared such general unsecured claims with the Books and Records to determine the validity of such claims.

7. Under Article VII, Section E of the Plan, the Trustee is authorized to adjust or expunge on the Claims Register any claim that has been satisfied without an objection to any such claim having to be filed. *See* Plan, Article VII.E.

8. To date, the Trustee has filed one omnibus objection to claims [Case No. 25-11148, Dkt. No. 213], which was sustained by this Court on May 15, 2026 [Case No. 25-11148, Dkt. No. 263]. Additionally, the Trustee previously filed a notice of satisfaction [Case No. 25-11148, Dkt. No. 269], resolving in whole 100 general unsecured claims filed against the Debtors' estates.

**CLAIMS SATISFIED AFTER THE PETITION DATE**

9. The Trustee has reviewed, or caused its professionals to review, the Books and Records, the Schedules and Statements, and the filings in the Chapter 11 Cases, and has determined that the Satisfied Claims listed on **Schedule A** attached hereto have been satisfied in full after the Petition Date through payment in full of (i) the amount put forth in the Schedules and Statements or the filed proof of claim, as applicable; or (ii) the amount required in connection with the assumption of executory contracts and unexpired leases, including any applicable cure amounts, and that no further distributions are required on account of such satisfied amounts. **Schedule A** includes information regarding the authority under which each Satisfied Claim was paid and the date when each Satisfied Claim was paid.

10. Accordingly, the Trustee intends to have Omni designate on the Claims Register in the Chapter 11 Cases that the Satisfied Claims have been satisfied in full as provided on **Schedule A** attached hereto. Out of an abundance of caution, the Trustee is serving this Notice on all parties holding the Satisfied Claims and providing such parties with an opportunity to respond to the Trustee's position that such amounts have been satisfied in full.

11. Any party disputing the Trustee's position that a Satisfied Claim has been satisfied as provided for on **Schedule A**, attached hereto, must file a written response with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and serve such response on the undersigned counsel to the Trustee, **on or before September 7, 2026 at 4:00 p.m. (ET)** (the "Response Deadline").

12. The Trustee will then make a reasonable effort to review the Satisfied Claim with the claimant to determine whether any asserted amounts were, in fact, not satisfied. In the event that the parties are unable to reach a resolution, the Trustee anticipates that a hearing will be held

on the matter at a date and time to be determined by the Trustee, in its discretion, subject to the Court's availability.

13. If any party fails to file and serve a timely response by the Response Deadline in accordance with the procedures set forth herein, then (i) such party is deemed to have consented to this Notice and the Trustee's determination with respect to its Satisfied Claim, as set forth herein and on **Schedule A**, and (ii) without further notice to any party (including the party) or order of the Court, Omni shall update the Claims Register to reflect such Satisfied Claim as satisfied in full.

14. Questions concerning this Notice should be directed to the undersigned counsel for the Trustee. Claimants should not contact the Clerk of the Court to discuss the merits of their Satisfied Claims or this Notice.

## RESERVATION OF RIGHTS

15. The Trustee reserves any and all rights to amend, supplement, or otherwise modify this Notice and to file additional notices of this nature with respect to any and all general unsecured claims filed, and amounts scheduled, in these Chapter 11 Cases. The Trustee also reserves any and all rights, claims, and defenses with respect to any and all of the Satisfied Claims, and nothing included in or omitted from this Notice is intended or shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Trustee with respect to the Satisfied Claims.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 25, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Peter J. Keane*

**PACHULSKI STANG ZIEHL & JONES LLP**
Bradford J. Sandler, Esq.
Peter J. Keane, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

**SEWARD & KISSEL LLP**
John R. Ashmead, Esq.
Catherine V. LoTempio, Esq.
Shivani D. Patel, Esq.
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
Email: ashmead@sewkis.com
lotempio@sewkis.com
shivani.patel@sewkis.com

