**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMBIENCE PARENT, INC., [1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 25-11148 (JKS) |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 25, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Master Service List attached hereto as **Exhibit A:**

- **Unsecured Claims Distribution Trust Trustee's Second Notice of Satisfaction of Claims [Docket No. 282]**
- **Unsecured Claims Distribution Trust Trustee's Third Notice of Satisfaction of Claims [Docket No. 283]**

On August 25, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit B:**

- **Unsecured Claims Distribution Trust Trustee's Second Notice of Satisfaction of Claims [Docket No. 282]**

On August 25, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit C:**

- **Unsecured Claims Distribution Trust Trustee's Third Notice of Satisfaction of Claims [Docket No. 283]**

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

Dated: August 26, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 26th day of August, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

ASHLEY PACAJOJ
Notary Public - California
Los Angeles County
Commission # 2529269
My Comm. Expires Aug 7, 2029

# EXHIBIT A

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman/Laurel D. Roglen<br>Attn: Margaret A Vesper/Erin L Williamson<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *Renewed NOA - Counsel for Brentwood Originals, Inc. and Brixton Everett, LLC | Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com;<br>branchd@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Kevin M Newman<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| *Renewed NOA - Counsel for DLC Management Corporation, North River Village GEC, LLC, Pyramid Management Group, LLC, Rivercrest Realty Associates, LLC, and Urban Edge Properties | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Ave of the Americas, Ste 2310<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard/John F Ventola<br>Attn: Mark D Silva/Hampton Foushee<br>Attn: Alexandra Thomas<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>jventola@choate.com;<br>msilva@choate.com;<br>hfoushee@choate.com;<br>athomas@choate.com | Email |
| counsel to the Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin J Simard, Mark D Silva<br>2 International Pl<br>Boston, MA 02110 | ksimard@choate.com;<br>msilva@choate.com | Email |
| *Renewed NOA - Counsel for City of Tucson, Arizona | City of Tucson | Attn: Dennis P McLaughlin<br>Office of the City Attorney, Civil Division<br>PO Box 27210<br>Tucson AZ 85726-7210 | Dennis.Mclaughlin@tucsonaz.gov | Email |
| *Renewed NOA - Counsel for the Reorganized Debtors | Dechert LLP | Attn: Stephen D Zide/Eric Hilmo<br>3 Bryant Park<br>1095 Ave of the Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Dechert LLP | Attn: Stephen Zide, Eric Hilmo<br>3 Bryant Park<br>1095 Ave of The Americas<br>New York, NY 10036 | stephen.zide@dechert.com;<br>eric.hilmo@dechert.com | Email |
| Taxing Authority | Delaware Dept of Revenue | 820 N French St<br>Wilmington, DE 19801 | KevinT.Murphy@delaware.gov;<br>DOR_CorpTax@delaware.gov | Email |
| Taxing Authority | Delaware Div of Corporations | P.O. Box 898<br>Dover, DE 19903 | DOSDOC_ftax@delaware.gov | Email |
| Taxing Authority | Delaware Div of Corporations | John G Townsend Bldg<br>401 Federal St, Ste 4<br>Dover, DE 19901 | DOSDOC_ftax@delaware.gov | Email |
| Consenting Sponsor | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Rachel Strickland/Erin Ryan<br>One New York Plaza<br>New York, New York 1000 | Rachel.Strickland@friedfrank.com;<br>Erin.Ryan@friedfrank.com | Email |
| Taxing Authority | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | scott.miller@irs.gov | Email |
| Debtors' counsel | Kirkland & Ellis LLP | Kirkland & Ellis Int'l LLP<br>Attn: Nicole L Greenblatt, Matthew C Fagen<br>Attn: Elizabeth H Jones<br>601 Lexington Ave<br>New York, NY 10022 | nicole.greenblatt@kirkland.com;<br>matthew.fagen@kirkland.com;<br>elizabeth.jones@kirkland.com | Email |
| *NOA - Counsel for State of New York State Department of Taxation and Finance | New York State Attorney General | Attn: Robert J. Rock<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | Robert.Rock@ag.ny.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108 | ago@state.ma.us | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| US Attorney | Office of the US Attorney | For the District of Delaware<br>1313 N Market St<br>P.O. Box 2046<br>Wilmington, DE 19801 | | First Class Mail |
| US Trustee | Office of the US Trustee | For the District of Delaware<br>Attn: Jon Lipshie, Megan Seliber<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207, Lockbox 35<br>Wilmington, DE 19801 | jon.lipshie@usdoj.gov;<br>megan.seliber@usdoj.gov | Email |
| *NOA - Counsel for Kimco Realty Corporation, KIR Temecula L.P., RPT Realty, L.P., Dedham R2G Owner LLC, Crofton 450 LLC, PL Wayne LLC | Offit Kurman, PA | Attn: Brian J McLaughlin<br>222 Delaware Ave Ste 1105<br>Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Peter J Keane<br>919 N Market St, 17th Fl<br>Wilmington, DE 19801 | bsandler@pszjlaw.com;<br>pkeane@pszjlaw.com | Email |

