**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMBIENCE PARENT, INC., [1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 25-11148 (JKS) |

**AFFIDAVIT OF SUPPLEMENTAL SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 26, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused a true and correct copy of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A:**

- **Unsecured Claims Distribution Trust Trustee's Third Notice of Satisfaction of Claims [Docket No. 283]**

Dated: August 27, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 27th day of August, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# EXHIBIT A

# Exhibit A

**Service List**

| Creditor | Address | | Method of Service |
|---|---|---|---|
| Sizeler North Shore General Partnership | 551 S Powerline Rd | Pompano Beach, FL 33069 | First Class Mail |