**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBIENCE PARENT, INC.,[1] | Case No. 25-11148 (JKS) |
| Reorganized Debtor. | **Re: Docket No. 298** |

**ORDER EXTENDING THE DEADLINE TO OBJECT TO THE ALLOWANCE OF CLAIMS UNDER CONFIRMED CHAPTER 11 PLAN**

Upon consideration of the motion (the "Motion"),[2] of the Reorganized Debtor and the Unsecured Claims Distribution Trust seeking entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006, extending the Claims Objection Deadline under the Plan; and upon consideration of the Motion and all pleadings related thereto; and it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interests of the Debtors, the Debtors' estates, and their creditors, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and any objections to the Motion having been withdrawn or overruled on the merits; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Claims Objection Deadline under the Plan is hereby extended by 180 days, through and including April 19, 2027, without prejudice to the Reorganized Debtor's and the Unsecured Claims Distribution Trust's right to seek further extensions thereof.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: October 19th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**



13149602v.1