**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMBIENCE PARENT, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 25-11148 (JKS) |

**NOTICE OF CANCELLATION OF OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that the hearing scheduled for **November 18, 2026 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Court"), has been cancelled since no matters are going forward.

Dated: November 9, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Wenting Wu*

M. Blake Cleary (No. 3614)
Brett M. Haywood (No. 6166)
Shannon A. Forshay (No. 7293)
Wenting Wu (No. 7679)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
bhaywood@potteranderson.com
sforshay@potteranderson.com
wwu@potteranderson.com

-and-

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Ambience Parent, Inc. (6231). The Reorganized Debtor's mailing address is 9000 Cypress Waters Blvd, Coppell, Texas 75019.

Stephen D. Zide (admitted *pro hac vice*)
Eric Hilmo (admitted *pro hac vice*)
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 212-698-3500
Facsimile: (212) 698-3599
Email: stephen.zide@dechert.com
eric.hilmo@dechert.com

*Counsel for the Reorganized Debtor*