*Co-Counsel to the At Home Unsecured Claims Distribution Trust*

# SCHEDULE A

## Satisfied Claims

**At Home - Schedule A - Satisfied Claims**

| Item | Claimant | Satisfied Scheduled Claim No. | Satisfied Filed Claim No. | Debtor | General Unsecured Claim Amount | Satisfaction Details |
|---|---|---|---|---|---|---|
| 1 | JBL Asset Management | | C157-311 | At Home Stores LLC | $ 46,405.66 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $46,405.66 on 10/31/2025. See dkt 256. |
| 2 | JENSEN INVESTMENTS, LLC_Store 211 | 39626 | | At Home Stores LLC | $ 96,047.18 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 3 | Jimmy Nassour, Parkview Partners, Ltd. & Parkview Partners II, Ltd. | | C157-255 | At Home Stores LLC | $ 152,329.50 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $152,329.50 on 10/28/2025. See dkt 256. |
| 4 | JKS-MARSHALL PLAZA, LLC_Store 71 | 39515 | | At Home Stores LLC | $ 33,316.66 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $33,316.66 on 10/28/2025. See dkt 256. |
| 5 | KARLYLE NEVADA PROPERTIES LLC_Store 165 | 39584 | | At Home Stores LLC | $ 103,673.82 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $134,286.56 on 10/28/2025. See dkt 256. |
| 6 | KB Riverdale, LLC | | C157-151 | At Home Stores LLC | $ 80,301.40 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $41,883.19 on 10/28/2025. See dkt. 256. |
| 7 | KENTLANDS SQUARE LLC_Store 201 | 39618 | | At Home Stores LLC | $ 99,638.44 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $99,638.44 on 10/28/2025. See dkt. 256. |
| 8 | KESTREL, LLC_Store 279 | 39673 | | At Home Stores LLC | $ 155,585.85 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $155,585.85 on 10/28/2025. See dkt. 256. |
| 9 | KIMCO REALTY CORPORATION_Store 180 | 39600 | | At Home Stores LLC | $ 87,691.72 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $43,854.86 on 10/28/2025. See dkt. 256 (lease counterparty listed as PL Wayne LLC). |
| 10 | KIR TEMECULA L.P._Store 237 | 39643 | | At Home Stores LLC | $ 103,474.76 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $51,737.38 on 10/28/2025. See dkt. 256. |
| 11 | KITE REALTY GROUP, L.P._Store 151 | 39575 | | At Home Stores LLC | $ 135,715.21 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $119,690.04 on 10/28/2025. See dkt. 256. |
| 12 | KOHLS DEPARTMENT STORES INC_Store 135 | 39562 | | At Home Stores LLC | $ 41,576.50 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $41,576.50 on 10/28/2025. See dkt. 256 (lease counterparty listed as KIN, Inc. (f/k/a Kohls, Inc.; f/k/a Kohl's Illinois, Inc.). |
| 13 | KRG CEDAR PARK TOWN CENTER, LLC_Store 255 | 39657 | | At Home Stores LLC | $ 50,955.21 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $38,216.41 on 10/28/2025. See dkt. 256 (lease counterparty listed as KRG Sunland, LP). |
| 14 | LAURIE INDUSTRIES INC_Store 124 | 39554 | | At Home Stores LLC | $ 65,880.72 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt. 256. |
| 15 | Level 3 Communications, LLC a CenturyLink Company | | C157-163 | At Home Stores LLC | $ 11,119.98 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $9,729.98 on 10/28/2025. See dkt. 256 (contract counterparty listed as CenturyLink). |
| 16 | Life Safety Engineered Systems | | C157-148 | At Home Stores LLC | $ 49,861.42 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $53,043.51 on 10/28/2025. See dkt. 256. |