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Shirley S Cho<br>Attn: Theodore S Heckel<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | rfeinstein@pszjlaw.com;<br>theckel@pszjlaw.com;<br>scho@pszjlaw.com | Email |
| *Renewed NOA - Counsel for the Reorganized Debtors | Potter Anderson & Corroon LLP | Attn: M Blake Cleary/Brett M Haywood<br>Attn: Andrew C Ehrmann<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com;<br>aehrmann@potteranderson.com | Email |
| Counsel to the Ad Hoc Group & DIP Lenders | Potter Anderson & Corroon LLP | Attn: M Blake Cleary, Brett M Haywood<br>1313 N Market St<br>Wilmington, DE 19801 | bcleary@potteranderson.com;<br>bhaywood@potteranderson.com | Email |
| *NOA - Counsel to Bank of America, N.A., as Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne/Jason D Angelo<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@reedsmith.com;<br>jangelo@reedsmith.com | Email |
| counsel to the Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F Gwynne<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | kgwynne@ReedSmith.com | Email |
| *NOA - Counsel for Direct Home Textiles Group, LLC | Robinson & Cole LLP | Attn: Jamie L Edmonson/Amanda P Donato<br>1201 N Market St, Ste 1406<br>Wilmington, DE 19801 | jedmonson@rc.com;<br>adonato@rc.com | Email |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| *Renewed NOA - Co-Counsel to the At Home Unsecured Claims Distribution Trust | Seward & Kissel LLP | Attn: John R Ashmead/Gregg S Bateman<br>Attn: Catherine LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>lotempio@sewkis.com;<br>bateman@sewkis.com | Email |
| *Renewed NOA - Counsel for Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Christopher S Murphy<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Debtors’ counsel | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S Brady, Edwin J Harron<br>Attn: Joseph M Mulvihill/Timothy R Powell<br>Rodney Sq<br>1000 N King St<br>Wilmington, DE 19801 | rbrady@ycst.com;<br>eharron@ycst.com;<br>jmulvihill@ycst.com;<br>tpowell@ycst.com | Email |