At Home - Schedule A - Satisfied Claims

| Item | Claimant | Satisfied Scheduled Claim No. | Satisfied Filed Claim No. | Debtor | General Unsecured Claim Amount | Satisfaction Details |
|---|---|---|---|---|---|---|
| 17 | LOMAS RETAIL NM LLC_Store 115 | 39547 | | At Home Stores LLC | $ 42,341.39 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $21,170.70 on 10/28/2025. See dkt. 256. |
| 18 | Main-Culver Associates, LLC | | C120-278 | At Home Group Inc. | $ 1,779,524.70 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $110,454.40 on 10/28/2025. See dkt. 256. |
| 19 | MANHATTAN ASSOCIATES | 40076 | | At Home Stores LLC | $ 5,863.00 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $5,863.00 on 10/28/2025. See dkt. 256. |
| 20 | MARION DELAWARE LLC_Store 143 | 39567 | | At Home Stores LLC | $ 41,666.67 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 21 | MCINTYRE SQUARE ASSOCIATES_Store 121 | 39553 | | At Home Stores LLC | $ 65,915.78 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $65,915.78 on 10/28/2025. See dkt. 256. |
| 22 | MCM PROPERTIES LTD_Store 142 | 39566 | | At Home Stores LLC | $ 32,083.33 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 23 | MERIT ROOFING SYSTEMS, INC. | 40086 | | At Home Stores LLC | $ 1,581.00 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $1,581.00 on 10/28/2025. See dkt. 256. |
| 24 | MERVIS - CCP LEESBURG, LLC_Store 250 | 39653 | | At Home Stores LLC | $ 68,417.23 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 25 | NATIONAL RETAIL PROPERTIES, INC_Store 220 | 39632 | | At Home Stores LLC | $ 81,155.42 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $67,855.53 on 10/28/2025. See dkt. 256. |
| 26 | NATIONAL RETAIL PROPERTIES, INC_Store 24 | 39492 | | At Home Stores LLC | $ 69,105.43 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $57,609.57 on 10/28/2025. See dkt. 256. |
| 27 | NATIONAL RETAIL PROPERTIES, INC_Store 28 | 39494 | | At Home Stores LLC | $ 53,326.21 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $41,594.88 on 10/28/2025. See dkt. 256. |
| 28 | NATIONAL RETAIL PROPERTIES, INC_Store 29 | 39496 | | At Home Stores LLC | $ 70,935.97 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $55,330.06 on 10/28/2025. See dkt. 256. |
| 29 | NATIONAL RETAIL PROPERTIES, INC_Store 31 | 39497 | | At Home Stores LLC | $ 67,536.02 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $51,742.76 on 10/28/2025. See dkt. 256. |
| 30 | NATIONAL RETAIL PROPERTIES, INC_Store 60 | 39509 | | At Home Stores LLC | $ 53,085.43 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $41,406.63 on 10/28/2025. See dkt. 256. |
| 31 | NATIONAL RETAIL PROPERTIES, INC_Store 66 | 39512 | | At Home Stores LLC | $ 100,212.30 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $78,165.58 on 10/28/2025. See dkt. 256. |
| 32 | NATIONAL RETAIL PROPERTIES, INC_Store 69 | 39513 | | At Home Stores LLC | $ 43,335.05 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $33,801.34 on 10/28/2025. See dkt. 256. |
| 33 | NATIONAL RETAIL PROPERTIES, INC_Store 84 | 39523 | | At Home Stores LLC | $ 64,463.29 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $66,541.56 on 10/28/2025. See dkt. 256. |