# EXHIBIT B

**Exhibit B**

Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| 1100 Jefferson Partners LLC Store 164 | 130 Linden Oaks Dr | Rochester, NY 14625 | | | | First Class Mail |
| 1323 Augusta West Parkway Leasing LLC | | | | | tonder@stark-stark.com | Email |
| 14 Mile & John R Holdings, LLC Store 170 | 888 W Big Beaver, Ste 300 | Troy, MI 48084 | | | | First Class Mail |
| 1401 Memorial Park Huntsville, LLC | | | | | jkelly@gvwgroup.com | Email |
| 1401 Memorial Park Huntsville, LLC | | | | | jhaithcock@burr.com | Email |
| 1401 Memorial Park Huntsville, LLC | | | | | dbaker@gvwgroup.com | Email |
| 1-800-Got-Junk? Commercial Services (USA) LLC | 887 Great Northern Way, Ste 301 | Vancouver, BC V5T 4 | Canada | | | First Class Mail |
| 1-800-Got-Junk? Commercial Services (USA) LLC | | | | | shahroz.malik@1800gotjunk.com | Email |
| 93 SCRPT LLC | | | | | laurakryta@benderson.com | Email |
| Ace Roseville LLC Store 168 | 2600 W Big Beaver Rd, Ste 410 | Troy, MI 48084 | | | | First Class Mail |
| Adobe Inc | 345 Park Ave | San Jose, CA 95110 | | | | First Class Mail |
| AEI Exchange Services Inc. as Administrator | | | | | sandre@fredlaw.com | Email |
| AEI Exchange Services Inc. as Administrator | | | | | assetmanagement@aeifunds.com | Email |
| Agilence Inc | P.O. Box 23677 | New York, NY 10087-3677 | | | | First Class Mail |
| Amazon Logistics, Inc. | | | | | sberanek@amazon.com | Email |
| Amazon Logistics, Inc. | | | | | brian.peterson@klgates.com | Email |
| Apollo Sheet Metal, Inc. | Attn: M Davis | 2602 W Columbia Ctr Blvd | Richland, WA 99352 | | | First Class Mail |
| Apollo Sheet Metal, Inc. | | | | | mary.davis@apollomech.com | Email |
| ARC NPHUBOH001, LLC | | | | | branchd@ballardspahr.com | Email |
| Ard Macarthur, Store 188 | 310 Yorktown Plz | Elkins Park, PA 19027 | | | | First Class Mail |
| Ar-Gl & Erie LLC Store 231 | 11155 Red Run Blvd, Ste 320 | Store 231 | Owings Mills, MD 21117 | | | First Class Mail |
| A-S 93 SH 130-SH 45, L.P. | | | | | lhammill@newquest.com | Email |
| A-S 93 SH 130-SH 45, L.P. | | | | | arperez@munsch.com | Email |
| Assoc of Alamo Downs Store 31 | 9862 Lorene Ln, Ste 110 | San Antonio, TX 78216 | | | | First Class Mail |
| At&T | P.O. Box 5001 | Carol Stream, IL 60197-5001 | | | | First Class Mail |
| Athena Parent Inc | 11500 Alterra Pkwy, Ste 110 | Austin, TX 78758 | | | | First Class Mail |
| August America, LLC Store 291 | 206 New London Tpke | Glastonbury, CT 06033 | | | | First Class Mail |
| Avg Partners Dba Avg Home Spokane | Store 245 | 9595 Wilshire Blvd, Ste 700 | Beverly Hills, CA 90212 | | | First Class Mail |
| Baker Tilly Virchow Krause, LLP | P.O. Box 7398 | Madison, WI 53707 | | | | First Class Mail |
| Belk, Inc Store 155 | 2801 W Tyvola Rd | Charlotte, NC 28217-4500 | | | | First Class Mail |
| Belwave Communications Inc | P.O. Box 121729 | Ft Worth, TX 76121 | | | | First Class Mail |
| Belz Investco LP, Store 10 | 100 Peabody Pl, Ste 1400 | P.O. Box 3661 | Memphis, TN 38173-0661 | | | First Class Mail |
| BF Timonium, LLC; C.O. II Investments, LLC; Crown Investment Holdings, LLC; Crown Ventures I, LLC | | | | | hjamison@burr.com | Email |
| BF Timonium, LLC; C.O. II Investments, LLC; Crown Investment Holdings, LLC; Crown Ventures I, LLC | | | | | BKicklighter@abernathytimberlake.com | Email |