At Home - Schedule A - Satisfied Claims

| Item | Claimant | Satisfied Scheduled Claim No. | Satisfied Filed Claim No. | Debtor | General Unsecured Claim Amount | Satisfaction Details |
|---|---|---|---|---|---|---|
| 34 | NATIONAL RETAIL PROPERTIES, INC_Store 86 | 39525 | | At Home Stores LLC | $ 59,847.16 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $48,337.85 on 10/28/2025. See dkt. 256. |
| 35 | NEW WILLOW GROVE PA RETAIL LLC_Store 259 | 39660 | | At Home Stores LLC | $ 129,631.80 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $97,223.85 on 10/28/2025. See dkt. 256. |
| 36 | NORR LLC | 40123 | | At Home Stores LLC | $ 1,364.92 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $4,003.61 on 10/28/2025. See dkt. 256. |
| 37 | NORTH DIXIE E-TOWN LLC_Store 160 | 39580 | | At Home Stores LLC | $ 68,727.81 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 38 | NORTHFIELD TELECOMMUNICATIONS INC. | 40124 | | At Home Stores LLC | $ 8,237.61 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $8,237.61 on 10/28/2025. See dkt. 256. |
| 39 | P&H LOW VOLTAGE | 40144 | | At Home Stores LLC | $ 2,525.00 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $2,525.00 on 10/28/2025. See dkt. 256. |
| 40 | PA - EASTWAY, INC_Store 108 | 39540 | | At Home Stores LLC | $ 111,220.48 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 41 | Pacific Midway LLC | | C157-250 | At Home Stores LLC | $ 64,192.08 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $30,567.66 on 10/28/2025. See dkt. 256. |
| 42 | Pal Assoc Harrisburg LLC Store 212 | | C157-146 | At Home Stores LLC | $ 119,119.92 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $119,119.92 on 10/28/2025. See dkt. 256. |
| 43 | PARAMOUNT NEWCO REALTY, LLC_Store 148 | 39572 | | At Home Stores LLC | $ 78,250.00 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $78,250.00 on 10/28/2025. See dkt. 256. |
| 44 | PAYTON PROPERTY MANAGEMENT LLC_Store 232 | 39638 | | At Home Stores LLC | $ 110,969.12 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $110,969.12 on 10/28/2025. See dkt. 256. |
| 45 | PEABODY CENTER LLC_Store 305 | 39688 | | At Home Stores LLC | $ 3,750.00 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $3,750 on 10/28/2025. See dkt. 256 (aggregate cure amount of $98,118.43, satisfied by contemporaneous payment to other lease counterparties) |
| 46 | Pebb PBG, LLC | | C157-155 | At Home Stores LLC | $ 88,992.00 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $88,992.00 on 10/28/2025. See dkt. 256. |
| 47 | PLAYNETWORK, INC. | 40155 | | At Home Stores LLC | $ 19,510.88 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $31,433.66 on 10/28/2025. See dkt. 256 (contract counterparty listed as Mood Media). |
| 48 | Polaris AH, LLC | | C157-211 | At Home Stores LLC | $ 52,083.33 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $52,083.33 on 10/28/2025. See dkt. 256. |
| 49 | PREMIUM ASSET MANAGEMENT INC_Store 365 | 39712 | | At Home Stores LLC | $ 74,020.83 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $74,020.83 on 10/28/2025. See dkt. 256 (contract counterparty listed as DTS Properties, LLC) |