| Bj's Wholesale Club Inc Store 275 | 350 Campus Dr | Marlborough, MA 01752 | | | | First Class Mail |
| Blaine Shopping Center, LLC Store 134 | 111 S Pfingsten Rd, Ste 124 | Deerfield, IL 60015-4994 | | | | First Class Mail |
| Boulevard At Box Hill 5 LLC Store 320 | 2700 Philadelphia Rd | Edgewood, MD 21040 | | | | First Class Mail |
| Boulevard Centre LLC Store 195 | P.O. Box 7535 | Carol Stream, IL 60197-7535 | | | | First Class Mail |
| Bp Energy Co : Store 163 Seekonk, MA | P.O. Box 74007029 | Chicago, IL 60674-7029 | | | | First Class Mail |
| Bp Energy Co : Store 190 Dedham, MA | P.O. Box 74007029 | Chicago, IL 60674-7029 | | | | First Class Mail |
| Brevard Road Plaza, LLC Store 319 | P.O. Box 6676 | Asheville, NC 28816 | | | | First Class Mail |
| Brink's Incorporated | 7373 Solutions Ctr | Chicago, IL 60677-7003 | | | | First Class Mail |
| Brixmor Elmhurst Crossing LLC Store 213 | c/o Brixmor Property Group | P.O. Box 645349 | Cincinnati, OH 45264 | | | First Class Mail |
| Brixmor Operating Partnership LP | Store 107 | P.O. Box 645344 | Cincinnati, OH 45264 | | | First Class Mail |
| Brixmor Operating Partnership LP | Store 209 | P.O. Box 645321 | Cincinnati, OH 45264 | | | First Class Mail |
| Capgemini America, Inc. | | | | | julie.spriggins@capgemini.com | Email |
| Case Fms, LLC | | | | | mcipolla@casefms.com | Email |
| Cellco Partnership | | | | | william.vermette@verizon.com | Email |
| Cellco Partnership | | | | | michelle.k.duncan@verizon.com | Email |
| Cherry Hill Shopping Center Store 166 | 400 Andrews St, Ste 500 | Rochester, NY 14604 | | | | First Class Mail |
| Cintas Corp No 2 | 4310 Metro Pkwy, Ste 300 | Ft Myers, FL 33916 | | | | First Class Mail |
| Cj Northsight, LLC Store 239 | 9120 E Talking Stick Way | Scottsdale, AZ 85250 | | | | First Class Mail |
| Clear Lake Center, LP Store 16 | 4545 Bissonnet St, Ste 100 | Bellaire, TX 77401 | | | | First Class Mail |
| Cobblestone Square Co Ii, Ltd Store 116 | 27500 Detroit Rd, Ste 300 | Westlake, OH 44145 | | | | First Class Mail |
| Cole Gr Stockbridge Ga, LLC Store 22 | Vereit Income Properties LLC | 11995 El Camino Real | San Diego, CA 92130-2539 | | | First Class Mail |
| Compass Group USA | | | | | catherine.alion@compass-usa.com | Email |
| Concord USA LLC | | | | | renee.siegel@concordusa.com | Email |
| Concord USA LLC | | | | | dedelberg@sh-law.com | Email |
| Conversant Group, LLC | | | | | tim.myszkowski@conversantgroup.com | Email |
| Cra Int'L, Inc | 200 Clarendon St | Boston, MA 02116 | | | | First Class Mail |
| Crosscom National LLC | Lockbox 235127 | P.O. Box 85127 | Chicago, IL 60689 | | | First Class Mail |
| CrossCom National LLC | | | | | ebony.bryant@crosscom.com | Email |
| CTO Realty Growth, Inc. | | | | | esummers@burr.com | Email |
| Daniel G Kamin Chattanooga LLC | c/o Kamin Realty | Attn: Daniel Kamin | 490 S Highland Ave | Pittsburgh, PA 15206 | | First Class Mail |
| Daniel G Kamin Chattanooga LLC | | | | | kserenko@kaminrealty.com | Email |
| Daniel G Kamin Dale City Enterprises | c/o Kamin Realty Management LLC | Attn: Kelly Serenko | P.O. Box 10234 | Pittsburgh, PA 15232 | | First Class Mail |
| Daniel G Kamin Dale City Enterprises | | | | | kserenko@kaminrealty.com | Email |