**At Home - Schedule A - Satisfied Claims**

| Item | Claimant | Satisfied Scheduled Claim No. | Satisfied Filed Claim No. | Debtor | General Unsecured Claim Amount | Satisfaction Details |
|---|---|---|---|---|---|---|
| 50 | QR RUSHMORE LLC_Store 141 | 39565 | | At Home Stores LLC | $ 11,574.30 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 51 | R51PD-120, LLC | | C157-80 | At Home Stores LLC | $ 1,077,999.96 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 52 | RAMCO-GERSHENSON PROPERTIES, L.P._Store 214 | 39629 | | At Home Stores LLC | $ 83,757.89 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $41,878.95 on 10/28/2025. See dkt. 256 (contract counterparty listed as Crofton 450 LLC). |
| 53 | RCC WINDSOR SQUARE, LLC_Store 323 | 39701 | | At Home Stores LLC | $ 42,350.05 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $76,516.80 on 10/28/2025. See dkt. 256. |
| 54 | RE PECAN LLC_Store 144 | 39568 | | At Home Stores LLC | $ 93,579.31 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $123,014.26 on 10/28/2025. See dkt. 256. |
| 55 | REALTY INCOME CORP_Store 203 | 39619 | | At Home Stores LLC | $ 137,445.80 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $103,084.36 on 10/28/2025. See dkt. 256. |
| 56 | REALTY INCOME CORP_Store 205 | 39622 | | At Home Stores LLC | $ 130,230.17 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $97,672.60 on 10/28/2025. See dkt. 256. |
| 57 | REALTY INCOME CORP_Store 216 | 39630 | | At Home Stores LLC | $ 74,725.68 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $56,044.26 on 10/28/2025. See dkt. 256. |
| 58 | REALTY INCOME CORP_Store 224 | 39633 | | At Home Stores LLC | $ 105,725.80 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $79,294.37 on 10/28/2025. See dkt. 256. |
| 59 | REALTY INCOME CORP_Store 235 | 39641 | | At Home Stores LLC | $ 68,560.14 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $51,420.11 on 10/28/2025. See dkt. 256. |
| 60 | REALTY INCOME CORP_Store 242 | 39646 | | At Home Stores LLC | $ 59,125.92 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $44,344.44 on 10/28/2025. See dkt. 256. |
| 61 | Realty Trust Group, Inc. | | C120-136 | At Home Group Inc. | $ 71,810.85 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 62 | RETAIL ON 41ST STREET, LLC_Store 273 | 39667 | | At Home Stores LLC | $ 56,615.63 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 63 | RHINO HOLDINGS ARLINGTON LLC_Store 357 | 39710 | | At Home Stores LLC | $ 67,573.49 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $301,909.51 on 10/28/2025. See dkt 256. |
| 64 | RHINO HOLDINGS ROSEVILLE, LLC_Store 168 | 39587 | | At Home Stores LLC | $ 61,606.87 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $30,803.44 on 10/28/2025. See dkt 256. |
| 65 | RISKIFIED INC. | 40182 | | At Home RMS Inc. | $ 40,604.48 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $58,005.27 on 10/28/2025. See dkt 256. |
| 66 | RIVER OAKS PROPERTIES LTD_Store 120 | 39552 | | At Home Stores LLC | $ 64,078.36 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $60,556.83 on 10/28/2025. See dkt 256 (lease counterparty listed as ROP Eastridge Plaza, LLC). |