| Daniel G Kamin Farmers Branch LLC | Attn: Kelly Serenko | P.O. Box 10234 | Pittsburgh, PA 15232 | | | First Class Mail |
| Daniel G Kamin Farmers Branch LLC | | | | | kserenko@kaminrealty.com | Email |
| Daniel G Kamin Laredo LLC Store 256 | c/o Kamin Realty | Attn: Daniel Kamin | 490 S Highland Ave | Pittsburgh, PA 15206 | | First Class Mail |
| Daniel G Kamin Laredo LLC Store 256 | | | | | kserenko@kaminrealty.com | Email |
| Darling Realty, Inc. | Attn: Jon Bizier | 1547 Fall River Ave, Bldg 3, Ste 2B | Seekonk, MA 02771 | | | First Class Mail |
| Darling Realty, Inc. | | | | | lynne.xerras@hklaw.com | Email |
| Dba Kenco Real Estate, LLC Store 73 | 8301 Meadow Ridge Ct | Raleigh, NC 27615 | | | | First Class Mail |
| Dba Kennewick Landing, LLC Store 277 | P.O. Box 2720 | Silverdale, WA 98383 | | | | First Class Mail |
| Dbk Concepts Inc | 12905 SW 129 Ave | Miami, FL 33186 | | | | First Class Mail |
| Dedham R2G Reit, Store 190 | P.O. Box 411198 | Boston, MA 02241-1198 | | | | First Class Mail |
| Dex Imaging, LLC | 5109 W Lemon St | Tampa, FL 33609 | | | | First Class Mail |
| Durham (Parkway) Uy, LLC Store 91 | 8816 Six Forks Rd, Ste 201 | Raleigh, NC 27615 | | | | First Class Mail |
| Ebr Lake Mary LLC Store 192 | 200 S Broad St, Ste 415 | Philadelphia, PA 19102 | | | | First Class Mail |
| Epsilon Data Management, LLC | 11030 Cir Point Dr | Westminster, CO 80020 | | | | First Class Mail |
| Fayette Pavilion LLC Store 367 | P.O. Box 931529 | Atlanta, GA 31193 | | | | First Class Mail |
| Federal Realty Op Store 328 | 909 Rose Ave, Ste 20 | N Bethesda, MD 20852 | | | | First Class Mail |
| Fhh Hamburg LLC, Store 25 | P.O. Box 7411409 | Chicago, IL 60674 | | | | First Class Mail |
| Foley & Lardner LLP | 777 E Wisconsin Ave | Milwaukee, WI 53202 | | | | First Class Mail |
| Fuqua Bcdc Store 278 | 3575 Piedmont Rd Ne, Ste 800 | Atlanta, GA 30305 | | | | First Class Mail |
| GCTC Property LP | | | | | scott.lawrence@wickphillips.com | Email |
| GCTC Property LP | | | | | atonevski@nadg.com | Email |
| GMRE Cactus, LLC | | | | | mmoorer@globalmutual.com | Email |
| Granite Telecommunications, LLC | | | | | bankruptcy@granitenet.com | Email |
| GreatAmerica Financial Services Corporation | | | | | pupton@greatamerica.com | Email |
| Green River Plaza, LLC Store 198 | P.O. Box 191116 | Brooklyn, NY 11219 | | | | First Class Mail |
| Green Tree Mall Realty LLC Store 293 | P.O. Box 25078 | Tampa, FL 33622 | | | | First Class Mail |
| Greenwood Place Phase II, LP Store 70 | 117 E Washington St, Ste 300 | Indianapolis, IN 46204 | | | | First Class Mail |
| Horizon Real Estate Group, Inc Store 1177 | fbo San Tan AZ, LLC | 2944 N 44th St, Ste 200 | Phoenix, AZ 85018 | | | First Class Mail |
| Horizon Real Estate Group, Inc Store 1177 | | | | | deborah.sarjeant@naihorizon.com | Email |
| Hudson Energy : Store 251 Schaumburg, IL | 5015 Wheimer Rd | Houston, TX 77056 | | | | First Class Mail |
| Ibm Corp | P.O. Box 676673 | Dallas, TX 75267-6673 | | | | First Class Mail |
| Jabbel Holdings, LLC Store 206 | 12879 Harbor Blvd | Garden Grove, CA 92840 | | | | First Class Mail |
| Jasue Trust Store 181 | 185 NW Spanish River Blvd, Ste 100 | Boca Raton, FL 33431-4230 | | | | First Class Mail |