**At Home - Schedule A - Satisfied Claims**

| Item | Claimant | Satisfied Scheduled Claim No. | Satisfied Filed Claim No. | Debtor | General Unsecured Claim Amount | Satisfaction Details |
|---|---|---|---|---|---|---|
| 67 | RPAI CEDAR PARK TOWN CENTER, LLC_Store 97 | 39535 | | At Home Stores LLC | $ 41,667.67 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $31,250.75 on 10/28/2025. See dkt 256 (lease counterparty listed as Kite Realty Group, L.P.). |
| 68 | RPT REALTY, L.P._Store 248 | 39651 | | At Home Stores LLC | $ 88,480.80 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $44,240.40 on 10/28/2025. See dkt 256. |
| 69 | RR TOWN CENTER ASSOCIATES, LLC_Store 315 | 39693 | | At Home Stores LLC | $ 176,040.41 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $227,035.75 on 10/28/2025. See dkt 256. |
| 70 | SAGINAW LANDMARK PARTHERS, LLC_Store 158 | 39578 | | At Home Stores LLC | $ 36,604.33 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 71 | SANDY TECH CENTER ONE LLC_Store 138 | 39563 | | At Home Stores LLC | $ 81,483.54 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $81,483.54 on 10/28/2025. See dkt 256. |
| 72 | SCC NASSAU PARK PAVILLION NJ LLC_Store 280 | 39674 | | At Home Stores LLC | $ 135,045.73 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 73 | SERVICECHANNEL.COM, INC. | 40206 | | At Home Stores LLC | $ 3,453.84 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $3,453.84 on 10/28/2025. See dkt 256. |
| 74 | ShopperTrak RCT LLC | | C120-295 | At Home Group Inc. | $ 62,295.20 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $83,130.26 on 10/28/2025. See dkt 256. |
| 75 | SIERRA WIRELESS AMERICA INC | 40220 | | At Home Stores LLC | $ 59,951.61 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $59,951.61 on 10/28/2025. See dkt 256. |
| 76 | SIRIUS COMPUTER SOLUTIONS, INC. | 40229 | | At Home RMS Inc. | $ 13,111.80 | Claim satisfied by assumption of underlying non-real property contract and payment of cure amount of $13,111.80 on 10/28/2025. See dkt 256. |
| 77 | SIZELER NORTH SHORE GENERAL PARTNER_Store 146 | 39570 | | At Home Stores LLC | $ 20,625.00 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 78 | SOUTH HILLS OWNER LLC_Store 311 | 39690 | | At Home Stores LLC | $ 70,230.50 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $31,946.51 on 10/28/2025. See dkt 256. |
| 79 | SOUTH SQUARE LLC_Store 46 | 39503 | | At Home Stores LLC | $ 87,855.21 | Claim satisfied by assumption of underlying real property contract with a $0.00 cure amount. See dkt 256. |
| 80 | SPIRIT MASTER FUNDING X, LLC_Store 100 | 39536 | | At Home Stores LLC | $ 43,124.17 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $32,343.13 on 10/28/2025. See dkt 256. |
| 81 | SPIRIT MASTER FUNDING X, LLC_Store 75 | 39517 | | At Home Stores LLC | $ 71,302.00 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $53,476.50 on 10/28/2025. See dkt 256. |
| 82 | SPIRIT MASTER FUNDING X, LLC_Store 88 | 39527 | | At Home Stores LLC | $ 62,710.98 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $47,033.24 on 10/28/2025. See dkt 256. |
| 83 | SPIRIT MASTER FUNDING X, LLC_Store 89 | 39528 | | At Home Stores LLC | $ 49,279.28 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $36,959.46 on 10/28/2025. See dkt 256. |

**At Home - Schedule A - Satisfied Claims**

| Item | Claimant | Satisfied Scheduled Claim No. | Satisfied Filed Claim No. | Debtor | General Unsecured Claim Amount | Satisfaction Details |
|---|---|---|---|---|---|---|
| 84 | SPIRIT MASTER FUNDING X, LLC_Store 9 | 39486 | | At Home Stores LLC | $ 82,282.00 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $61,711.50 on 10/28/2025. See dkt 256. |
| 85 | SPIRIT REALTY, LP_Store 169 | 39589 | | At Home Stores LLC | $ 85,570.60 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $47,715.82 on 10/28/2025. See dkt 256. |
| 86 | SPIRIT REALTY, LP_Store 179 | 39599 | | At Home Stores LLC | $ 99,692.50 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $74,769.44 on 10/28/2025. See dkt 256. |
| 87 | SPIRIT REALTY, LP_Store 187 | 39605 | | At Home Stores LLC | $ 77,085.32 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $57,814.00 on 10/28/2025. See dkt 256. |
| 88 | SPIRIT REALTY, LP_Store 188 - ARD MACARTHUR_Store 188 | 39606 | | At Home Stores LLC | $ 62,592.53 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $163,359.73 on 10/28/2025. See dkt 256. |
| 89 | SPIRIT REALTY, LP_Store 199 | 39616 | | At Home Stores LLC | $ 112,943.80 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $84,707.81 on 10/28/2025. See dkt 256. |
| 90 | SPIRIT REALTY, LP_Store 207 | 39624 | | At Home Stores LLC | $ 119,489.30 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $89,616.98 on 10/28/2025. See dkt 256. |
| 91 | SPIRIT REALTY, LP_Store 227 | 39743 | | At Home Stores LLC | $ 63,966.54 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $54,080.28 on 10/28/2025. See dkt 256. |
| 92 | SPIRIT REALTY, LP_Store 87 | 39526 | | At Home Stores LLC | $ 117,499.50 | Claim satisfied by assumption of underlying real property contract and payment of cure amount of $88,124.59 on 10/28/2025. See dkt 256. |