# **EXHIBIT C**

**Exhibit C**

Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| JBL Asset Management | | | | | naomi@jblmgmt.com | Email |
| Jensen Investments, LLC Store 211 | 6597 Nicholas Blvd, Unit 1006 | Naples, FL 34108 | | | | First Class Mail |
| Jimmy Nassour, Parkview Partners, Ltd. & Parkview Partners II, Ltd. | | | | | jimmy@jimmynassour.com | Email |
| Jks-Marshall Plaza, LLC Store 71 | 4727 Wilshire Blvd, Ste 610 | Los Angeles, CA 90010 | | | | First Class Mail |
| Karlyle Nevada Properties LLC Store 165 | 1710 Raiders Way | Las Vegas, NV 89052 | | | | First Class Mail |
| KB Riverdale, LLC | c/o Southeastern | Attn: Rebecca Smith | 2743 Perimeter Pkwy, Bldg 100, Ste 370 | Augusta, GA 30909 | | First Class Mail |
| KB Riverdale, LLC | | | | | jessica.perry@southeastern.company; vic.mills@southeastern.company | Email |
| Kentlands Square LLC Store 201 | P.O. Box 38042 | Baltimore, MD 21297-8042 | | | | First Class Mail |
| Kestrel, LLC Store 279 | P.O. Box 14586 | Oklahoma City, OK 73113 | | | | First Class Mail |
| Kimco Realty Corp Store 180 | P.O. Box 30344 | Tampa, FL 33630 | | | | First Class Mail |
| Kir Temecula LP, Store 237 | P.O. Box 30344 | Tampa, FL 33630 | | | | First Class Mail |
| Kite Realty Group, LP Store 151 | 13068 Collection Ctr Dr | Chicago, IL 60693 | | | | First Class Mail |
| Kohls Department Stores Inc Store 135 | P.O. Box 3208 | Milwaukee, WI 53201 | | | | First Class Mail |
| Krg Cedar Park Town Center, LLC | Store 255 | 30 S Meridian St, Ste 1100 | Indianapolis, IN 46204 | | | First Class Mail |
| Laurie Industries Inc Store 124 | 185 NW Spanish River Blvd, Ste 100 | Boca Raton, FL 33431 | | | | First Class Mail |
| Level 3 Communications, LLC a CenturyLink Company | | | | | bmg.bankruptcy@Lumen.com | Email |
| Level 3 Communications, LLC a CenturyLink Company | | | | | Bankruptcylegal@Lumen.com | Email |
| Life Safety Engineered Systems | | | | | nmillman@lifesafetysecurity.com | Email |
| Lomas Retail Nm LLC Store 115 | 9595 Wilshire Blvd, Ste 700 | Beverly Hills, CA 90212 | | | | First Class Mail |
| Main-Culver Associates, LLC | | | | | laurakryta@benderson.com | Email |
| Manhattan Assoc | P O Box 405696 | Atlanta, GA 30384-5696 | | | | First Class Mail |
| Marion Delaware LLC Store 143 | 4811 S 76th St, Ste 211 | Greenfield, WI 53220 | | | | First Class Mail |
| Mcintyre Square Assoc Store 121 | 5700 Corporate Dr, Ste 520 | Pittsburgh, PA 15237 | | | | First Class Mail |
| Mcm Properties Ltd Store 142 | 4101 E 42nd St | Odessa, TX 79762 | | | | First Class Mail |
| Merit Roofing Systems, Inc | 675 N Glenville Dr, Ste 145 | Richardson, TX 75081 | | | | First Class Mail |
| National Retail Properties, Inc | Store 220 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | First Class Mail |
| National Retail Properties, Inc Store 24 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | | First Class Mail |
| National Retail Properties, Inc Store 28 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | | First Class Mail |
| National Retail Properties, Inc Store 29 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | | First Class Mail |
| National Retail Properties, Inc Store 31 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | | First Class Mail |
| National Retail Properties, Inc Store 60 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | | First Class Mail |
| National Retail Properties, Inc Store 66 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | | First Class Mail |
| National Retail Properties, Inc Store 69 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | | First Class Mail |
| National Retail Properties, Inc Store 84 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | | First Class Mail |
| National Retail Properties, Inc Store 86 | P.O. Box 947205 | Atlanta, GA 30394-7205 | | | | First Class Mail |
| New Willow Grove Pa Retail LLC Store 259 | 295 Madison Ave, 37th Fl | New York, NY 10017 | | | | First Class Mail |
| Norr LLC | 150 W Jefferson Ave, Ste 1300 | Detroit, MI 48226 | | | | First Class Mail |
| North Dixie E-Town LLC Store 160 | 4201 Springhurst Blvd | Louisville, KY 40241 | | | | First Class Mail |
| Northfield Telecommunications Inc | 20809 Kensington Blvd | Lakeville, MN 55044-8353 | | | | First Class Mail |
| P&H Low Voltage | 17 Susan Ct | Fairview Heights, IL 62208 | | | | First Class Mail |
| Pa - Eastway, Inc Store 108 | P.O. Box 7535 | Carol Stream, IL 60197-7535 | | | | First Class Mail |
| Pacific Midway LLC | | | | | trong@pacificoceanmarket.com | Email |
| Pacific Midway LLC | | | | | kevin@obrienlawyer.com | Email |
| Pal Assoc Harrisburg LLC Store 212 | | | | | david@levcoshoppingcenters.com | Email |
| Paramount Newco Realty, LLC Store 148 | c/o W Manchester | 1195 Route 70 | Lakewood, NJ 08701 | | | First Class Mail |
| Payton Property Management LLC Store 232 | 10950 W 192nd Pl | Spring Hill, KS 66083 | | | | First Class Mail |
| Peabody Center LLC Store 305 | c/o Chase Properties | 3333 Richmond St | Beachwood, OH 44122 | | | First Class Mail |
| Pebb PBG, LLC | | | | | bss@slp.law | Email |
| Playnetwork, Inc | P.O. Box 204515 | Dallas, TX 75320-4515 | | | | First Class Mail |
| Polaris AH, LLC | | | | | msgiberson@vorys.com | Email |
| Polaris AH, LLC | | | | | fgeiger@polariscenters.com | Email |
| Premium Asset Management Inc Store 365 | 111 N Plz Dr | Scaumburg, IL 60173 | | | | First Class Mail |
| Qr Rushmore LLC, Store 141 | 2200 N Maple Ave | Rapid City, SD 57701 | | | | First Class Mail |
| R51PD-120, LLC | | | | | jgenstein@tuskdevelopment.com | Email |
| R51PD-120, LLC | | | | | agross@cfwattorneys.com | Email |
| Ramco-Gershenson Properties, LP | Store 214 | 31500 Northwestern Hwy | Farmington Hills, MI 48334 | | | First Class Mail |
| Rcc Windsor Square, LLC Store 323 | 6806 Paragon Pl, Ste 120 | Richmond, VA 23230 | | | | First Class Mail |
| Re Pecan LLC Store 144 | 200 Concord Plz Dr, Ste 240 | San Antonio, TX 78216 | | | | First Class Mail |
| Realty Income Corp Store 203 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Realty Income Corp Store 205 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Realty Income Corp Store 216 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Realty Income Corp Store 224 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Realty Income Corp Store 235 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Realty Income Corp Store 242 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Realty Trust Group, Inc. | | | | | marisa.realtytrustgroup@gmail.com | Email |
| Realty Trust Group, Inc. | | | | | doug@rugelaw.com | Email |
| Retail On 41St St, LLC Store 273 | 101 S Reid St, Ste 209 | Sioux Falls, SD 57103 | | | | First Class Mail |
| Rhino Holdings Arlington LLC Store 357 | 1 Oakbrook Ter | Oakbrook Terrace, IL 60181 | | | | First Class Mail |
| Rhino Holdings Roseville, LLC Store 168 | 2200 Paseo Verde Pkwy, Ste 260 | Henderson, NV 89052 | | | | First Class Mail |
| Riskified Inc | 220 5th Ave, 2nd Fl | New York, NY 10001 | | | | First Class Mail |
| River Oaks Properties Ltd Store 120 | 5678 N Mesa | El Paso, TX 79912 | | | | First Class Mail |
| Rpai Cedar Park Town Center, LLC | Store 97 | c/o Kite Realty Group LP | 15105 Collection Center Dr | Chicago, IL 60693-5105 | | First Class Mail |
| Rpt Realty, LP, Store 248 | P.O. Box 350018 | Boston, MA 02241-0518 | | | | First Class Mail |
| Rr Town Center Assoc, LLC Store 315 | 4500 Bissonnet St | Bellaire, TX 77401 | | | | First Class Mail |
| Saginaw Landmark Parthers, LLC Store 158 | 21 E Long Lake Rd | Bloomfield Hills, MI 48304 | | | | First Class Mail |
| SCC Nassau Park Pavillion NJ LLC | Store 280 | Dpt 452926-20296-82015 | 3300 Enterprise Pkwy | Beachwood, OH 44122 | | First Class Mail |
| ShopperTrak RCT LLC | | | | | sumit.tomar@jci.com | Email |
| Sierra Wireless America Inc | P.O. Box 123327 | Dallas, TX 75312-3327 | | | | First Class Mail |
| Sirius Computer Solutions, Inc | P.O. Box 202289 | Dallas, TX 75320-2289 | | | | First Class Mail |
| South Hills Owner LLC Store 311 | P.O. Box 847693 | Boston, MA 02284 | | | | First Class Mail |
| South Square LLC, Store 46 | 2851 Lakewood Village Dr | N Little Rock, AR 72116 | | | | First Class Mail |
| Spirit Master Funding X, LLC Store 100 | c/o Realty Income Corporation | 11995 El Camino Real | San Diego, CA 92130 | | | First Class Mail |
| Spirit Master Funding X, LLC Store 75 | c/o Realty Income Corp | 11995 El Camino Real | San Diego, CA 92130 | | | First Class Mail |
| Spirit Master Funding X, LLC Store 88 | c/o Realty Income Corporation | 11995 El Camino Real | San Diego, CA 92130 | | | First Class Mail |
| Spirit Master Funding X, LLC Store 89 | c/o Realty Income Corporation | 11995 El Camino Real | San Diego, CA 92130 | | | First Class Mail |
| Spirit Master Funding X, LLC Store 9 | c/o Realty Income Corporation | 11995 El Camino Real | San Diego, CA 92130 | | | First Class Mail |
| Spirit Realty, LP Store 169 | c/o Realty Income Corporation | 11995 El Camino Real | San Diego, CA 92130 | | | First Class Mail |
| Spirit Realty, LP Store 179 | c/o Realty Income Corp | 11995 El Camino Real | San Diego, CA 92130 | | | First Class Mail |
| Spirit Realty, LP Store 187 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Spirit Realty, LP Store 188 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Spirit Realty, LP Store 199 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Spirit Realty, LP Store 207 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Spirit Realty, LP Store 227 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |
| Spirit Realty, LP Store 87 | 11995 El Camino Real | San Diego, CA 92130 | | | | First Class Mail |